```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                   "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

              Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:   The Honorable Joseph W. Miller, U.S. Magistrate Judge
     Referral Rule:   4/5
             Filed:   08/28/00
            Closed:   09/14/05

      Jurisdiction:   (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:   (890) Other Statutory Actions

            Origin:   (1) Original Proceeding
            Demand:
        Filing fee:   In Forma Pauperis
          Trial by:   Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | COLLETTE, JOHN | John L. Collette<br>Pro Per<br>3221 Ester Dome Road<br>Fairbanks, AK 99709<br>907-479-0706<br>FAX 907-456-1418 |
| DEF 1.1 | DRUG ENFORCEMENT ADMINISTRATION | James N. Barkeley<br>U.S Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 2.1 | UNITED STATES OF AMERICA | James N. Barkeley<br>(see above) |
| DEF 3.1 | U.S. MARSHALS SERVICE | James N. Barkeley<br>(see above) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                        "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable Joseph W. Miller, U.S. Magistrate Judge
    Referral Rule:  4/5
            Filed:  08/28/00
           Closed:  09/14/05

     Jurisdiction:  (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (890) Other Statutory Actions

           Origin:  (1) Original Proceeding
           Demand:
       Filing fee:  In Forma Pauperis
         Trial by:  Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/28/00 | Motion (Application) to proceed in forma pauperis. |
| 2 - 1 | 08/28/00 | Complaint filed. |
| 3 - 1 | 09/18/00 | JKS Order re: plf request to proceed in forma pauperis is DENIED w/leave to amend. Plf to file amended application for informa pauperis as explained or pay $150.00, or file notice of voluntary dismissal w/out prejudice by 10/12/00 or this action will be dismissed w/out further notice. cc:cnsl |
| 4 - 1 | 09/26/00 | JKS Minute Order this action is consolidated the A00-282 CV.  Case A00-0254 CV (JKS) will remain as the primary case. cc: cnsl |
| 5 - 1 | 10/18/00 | PLF 1 motion to extend time for days for submission of financial data per Forma Pauperis filing w/att aff. |
| 6 - 1 | 10/18/00 | Prisoner's declaration & application to I/P. |
| 7 - 1 | 10/30/00 | JKS Minute Order granting motion to extend time for days for submission of financial data per Forma (5-1).  Plf to file his financial documentation by 11/7/00, otherwise this case will be dismissed w/out further notice.  cc: cnsl |
| 8 - 1 | 10/30/00 | PLF 1 motion to accept late arriving financial information per forma pauperis filing w/att exh. |
| 8 - 2 | 11/03/00 | JKS Order granting motion to accept late arriving financial information per forma pauperis (8-1).  cc: cnsl |
| 9 - 1 | 12/07/00 | JKS Order re: plf's request to proceed in forma pauperis is denied with leave to amend. Pllf shall filed an amended IFP w/certified copies of his prison trust account inofrmation ro pay $150.00 filing fee by 1/8/01 or this action will be dismissed without further notice.  cc: cnsl w/form PS10 |
| 10 - 1 | 01/10/01 | Application to proceed without prepayment of fees w/att exh in response to ord (9-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                     "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                   For all filing dates


Document #   Filed      Docket text

    11 -  1  01/17/01   JKS Order re: plf application at dkt 10 is granted.  FCI La Tuna or any
                        institution with custody of plf shall collect a partial filing fee of
                        $20.72 and send it immediately to the clerk of court.  The institution
                        shall collect the balance of the filing fee owed by collecting monthly
                        payments. 20% of plfs income.  cc: J. Collette, AUSA, FCI La Tuna, PSLC,
                        Finance

    12 -  1  03/06/01   JKS Order re: plf to complete summons forms & return them to clerks
                        office for issuance.  Plf to forward summonses with 285 forms and copy
                        of this order & a copy of the complaints from this case & case A00-0282
                        CV to be served by the U.S. Marshal.  Plf is responsible for paying the
                        U.S. Marshals fees & costs.  Defs have 60 days to answer.  This case is
                        referred to Magistratge Judge Roberts pursuant to Rules 4 & 5.  cc: J.
                        Collette w/ summonses, MJ Roberts, PSLC

    13 -  1  03/15/01   DEF 2 Notice of non-servie re: USA.

    14 -  1  03/19/01   JDR Minute Order re pltf's, Collette, shall have until 3/19/01 to effect
                        proper service upon Fed Defs. cc: cnsl, USM

  NOTE -  1  03/27/01   Issued: Summons re DEF 1-3.

    15 -  1  04/19/01   PLF 1 Affidavit of service of joined complaint and order directing svc &
                        summons.

    16 -  1  04/27/01   USM Return of service of summons re D1 executed 4/17/01.

    17 -  1  04/27/01   USM Return of service of summons re D2 executed 4/17/01.

    18 -  1  04/27/01   USM Return of service of summons re D3 executed 4/17/01.

    19 -  1  05/08/01   USM Return of svc on summons re: Atty Gen. John Ashcroft executed on
                        4/3/01.

    20 -  1  06/25/01   DEF 1-3 motion to dismiss complaint w/att memo & exhibits.

    21 -  1  07/23/01   PLF 1 motion to extend time for an additional 20 days for response to
                        defs' motion to dismiss complaint.

    22 -  1  07/23/01   DEF 1-3 non-opposition to PLF 1 motion to extend time for an additional
                        20 days for response to defs' motion to dismiss complaint (21-1).

    23 -  1  07/25/01   JDR Order granting motion to extend time until 8/6/01 for pltf to file
                        response to def's motion to dismiss complaint (21-1). cc: cnsl

    24 -  1  08/13/01   PLF 1 opposition to DEF 1-3 motion to dismiss complaint (20-1). w/att
                        memo & exhibits.

    25 -  1  11/28/01   Initial R&R re: DEF 1-3 motion to dismiss complaint (20-1). Recommended
                        be denied.  Objections due 12/14/01. Reply due 12/20/01. cc: cnsl, Judge
                        Singleton

    26 -  1  12/18/01   PLF 1 objection to R&R re: DEF 1-3 motion to dismiss complaint (20-1).

    27 -  1  12/28/01   JDR Minute Order that plf's obj at dkt #26 shall be deemed filed for
                        consideration by the court.  Defs are requested tof ile a response to
                        the obj no later than 1/11/02. cc: cnsl

ACRS: R_VDSDX              As of 12/01/05 at 2:59 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                     "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"
```

                              For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 01/10/02 | DEF 1-3 reply to objection to R&R re: DEF 1-3 motion to dismiss complaint (20-1). |
| 29 - 1 | 01/14/02 | PLF 1 motion for leave to amend complaint. |
| 30 - 1 | 01/25/02 | Final R&R re: DEF 1-3 motion to dismiss complaint &/or for SJ (20-1). MJ declines to modify recommendation; matter ready for USDJ. cc: cnsl, Judge Singleton |
| 31 - 1 | 02/11/02 | JKS Minute Order denying motion to dismiss complaint (20-1).  cc: cnsl, MJ Roberts |
| 32 - 1 | 02/13/02 | JDR Minute Order granting as directed motion for leave to amend complaint (29-1); Causes Action 1,2,8,9 in Complaint #2 on pgs 5,6,9 & 11 are hereby removed. cc: cnsl |
| 32A- 1 | 03/28/02 | PLF 1 motion for SJ re: 1988 Glasair III Aircraft, Seizure Number 128452 w/att memo & exhibits. |
| 33 - 1 | 03/28/02 | DEF 1-3 motion (ex parte) for ext of time until 4/30 on short time to file oppo to mot for SJ. |
| 33 - 2 | 04/02/02 | JDR Order granting motion for ext of time until 4/30 on short time to file oppo to mot for SJ (33-1). cc: cnsl |
| 34 - 1 | 04/30/02 | DEF 1-3 opposition to PLF 1 motion for SJ re: 1988 Glasair III Aircraft, Seizure Number 128452 (32A-1). |
| 34 - 2 | 04/30/02 | DEF 1-3 motion (cross) for summary judgment. |
| 35 - 1 | 05/01/02 | JDR Minute Order re Notice re Mot for SJ; pltf's oppo due w/in 15 days. cc: cnsl |
| 36 - 1 | 05/02/02 | DEF 1-3 Notice of cert of svc of oppo to PLF 1 motion for SJ re: 1988 Glasair III Aircraft, Seizure Number 128452 (32A-1), & DEF 1-3 motion (cross) for summary judgment. (34-2) |
| 37 - 1 | 05/06/02 | PLF 1 motion for govt to pay for copying of crt records w/att exhibits. |
| 38 - 1 | 05/14/02 | PLF 1 motion for summary judgment re the establishment of when the right to action accrued in certain adminstrative forfeitures w/att memo & exhibits. |
| 39 - 1 | 05/20/02 | DEF 1-3 motion to dismiss pltf's mot concerning crt records w/att exhibit |
| 40 - 1 | 05/20/02 | PLF 1 opposition to DEF 1-3 motion (cross) for summary judgment re: Glasair III Aircraft (34-2). |
| 41 - 1 | 05/28/02 | DEF 1-3 opposition to PLF 1 motion for summary judgment re the establishment of when the right to action accrued in certain adminstrative forfeitures (38-1). |
| 41 - 2 | 05/28/02 | DEF 1-3 motion (cross) for summary judgment. |
| 42 - 1 | 05/28/02 | DEF 1-3 reply to opposition to DEF 1-3 motion (cross) for summary judgment (34-2). |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                    "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                 For all filing dates


 Document #    Filed      Docket text

    43 -  1   05/29/02   JDR Minute Order re Notice re Mot for SJ; pltf's oppo due w/in 15 days.
                         cc: cnsl

    44 -  1   06/05/02   PLF 1 motion to include late arriving evidence w/att memo & exhibits.

    44 -  2   06/05/02   PLF 1 motion to expand the crt's review to include prob cause re: mot
                         for SJ Glasiar III Aircraft w/att memo & exhibits.

    45 -  1   06/06/02   PLF 1 opposition to DEF 1-3 motion to dismiss pltf's mot concerning crt
                         records (39-1).

    46 -  1   06/10/02   DEF 1-3 reply to opposition to DEF 1-3 motion to dismiss pltf's mot
                         concerning crt records (39-1).

    47 -  1   06/10/02   DEF 1-3 motion to consolidate this case with other civil forfeiture case
                         #F01-0028 CV.

    48 -  1   06/14/02   DEF 1-3 opposition to PLF 1 motion to include late arriving evidence
                         (44-1), PLF 1 motion to expand the crt's review to include prob cause
                         re: mot for SJ Glasiar III Aircraft (44-2).

    49 -  1   06/17/02   PLF 1 reply to DEF 1-3 reply to pltf's oppos re: DEF 1-3 motion (cross)
                         for summary judgment re: Glasair III Aircraft (34-2).

    50 -  1   06/24/02   PLF 1 motion to extend time for opposition to US cross motion for
                         summary judgment (to 7/10/02).

    51 -  1   07/01/02   DEF 1-3 non-opposition to PLF 1 motion to extend time for opposition to
                         US cross motion for summary judgment (to 7/10/02) (50-1).

    52 -  1   07/02/02   JDR Minute Order granting motion to extend time until 7/10/02 to file
                         opposition to US cross motion for summary judgment (50-1). cc: cnsl

    53 -  1   07/02/02   Final R&R re: DEF 1-3 motion to consolidate this case with other civil
                         forfeiture case #F01-0028 CV (47-1); Recommended should be granted. cc:
                         cnsl, Judge Singleton

    54 -  1   07/05/02   PLF 1 opposition (objection) to DEF 1-3 motion to consolidate this case
                         with other civil forfeiture case #F01-0028 CV (47-1).

    54A-  1   07/08/02   DEF 1-3 motion for SJ (fld in F01-028CV JKS) w/att exh.

    55 -  1   07/09/02   DEF 1-3 non-opposition final R&R re: DEF 1-3 motion to consolidate this
                         case with other civil forfeiture case #F01-0028 CV (47-1).

    56 -  1   07/10/02   JKS Minute Order granting mot to consolidate this case with other civil
                         forfeiture case #F01-0028 CV (47-1); case referred to MJ Miller.  cc:
                         cnsl, MJ Roberts, MJ Miller, F01-0028 CV (JKS), A00-0282 CV (JKS)

    57 -  1   07/10/02   PLF 1 reply to opposition to PLF 1 motion to include late arriving
                         evidence  (44-1), PLF 1 motion to expand the crt's review to include
                         prob cause re: mot for SJ Glasiar III Aircraft (44-2).

    58 -  1   07/15/02   PLF 1 objection to R&R re: DEF 1-3 motion to consolidate this case with
                         other civil forfeiture case #F01-0028 CV (47-1).


ACRS: R_VDSDX              As of 12/01/05 at 2:59 PM by GARRY                    Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                     "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                    For all filing dates


 Document #    Filed       Docket text

    59 -   1  07/15/02    PLF 1 oppo to DEF 1-3 mot (cross) for sj (41-2).

    60 -   1  07/22/02    DEF 1-3 motion to strike plaintiff's objection to Magistrate's minute
                          order re: motion to consolidate.

    61 -   1  07/22/02    DEF 1-3 reply to opposition to DEF 1-3 motion (cross) for summary
                          judgment (41-2).

    62 -   1  07/29/02    PLF 1 motion to clarify and/or ext time re plf response to mot for SJ re
                          F01-028CV.

    63 -   1  08/02/02    PLF 1 motion to set discovery schedule in this case and in case F01-0028
                          which has been.

    64 -   1  08/02/02    PLF 1 oppo to DEF 1-3 mot to strike plf's obj to Magistrate's MO re: mot
                          to consolidate (60-1) w/att aff.

    65 -   1  08/08/02    PLF 1 reply (traverse) to opposition to PLF 1 motion for summary
                          judgment re the establishment of when the right to action accrued in
                          certain adminstrative forfeitures (38-1).

    66 -   1  08/12/02    DEF 1-3 motion to strike plaintiff's "traverse" reply w/att exh.

    67 -   1  08/13/02    PLF 1 opposition to DEF 1-3 motion for SJ (fld in F01-028CV JKS) (54A-1)
                          w/att aff.

    68 -   1  08/20/02    DEF 1-3 motion to strike or reply to motion for summary judgment
                          (54A-1).

    69 -   1  08/23/02    JWM Minute Order directing plaintiff to file chamber copy of pleadings
                          as required by D.Ak LR5.1(b).  Pleadings not in compliance will be
                          returned. cc: cnsl

    70 -   1  08/30/02    PLF 1 oppo to DEF 1-3 mot to strike plf's "traverse" reply (66-1).

    71 -   1  09/09/02    DEF 1-3 reply to oppo to DEF 1-3 mot to strike plf's "traverse" reply
                          (66-1) w/att exh.

   71A-    1  09/10/02    PLF 1 oppo to DEF 1-3 mot to strike or reply to mot for sj (54A-1)
                          (68-1).

    72 -   1  09/13/02    DEF 1-3 Notice of defs' intention not to file a reply to mot to strike
                          and reply to response re: U.S. mot for sj in case F01-0028.

    73 -   1  09/24/02    PLF 1 motion to accept pleading lost in mail delivery, w attached
                          opposition to Motion to strike and reply to US motion for summary
                          judgment in F01-0028CV.

    74 -   1  09/25/02    JWM Minute Order terminating in light of this order: motion to accept
                          pleading lost in mail delivery (73-1), document in question was filed at
                          dkt 71A. cc: cnsl

    75 -   1  10/29/02    JWM Minute Order setting pending motions hrg for 11/08/02 at 11:30 a.m.
                          Parties to appear telephonically, and defense cnsl to make arrangements.
                          cc: cnsl, Judge Singleton


 ACRS: R_VDSDX               As of 12/01/05 at 2:59 PM by GARRY                       Page 5
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                         "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                    For all filing dates


 Document #    Filed      Docket text

    76 -  1   10/31/02   JWM Minute Order vacating 11/08/02 motions hrg and rescheduling to
                         11/14/02 at 11:00 a.m. cc: cnsl, Judge Singleton

    77 -  1   11/04/02   PLF 1 motion to incorporate new authority to his motions for summary
                         judgment dkts 32A and 38.

    78 -  1   11/07/02   PLF 1 Address Change Notice.

    79 -  1   11/08/02   JWM Minute Order re 11/14/02 pending motions hearing: Plaintiff is now
                         located in the fairbaks area and will atend the hearing in person.  The
                         hearing is vacated from 11:00 a.m. and reset for 10:00 a.m. on 11/14/02.
                         Cnsl for defendants may still appear telephonically. cc: cnsl, Judge
                         Singleton

    80 -  1   11/18/02   JWM Court Minutes [ECR: Kathleen Tompkins] from pending motions hearing
                         (held 11/14/02) ordering defendant to provide a copy of the Key
                         affidavit to  plaintiff by 12/05/02, denying motion for govt to pay for
                         copying of crt records (37-1), motion to dismiss pltf's mot concerning
                         crt records (39-1), motion to include late arriving evidence (44-1),
                         motion to expand the crt's review to include prob cause re: mot for SJ
                         Glasia (44-2), motion to set discovery schedule in this case and in case
                         F01-0028 which has (63-1), motion to strike plaintiff's "traverse" reply
                         (66-1), motion to strike or reply to motion for summary judgment (54A-1)
                         (68-1); granting motion to strike plaintiff's objection to Magistrate's
                         minute order re: motio (60-1), motion to clarify and/or ext time re plf
                         response to mot for SJ re F01-028CV (62-1).  cc: cnsl, Judge Singleton

    81 -  1   12/04/02   DEF 2 Notice of certificate of service w/att exh.

    82 -  1   02/03/03   PLF 1 Address Change Notice.

    83 -  1   02/12/03   Initial R&R re: PLF 1 motion for SJ re: 1988 Glasair III Aircraft,
                         Seizure Number 128452 (32A-1), recommending that motion be denied.
                         Objections due 02/27/03. Reply due 03/06/03. cc: cnsl

    83 -  2   02/12/03   Initial R&R re: DEF 1-3 motion (cross) for summary judgment (34-2),
                         recommending that motion be denied. Objections due 02/27/03. Reply due
                         03/06/03.

    84 -  1   02/18/03   JWM Minute Order granting motion to incorporate new authority to his
                         motions for summary judgment (77-1). This does not affect R&R at dkt 83.
                         cc: cnsl, Judge Singleton

    85 -  1   02/24/03   Initial R&R re: DEF 1-3 motion for SJ (fld in F01-028CV JKS) w/att exh.
                         (54A-1). Objections due 03/11/03. Reply due 03/18/03. cc: cnsl; USDJ.

    86 -  1   02/25/03   Initial R&R re: PLF 1 motion for summary judgment re the establishment
                         of when the right to action accrued in certain adminstrative forfeitures
                         (38-1). Objections due 03/12/03. Reply due 03/19/03.

    86 -  2   02/25/03   Initial R&R re: DEF 1-3 motion (cross) for summary judgment. (41-2).
                         Objections due 03/12/03. Reply due 03/19/03. cc: cnsl, Judge Singleton

    87 -  1   02/27/03   PLF 1 motion to extend time for plaintiff response to R&R re: Glasair
                         Aircraft to 03/09/03.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                         "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                       For all filing dates


 Document #    Filed      Docket text

    88 -  1   02/27/03   JWM Minute Order granting in part motion to extend time for plaintiff
                         response to R&R re: Glasair Aircraft (87-1). Objections due 03/04/03 by
                         Noon; reply due 03/11/03 at noon. No further extension will be granted
                         re dkt 83,85 and 86. cc: cnsl

    89 -  1   03/04/03   PLF 1 objection to R&R re: PLF 1 motion for SJ re: 1988 Glasair III
                         Aircraft, Seizure Number 128452 w/att memo & exhibits (32A-1).

    90 -  1   03/12/03   PLF 1 objection to R&R re: PLF 1 motion for summary judgment re the
                         establishment of when the right to action accrued in certain
                         adminstrative forfeitures w/att memo & exhibits. (38-1), DEF 1-3 motion
                         (cross) for summary judgment. (41-2)

    91 -  1   03/12/03   DEF 1-3 reply to obj to R&R re: PLF 1 mot for sj re the establishment of
                         when the right to action accrued in certain adminstrative forfeitures
                         (38-1), DEF 1-3 mot (cross) for sj (41-2).

    92 -  1   03/19/03   Final R&R re: PLF 1 motion for SJ re: 1988 Glasair III Aircraft, Seizure
                         Number 128452 (32A-1), DEF 1-3 motion (cross) for summary judgment
                         (34-2), PLF 1 motion for summary judgment re the establishment of when
                         the right to action accrued in certain adminstrative forfeitures (38-1),
                         DEF 1-3 motion (cross) for summary judgment (41-2).

    93 -  1   03/26/03   JKS Order denying motion for SJ re: 1988 Glasair III Aircraft, Seizure
                         Number 128452 (32A-1), motion (cross) for summary judgment (34-2),
                         motion for summary judgment re the establishment of when the right to
                         action (38-1), motion (cross) for summary judgment (41-2), motion for SJ
                         (fld in F01-028CV JKS) (54A-1); parties to meet & gvt to file status
                         report re proposed schedule to complete discovery by 4/28/03 & consult
                         w/MJ Miller for appropriate date for evid hearing re plf's due process
                         notice of forfeitures. cc: cnsl, MJ Miller

    94 -  1   04/11/03   JWM Minute Order scheduling status hearing for 04/21/03 at 11:00 a.m. in
                         MJ Courtroom 326. cc: cnsl

    95 -  1   04/25/03   JWM Court Minutes [ECR: Brenda Hannah] from Status Hearing held
                         04/21/03: Continued Status hrg set for 06/19/03 at 10:00 a.m.  Parties
                         should be prepared to address evidentairy hearing date, and disposative
                         motions. Subpoena issued to Mr. Cronk was discussed. cc: csnl, Judge
                         Singleton

    96 -  1   04/25/03   DEF 1-3 Joint Status Report.

    97 -  1   06/19/03   JWM Minute Order re Scheduling: Discovery deadline 07/21/03,deposition
                         deadline 08/20/03, dispositive deadline 10/21/03, evidentiary hearing
                         tentatively scheduled for 11/17/03, status hrg 08/28/03 at 10:00 a.m.
                         cc: cnsl, Judge Singleton

    98 -  1   06/23/03   JWM Court Minutes [ECR: Brenda Hannah] from Scheduling Conference (held
                         06/19/03): Discovery deadline 07/21/03, deposition deadline 08/20/03,
                         dispositive mots due 10/21/03, evid hrg tentatively scheduled for
                         11/17/03, status hrg 08/28/03 at 10:00 a.m. cc: cnsl, Judge Singleton,
                         cmc

    99 -  1   07/01/03   PLF 1 motion to compel production w memorandum of John Collette in
                         support.

ACRS: R_VDSDX                   As of 12/01/05 at 2:59 PM by GARRY                         Page 7
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                       "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                     For all filing dates


 Document #     Filed      Docket text

   100 -   1   07/07/03    JWM Minute Order that pleadings submitted by plf may be submitted at
                           either Fbks/Anch clerk's office; plf reminded all pleadings submitted in
                           consolidated action to bear case number A00-0254 CV (JKS); pleadings
                           submitted by govt t be filed at Anch Clerk's office.  cc: cnsl

   101 -   1   07/17/03    DEF 1-3 opposition to PLF 1 motion to compel production (99-1) w/att
                           exhs.

   102 -   1   07/25/03    PLF 1 reply to opposition to PLF 1 motion to compel production w
                           memorandum of John Collette in support (99-1).

   103 -   1   08/04/03    PLF 1 Notice to the court re: Remaining discovery issues.

   104 -   1   08/05/03    PLF 1 motion for jury trial.

   105 -   1   08/15/03    PLF 1 Notice to the Court Concerning Delays in Taking Depositions.

   106 -   1   08/18/03    PLF 1; DEF 1-3 joint motion for ext of deposition ddln (10/21/03), disp
                           mots (12/21/03) and extend evid hrg to 1/19/04.

   106 -   2   08/18/03    PLF 1; DEF 1-3 joint motion for discovery conference.

   107 -   1   08/18/03    DEF 1-3 oppo to PLF 1 mot for jury trial (104-1).

   108 -   1   08/19/03    JWM Minute Order granting motion joint motion for discovery conference
                           (106-2); disc conf to be held in conjunction w/already scheduled 8/28/03
                           stat conf.  cc: cnsl

   109 -   1   09/09/03    JWM Court Minutes [ECR: Brenda Hannah by Natalie Day] from Status
                           Conference (held 08/28/03):Evidentiary hrg tentatively set for 11/17/03
                           is vacated and reset for 01/19/04 at 9:00 a.m. Deposition deadline
                           10/21/03, dispositive motion deadline 12/21/03, briefings schedule on
                           jury demand established: plaintiff's brief due 11/21/03, responsive
                           brief due 12/09/03, reply, if any is due 12/19/03. granting joint motion
                           for ext of deposition ddln to  10/21/03(106-1); taking under advisement
                           motion to compel production w memorandum of John Collette in support
                           (99-1). USM Deputy Goffena assigned task of obtaining all items on
                           docket 103, Court ordered defendants to submit to the court Deputy
                           Goffena's affidavit regarding existence/non-existence of items requested
                           in docket 103 by 09/05/03. cc: cnsl, Judge Singleton, USMS Goffena

   110 -   1   09/11/03    JWM Minute Order that 1/19/04 hrg was inadvertently schedlued to begin
                           on Martin Luther King Day; 1/19/04 hrg is VACATED and rescheduled to
                           begin 9:00 a.m., 1/20/04; crt will reserve the remainder of the week for
                           completion of the evid hrg.  cc: cnsl

   111 -   1   09/18/03    DEF 1-3 Notice of filing aff of deputy USM Marvin L. Goffena w/att exh.

   112 -   1   09/26/03    JWM Minute Order denying motion to compel production w memorandum of
                           John Collette in support (99-1).  cc: cnsl

   113 -   1   10/20/03    DEF 1-3 motion to further extend deposition deadline w/att exhs.

   114 -   1   10/22/03    JWM Minute Order scheduling hearing re: Government's motion to extend
                           the deposition deadline is schedule for 10/31/03 at 11:00 a.m. cc: csnl,
                           Judge Singleton


 ACRS: R_VDSDX                 As of 12/01/05 at 2:59 PM by GARRY                         Page 8
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                    "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                 For all filing dates


 Document #   Filed      Docket text

  115 -   1  10/31/03   PLF 1 Notice of change of telephone contact numbers.

  116 -   1  11/05/03   JWM Court Minutes [ECR: Denise Petty] from hrg re extension of
                        Deposition Deadline (held 10/31/03): Granting motion to further extend
                        deposition deadline (113-1). Plaintiff's brief re jury demand is due
                        01/21/2004, oppo 02/09/2004, reply 02/19/2004.  Evidentiary hrg set for
                        March 19, 2004. Motion to compel is due 11/14/2003, oppo due 11/21/2003
                        and reply 11/26/2003.  Standing order issued re: Disputes between
                        parties that may arise during depositions: Plaintiff to file a motion to
                        compel regarding a dispute within 1 week of deposition; Defendant to
                        file response within 5 days thereafter.  Deadline for dispositive
                        motions now 01/21/2004, oppo due 02/09/2004, replies if filed
                        02/19/2004. cc: cnsl, Judge Singleton

  117 -   1  11/07/03   PLF 1 Notice of Compliance with Order.

  118 -   1  11/14/03   PLF 1 motion to Compel Production w/att exh.

  119 -   1  11/24/03   PLF 1 motion for Partial Summary Judgment w/att aff.

  120 -   1  12/01/03   DEF 1-3 oppo to PLF 1 mot to compel production (118-1) w/att exhs.

  121 -   1  12/09/03   PLF 1 reply to opposition to PLF 1 motion to Compel Production  (118-1).

  122 -   1  12/10/03   DEF 1-3 oppo to PLF 1 mot for part sj (119-1).

  123 -   1  12/23/03   DEF 1-3 Joint Status Report.

  124 -   1  12/30/03   JWM Order granting/denying motion to Compel Production (118-1) re
                        examination of Special Agent Yankovich concerning his affidavit. cc:
                        cnsl, Judge Singleton

  125 -   1  01/02/04   JWM Minute Order re depo ddln is ext to 1/16/04; if parties require add
                        time for depos an approp mot to be fld by 1/9/04. cc: cnsl

  126 -   1  01/07/04   DEF 1-3 motion (joint) for extension of deposition deadline unto
                        03/09/04.

  127 -   1  01/15/04   JWM Minute Order a hrg re: dkt 126 is set for 9:45 a.m. 1/22/04 at Fbks
                        AK; cnsl for govt may participate telephonically.  cc: cnsl

  128 -   1  01/21/04   PLF 1 Supplemental memorandum in support re: PLF 1 motion for jury
                        trial. (104-1) exhibit A attached.

  129 -   1  01/26/04   JWM Court Minutes [ECR: Denise Petty] from hrg held 01/22/04 granting
                        motion (joint) for extension of deposition deadline (126-1).  Deadline
                        for depositions extended to 02/18/04, deadline for dispositive motions
                        is extended to 02/27/04, opposition to dispositive motions due 03/12/04,
                        and any reply due 03/19/04.  The evidentiary hrg set for 03/19/04 is
                        vacated and reset for 9:00 a.m. 05/10/04. cc: cnsl, Judge Beistline

  130 -   1  02/09/04   DEF 1-3 opposition to PLF 1 motion for jury trial (104-1).

  131 -   1  02/24/04   JWM Order denying motion for jury trial (104-1). cc: cnsl, Judge
                        Singleton


 ACRS: R_VDSDX                 As of 12/01/05 at 2:59 PM by GARRY                      Page 9
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
           "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 132 - 1 | 03/11/04 | DEF 1-3 Status Report. |
| 133 - 1 | 03/18/04 | JWM Minute Order that status conf is set for 3/26/04 at 10:00 a.m. in Fbks.  Govt may participate telephonically by calling 907=456-0310 at the time and date stated. cc: cnsl |
| 134 - 1 | 03/22/04 | PLF 1 motion for Summary Judgment Voiding Forfeiture of Helio Courier Aircraft, DEA Seizure Number 128083 w/Memorandum and Exhibits A through H attached. |
| 135 - 1 | 03/31/04 | JWM Court Minutes [ECR: Denise Petty] fromStatus Conference held 03/26/04: Court granted oral motion to accept late filed Motion for Summary Judgementat dkt 134. Briefing schedule set for the above motion: Opposition due 04/05/04, reply due 04/08/04.  Pre-evidentiary hrg conference 05/04/04 at 10:00 a.m. with pre-evidentiary brief and witness lists due 04/30/04.  cc: cnsl,Judge Singleton |
| 136 - 1 | 04/05/04 | DEF 1-3 opposition to PLF 1 motion for Summary Judgment Voiding Forfeiture of Helio Courier Aircraft, DEA Seizure Number 128083 (134-1). |
| 137 - 1 | 04/08/04 | PLF 1 reply to opposition to PLF 1 motion for Summary Judgment Voiding Forfeiture of Helio Courier Aircraft, DEA Seizure Number 128083 (134-1). |
| 138 - 1 | 04/13/04 | Initial R&R recommends denying re: PLF 1 motion for Partial Summary Judgment (119-1); Objections due NOON 04/23/04. Reply due NOON 04/30/04. cc: cnsl, Judge Singleton |
| 138 - 2 | 04/13/04 | Initial R&R recommends denying re: PLF 1 motion for Summary Judgment Voiding Forfeiture of Helio Courier Aircraft, DEA Seizure Number 128083 (134-1). Objections due NOON 04/23/04. Reply due NOON 04/30/04. cc: cnsl, Judge Beistline |
| 139 - 1 | 04/21/04 | PLF 1 objection to R&R re: PLF 1 motion for Partial Summary Judgment (119-1), PLF 1 motion for Summary Judgment Voiding Forfeiture of Helio Courier Aircraft, DEA Seizure Number 128083 (134-1). |
| 140 - 1 | 04/28/04 | DEF 1-3 Unopposed motion on shortened time to allow telephonic testimony. |
| 141 - 1 | 04/29/04 | DEF 1-3 Witness List. |
| 142 - 1 | 04/29/04 | DEF 1-3 Trial Brief regarding evidentiary hearing. |
| 143 - 1 | 04/30/04 | PLF 1 Trial Brief regarding evidentiary hearing. |
| 144 - 1 | 04/30/04 | PLF 1 motion on shortened time to allow telephonic testimony. |
| 149 - 1 | 05/03/04 | PLF 1 motion on shortened time to allow telephonic testimony. |
| 145 - 1 | 05/04/04 | JWM Order granting motion Unopposed motion on shortened time to allow telephonic testimony (140-1). cc: cnsl, Judge Singleton |
| 146 - 1 | 05/04/04 | Final R&R declines to modify Initial R&R re: PLF 1 motion for Partial Summary Judgment (119-1), PLF 1 motion for Summary Judgment Voiding Forfeiture of Helio Courier Aircraft, DEA Seizure Number 128083 (134-1); matter now forwarded to DJ for determination.  cc: cnsl, Judge Singleton |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                   "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                   For all filing dates


Document #   Filed      Docket text

  151 -  1   05/05/04   PLF 1 Affidavit re: PLF 1 motion on shortened time to allow telephonic
                        testimony (149-1).

  147 -  1   05/06/04   JWM Minute Order that in order to facilitate telephonic wits at 5/10/04
                        evid hrg cost of long distance call to the wits will be borne by party
                        calling the wit; each party to purchase prepaid calling card w/minimum
                        1,000 minutes; each party to fiel w/clerk a notice of lodging prepaid
                        calling card  accompanied by each party's calling card NLT COB 5/7/04;
                        clerk directed to forward filed notices and calling cards to chambes of
                        MJ Miller.  cc: cnsl, Div Deputy

  148 -  1   05/06/04   JWM Court Minutes [ECR: Denise Petty] from Pre-Evidentiary hrg held
                        05/04/04 granting motion on shortened time to allow telephonic testimony
                        (144-1).  Hrg will run 8:30 to 1:30. All exhibits to be marked prior to
                        hrg. cc: csnl, Judge Singleton

  150 -  1   05/07/04   PLF 1 Notice of Compliance with court order for payment of telephonic
                        testimony (w/Sam's 1000 minutes calling card attached).

  152 -  1   05/07/04   {SEALED}

  153 -  1   05/11/04   JWM Court Minutes [ECR: Denise Petty] re Evidentiary Hearing held
                        5/10/04. Exhibits 1-A, T-1, T-2 IDENTIFIED; Katherine Kent, Michael
                        Welsh, and Virginia Bain sworn and testified on behalf of plaintiff.
                        Court heard re parties to stay on court schedule. Defense counsel heard
                        re requested stipulation from plaintiff that all exhibits be admitted.
                        Court heard; plaintiff's objections to be address at 5/11/04 hearing at
                        beginning of hearing.  cc: Plaintiff; J. Barkeley, Esq.; Judge
                        Beistline; Magistrate Judge Miller.

  154 -  1   05/17/04   JWM Court Minutes [ECR: Denise Petty]. Evidentiary hearing held 5/11/04.
                        Glenda Straube, Todd Hoener, Garrison Collette sworn and testified on
                        behalf of plaintiff. Exhibits 1-A, 5, A-MM, and 3 IDENTIFIED. Exhibits
                        5, A-MM, and 3 ADMITTED.  Plaintiff objected to Exhibit 1-A.  cc: J.
                        Barkley, Esq., J. Collette; Judge Singleton; Magistrate Judge Miller.

  155 -  1   05/17/04   JWM Court Minutes [ECR: Denise Petty]. Evidentiary Hearing held 5/12/04.
                        Exhibit DD and LL identified and admitted; F-4 identified only. John
                        Cummings, Dorothy Floyd, Joe Rodgers, and Vyna Lewis sworn and testified
                        on behalf of defense. cc: J. Collette; J. Barkley; Judge Singleton;
                        Magistrate Judge Miller.

  156 -  1   05/17/04   JWM Court Minutes [ECR: Denise Petty]. Evidentiary Hearing held 5/13/04.
                        Exhibits 1-B, RR, and MM identified and admitted. Nancy Kilgore, Rob
                        Dodson, Melissa Lewis, Dave Stutz, Peter Mayo, Lynn Mayo, James Stilipec
                        and Gloria Delozier sworn and testified on behalf of defense. cc: J.
                        Collette; J.Barclay; Judge Singleton; Magistrate Judge Miller.

  157 -  1   05/18/04   JWM Court Minutes [ECR: Denise Petty]. Evidentiary Hearing held 5/14/04.
                        Exhibits X-1, X-2 Admitted. Exhibits Z, AA, BB, CC, EE, KK, II, JJ,
                        SS-1, and SS-2 identified and admitted. Court and counsel heard re Ms.
                        Kilgore; final determination to be made in Magistrate Judge's R & R;
                        Donna Matthews, and Deputy Goffena sworn and testified. cc: J. Collette;
                        J. Barclay; Judge Singleton; Magistrate Judge Miller.

  158 -  1   05/18/04   JWM Court Minutes [ECR: Debby Willoughby-Lyons] Continued Evidentiary
                        Hearing held 5/17/04. Exhibit I-B identified; Exhibit J4-A identified

ACRS: R_VDSDX                 As of 12/01/05 at 2:59 PM by GARRY                        Page 11
```

Case 3:00-cv-00254-RRB   Document 209   Filed 11/11/2005   Page 13 of 16

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
"JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | and admitted; Exhibit V withdrawn. Dorothy Floyd and Deputy Marvin Goffena recalled and resumed testimony.  Off record: Magistrate Judge Miller requested transcripts of this hearing to be ordered.  cc: J. Collette; J. Barkeley; Judge Singleton; Magistrate Judge Miller. |
| 159 - 1 | 05/18/04 | JWM Court Minutes [ECR: Debby Willoughby-Lyons]. Continued evidentiary hearing held 5/18/04. Plaintiff's oral motionto play deposity of Deputy Marvin Goffena granted. Deputy Marvin Goffena recalled and resumed testifying.  Kevin Key sworn and testified. Exhibits PP, KK, QQ, 10, 11, 12, and 13 identified. Page 1 of Exhibit PP, Exhibits 10, 11, and 12 admitted. Exhibit V withdrawn.  Exhibits I-A and I-B identified and admitted by stipulation. cc: J. Collette; J. Barkeley; Judge Singleton; Magistrate Judge Miller. |
| 160 - 1 | 05/19/04 | JWM Court Minutes [ECR: Debby Willoughby-Lyons]. Continued evidentiary hearing held 5/19/04. Exhibit 14 identified. Exhibit 15 identified and admitted. Court and counsel heard re plaintiff's son posing as licensed process server; court and counsel heard re closing arguments. court instructed counsel evidence will remain open for the limited purpose of documents no yet received from Cook Inlet Pretrial and the Postal Authority. Proposed filing deadlines for briefs from counsel due by the close of business 7/21/04.  Off record: evidence for supplemental information is due on 6/19/04.  cc: J. Collette; J. Barkeley; Judge Singleton; Magistrate Judge Miller. |
| 161 - 1 | 05/20/04 | JKS Order denying mot for part sj (119-1), mot for sj Voiding Forfeiture of Helio Courier Aircraft (134-1). cc: cnsl, MJ Miller |
| 162 - 1 | 05/20/04 | PLF 1 motion (ex parte) for Order to access State driving records (of K. Brown and J. Howard). |
| 163 - 1 | 05/20/04 | DEF 1-3 motion to supplement evid hrg (govt) exhs A-U w/proof of publication w/att exh. |
| 164 - 1 | 05/25/04 | PLF 1 non-opposition to DEF 1-3 motion to supplement evid hrg (govt) exhs A-U w/proof of publication w/att exh (163-1). |
| 165 - 1 | 05/28/04 | JWM Minute Order denying motion for Order to access State driving records (of K. Brown and J. Howard) (162-1). cc: USA, J. Collette |
| 166 - 1 | 06/07/04 | JKS Minute Order that reference to the pretrial motions to MJ Miller is hereby withdrawn. All further pretrial motions will be directly addressed to Judge Singleton. cc: cnsl |
| 167 - 1 | 06/09/04 | DEF 1-3 motion to status conference. |
| 168 - 1 | 06/18/04 | JKS Order denying w/o prej mot for stat conf (167-1); granting mot to suppl evid hrg (govt) exhs A-U w/proof of publication (163-1); parties to file by 7/12/04 prop findings of fact & conclusions of law & stat rpt re: concluding case. cc: cnsl |
| 169 - 1 | 06/25/04 | Transcript re: Evidentary hrg Day 1 held 5/10/04. (located in expando file) |
| 170 - 1 | 06/25/04 | Transcript re: Continued Evidentary hrg Day 2 held 5/11/04. (located in expando file) |
| 171 - 1 | 06/25/04 | Transcript re: Continued Evidentary hrg Day 3 held 5/12/04. (located in expando file) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                         "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                         For all filing dates

Document #   Filed      Docket text
_____   _____   _____

   172 -  1  06/25/04   Transcript re: Continued Evidentary hrg Day 4 held 5/13/04. (located in
                        expando file)

   173 -  1  06/25/04   Transcript re: Continued Evidentary hrg Day 5 held 5/14/04. (located in
                        expando file)

   174 -  1  06/25/04   Transcript re: Continued Evidentary hrg Day 6 held 5/17/04.(located in
                        expando file)

   175 -  1  06/25/04   Transcript re: Continued Evidentary hrg Day 7 held 5/18/04.(located in
                        expando file)

   176 -  1  06/25/04   Transcript re: Continued Evidentary hrg Day 8 held 5/19/04.(located in
                        expando file)

   177 -  1  07/09/04   PLF 1 motion for increased time to submit stat rpt and prop findings
                        from the rec.

   178 -  1  07/12/04   DEF 1-3 motion on shortened time for simultaneous filing of proposed
                        findings of fact & conclusions of law w/att exhs.

   179 -  1  07/13/04   JKS MO granting mot for increased time to submit stat rpt and prop
                        findings from the rec (177-1), mot on shortened time for simultaneous
                        filing of proposed findings of fact (178-1); proposed findings of fact
                        and conclusions of law and stat rpt are due by 08/30/04. cc: cnsl

   180 -  1  07/15/04   PLF 1; DEF 1-3 Unopposed motion to extend deadline to 09/13/04 for
                        filing briefs following hearing.

   181 -  1  07/16/04   JKS Order granting unopposed mot to ext ddln to 09/13/04 for filing
                        briefs (180-1). cc: cnsl

   182 -  1  08/03/04   PLF 1 motion to include missing evidence into the evidentiary hearing
                        trans.

   182 -  2  08/03/04   PLF 1 motion to set aside existing case schedule.

   183 -  1  08/09/04   PLF 1 Notice of compliance with order w/attachment.

   184 -  1  08/19/04   DEF 2 opposition to PLF 1 motion to include missing evidence into the
                        evidentiary hearing transcripts (182-1), PLF 1 motion to set aside
                        existing case schedule (182-2).

   185 -  1  08/30/04   DEF 1-3 Notice of filing prop findings of fact & conclusions of law
                        w/att exhs.

   185 -  2  08/30/04   DEF 1-3 Request for Oral Argument re: prop findings of fact &
                        conclusions of law.

   186 -  1  08/30/04   DEF 1-3 Proposed Findings of Fact & Conclusions of Law.

   187 -  1  08/30/04   PLF 1 Proposed Findings of Fact and law from the 05/10-19/04 evidentiary
                        hrg.

   188 -  1  09/09/04   DEF 2 joint motion on shortened time to set objections deadline for
                        10/15/04 to file objs to the proposed findings of fact and conclusions
                        of law and to extend deadline for filing post-hearing briefs until 45
                        days following the courts issuance of its final findings of fact and

ACRS: R_VDSDX                    As of 12/01/05 at 2:59 PM by GARRY                    Page 13
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                    "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                   For all filing dates

Document #   Filed      Docket text
```

| Document # | Filed | Docket text |
|---|---|---|
| | | conclusions of law. |
| 189 - 1 | 09/10/04 | (VACATED PER #190) JWS Order granting motion joint motion on shortened time to set objections deadline 10/15/04 and post hearing briefs must be filed no late than 45 days followingthe issuance of the final findings of fact and conclusions of law (188-1).  cc: cnsl |
| 190 - 1 | 09/17/04 | JKS Order grant in part and denied in part as directed motion to include missing evidence into the evidentiary hearing trans and to (182-1), motion to set aside existing case schedule (182-2); a supp evident hrg set for 11/29/04 at 9:00 a.m. in Fairbanks, AK; objs to the proposed findings of fact & conclusions of law (185, 186, 187) due 10/15/04; mot to amend the sched is moot & is denied; simultaneous post trial briefs due 11/22/04; the order at #189 is VACATED. cc: cnsl |
| 191 - 1 | 09/22/04 | DEF 1-3 motion (Joint) for reconsideration of crt's order at #190. |
| 192 - 1 | 10/08/04 | JKS Minute Order granting motion (Joint) for reconsideration of crt's order at #190 (191-1); 11/29/04 evid hrg is VACATED; parties directed to file final brief in lieu of o/a as directed at dkt 190.  cc: USA, J. Collette, USM |
| 193 - 1 | 10/15/04 | DEF 2 Objections to Collette's proposed findings of fact and conclusions of law. |
| 194 - 1 | 10/15/04 | PLF 1 Objections to Defendant's finding of fact and conclusions of Law from evidentiary hearing. |
| 195 - 1 | 10/19/04 | PLF 1 Notice of filing exhibit for inclusion Re: plaintiff's objections to defendants finding of fact and conclusions of law from evidentiary hearing (dkt 194). |
| 196 - 1 | 10/21/04 | DEF 2 Opposition to plf's exhibit for inclusion re: plf's objections to defs' finging of fact and conclusions of law from evidentiary hearing. |
| 197 - 1 | 10/26/04 | PLF 1 reply to United States' Opposition for inclusion re; Karen Brown signature exhibits. |
| 198 - 1 | 11/22/04 | DEF 1-3 motion post hearing brief. |
| 199 - 1 | 12/01/04 | PLF 1 opposition (plaintiff's objections) to DEF 1-3 motion post hearing brief (198-1). |
| 200 - 1 | 12/03/04 | PLF 1 post hearing brief. |
| 201 - 1 | 01/28/05 | JKS Minute Order re pltf to gather evidence as directed by 3/31/05; govt supp status rpt due 3/31/05. cc: cnsl |
| 202 - 1 | 02/04/05 | PLF 1 Notice to the court concerning the fugitive disentitlement doctrine. |
| 203 - 1 | 03/31/05 | DEF 2 Status Report w/att exhs. |
| 204 - 1 | 04/08/05 | PLF 1 Objections to United States' Status Report. |
| 205 - 1 | 05/26/05 | JKS Minute Order that by agreement of the judges this case is reassigned to Judge Beistline for all further proceedings.  Use case number A00-0254CV (RRB) on all future filings. cc: cnsl, Judge Beistline, A00-282CV, F01-028CV |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0254--CV (RRB)
                     "JOHN COLLETTE V DRUG ENFORCEMENT ADMIN ET AL"

                                  For all filing dates

Document #   Filed      Docket text

  206 -  1   09/13/05   RRB Order re forfeitures.  Plaintiff's complaints are dismissed. Denying
                        motion post hearing brief (198-1), motion post hearing brief (200-1).
                        cc: cnsl, certified copy F01-0028 CV (RRB), Certified Copy A00-0282 CV
                        (RRB)

  207 -  1   09/14/05   RRB Judgment that the complaints in case A00-0254 CV (RRB), case
                        A00-0282 CV (RRB) and F01-0128 CV (RRB) are Dismissed with prejudice.
                        cc: cnsl, Certified cy A00-282 CV (RRB), Certified Copy F01-0128 CV
                        (RRB)

  208 -  1   11/10/05   PLF 1 appeal to 9CCA of (207-1) filed 09/14/05. cc:cnsl, Judge, 9CCA,
                        John Collette

  209 -  1   11/14/05   Cy 9CCA Certificate of Record. (208-1) cc: cnsl
```