UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 0 5 2005
UNITED STATES DISTRICT COURT
By_____ DISTRICT OF ALASKA

| | |
|---|---|
| JOHN COLLETTE,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>UNITED STATES OF AMERICA;<br>DRUG ENFORCEMENT<br>ADMINSTRATION; UNITED STATES<br>MARSHALLS SERVICE,<br><br>Defendants - Appellees. | No. 05-36110<br>D.C. No. CV-00-00254-F-RRB<br><br>TIME SCHEDULE<br>ORDER<br><br>**FILED**<br>NOV 1 7 2005<br>CATHY A. CATTERSON, CLERK<br>U.S. COURT OF APPEALS |

The parties shall meet the following time schedule:

12/27/05    Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

1/26/06     The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

***         The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the**

210

appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: John Ilagan
Deputy Clerk

A00-0254-CV (RRB)
J. BARKELEY (USA)
J. COLLETTE
Judge Beistline

12/05/05