UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  06/19/06

To: United States Court of Appeals     ATTN: (xxx) CIVIL
    For the Ninth Circuit
    Office of the Clerk                              () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103          ()JUDGE

From: Shari Fuhrer
      U.S. District Court
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513


DC No:  3:00-cv-00254-RRB            Appeal No:  05-36110

Short title:  Collette v Drug Enforecement Admin et al

Composition of Record

Clerk's Files in  7  volumes (xx) original   () certified copy

    Bulky docs. _____ volumes, docket # _____
                                    (folders)

Reporter's in  3  volumes   (xx) original   ()certified copy
Transcripts djt # 169-176

Exhibits:   in _____ envelopes   () under seal

        in _____ boxes   () under seal

Other:  **NOTE: 1 Sealed Volume**
      **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)


Acknowledgement:_____   Date:_____
"record.app" [11/21/97]