UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

RECEIVED

Date: 06/19/06

OCT 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To: United States Court of Appeals
    For the Ninth Circuit
    Office of the Clerk
    95 Seventh Street
    San Francisco, California 94103

ATTN: (xxx) CIVIL

() CRIMINAL

()JUDGE

From: Shari Fuhrer
    U.S. District Court
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:00-cv-00254-RRB      Appeal No: 05-36110

Short title: Collette v Drug Enforecement Admin et al

Composition of Record

Clerk's Files in __7__ volumes    (xx) original   () certified copy

    Bulky docs.____volumes, docket #_____
                       (folders)

Reporter's in __3__ volumes   (xx) original   ()certified copy
Transcripts djt # 169-176

Exhibits:   in _____ envelopes   () under seal

        in _____ boxes   () under seal

Other: **NOTE: 1 Sealed Volume**
    **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement:_____ Date:_____
"record.app" [11/21/97]