**FILED**

**NOT FOR PUBLICATION**

**SEP 06 2007**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN COLLETTE, | No. 05-36110 |
| Plaintiff - Appellant, | D.C. No. CV-00-00254-F-RRB |
| v. | |
| UNITED STATES OF AMERICA; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

**RECEIVED**

NOV 0 2 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Argued and Submitted August 10, 2007
Fairbanks, Alaska

Before: WALLACE, NOONAN, and PAEZ, Circuit Judges.

John Collette (Collette) appeals the dismissal of his suit to reclaim 21 pieces

of property administratively forfeited by the Drug Enforcement Administration

(DEA), claiming that the DEA did not provide him with constitutionally sufficient

---

[*]    This disposition is not appropriate for publication and is not
precedent except as provided by 9th Cir. R. 36-3.

1

notice of the forfeitures. We have jurisdiction under 28 U.S.C. § 1291, and we

affirm in part and reverse in part.

1.    Marijuana Grow Equipment (Both Sets), 1984 Audi Quattro, 1984
      Volkswagen Quantum

The DEA received Return Receipt Cards (Green Cards) signed by jail staff

in response to notices covering these four items, which were sent to Collette at the

Cook Inlet Pretrial Facility by certified mail. The notice as to these four items was

sufficient. *See Dusenbery v. United States*, 534 U.S. 161 (2002) (holding that the

Constitution does not require actual notice when the individual is in prison but

only "that the Government's effort be reasonably calculated to apprise a party of

the pendency of the action" (internal quotation marks omitted)).

2.    1982 Kubota Tractor

The DEA received a Green Card signed by Collette in response to the

tractor's notice, so Collette had actual notice as to this item. *See id.* at 169-70.

3.    1988 Polaris Snowmobile, Mercury Outboard Motors, Apple
      Computer

The DEA sent several notices by certified mail that covered these three

items, but each notice was returned to the DEA as undeliverable. Notice was

insufficient because the DEA failed to make further efforts to deliver notices it

knew had not reached Collette. *See Jones v. Flowers*, 547 U.S. 220, —, 126 S. Ct.

2

1708, 1713 (2006).

4.      1988 Glassair III Aircraft, $13,000 Currency, 1968 International
        V-200 Dump Truck

After several notices covering these three items were returned as

undeliverable, the DEA received an unsigned Green Card in response to a notice

covering the Glassair aircraft, and no response to notices covering the $13,000

currency and International dump truck. Because the DEA did not receive signed

Green Cards, which it should have if the certified mail system had worked

properly, and made no further efforts to contact Collette, the notice as to these

three items was not sufficient. *See id.* at 1720-21.

5.      1966 Helio Courier Aircraft, Yamaha Outboard Motor, Lincoln Arc
        Welder, 1987 Polaris Snowmobile, Bank Account of $10,378.74,
        Bank Account of $7,500, Bank Account of $11,880, Rigid Pipe
        Threading Machine, Achilles Rubber Raft, Garmin Global
        Positioning System

The DEA sent several notices covering these ten items, for which the

notices were either returned as undeliverable or for which there was no response.

After mailing a new round of notices, the DEA received Green Cards signed by

"Karen Brown" as to each of the ten items. "Karen Brown" was a person

unknown to the DEA, and the DEA had no indication of her relationship to

Collette. Because the DEA had no assurances that Collette had received these

3

notices, but did not make any further attempts to notify Collette, notice as to these ten items was not sufficient. *See id.*

We AFFIRM as to both sets of marijuana grow equipment, the 1984 Audi Quattro, the 1984 Volkswagen Quantum, and the 1982 Kubota tractor. We REVERSE as to the remaining 16 items of property, and REMAND for proceedings consistent with this decision.

**AFFIRMED in part, REVERSED in part and REMANDED.**

**Each party shall bear their own costs.**



4

INTERNAL USE ONLY: Proceedings include all events.
05-36110 Collette v. USA, et al

JOHN COLLETTE                        John Collette
    Plaintiff - Appellant        907-347-6079
                                     [NTC prs]
                                     3221 Ester Dome Road
                                     Fairbanks, AK 99709


  v.


UNITED STATES OF AMERICA             Margaretta Eakin, Esq.
    Defendant - Appellee         503-227-1811
                                     [NTC]
                                     1211 SW Fifth Ave
                                     30th Floor-Pacwest Center
                                     Portland, OR 97204

                                     James N. Barkeley, Esq.
                                     FAX 907/271-1500
                                     907/271-3699
                                     [COR LD NTC usa]
                                     USAK - OFFICE OF THE U.S.
                                     ATTORNEY
                                     Federal Bldg. & U.S. Courthouse
                                     222 W. Seventh Ave.
                                     Anchorage, AK 99513-7567

                                     Louis M. Fischer, Attorney
                                     FAX
                                     202/514-2613
                                     Rm. 1264
                                     [COR LD NTC usa]
                                     DOJ - U.S. DEPARTMENT OF
                                     JUSTICE
                                     950 Pennsylvania Ave., NW
                                     Washington, DC 20530

DRUG ENFORCEMENT ADMINSTRATION       James N. Barkeley, Esq.
    Defendant - Appellee         (See above)
                                     [COR LD NTC usa]

                                     Louis M. Fischer, Attorney
                                     (See above)
                                     [COR LD NTC usa]

UNITED STATES MARSHALLS              James N. Barkeley, Esq.
SERVICE                              (See above)
    Defendant - Appellee         [COR LD NTC usa]

                                     Louis M. Fischer, Attorney
                                     (See above)
                                     [COR LD NTC gov]