# Collette v. DEA DC No. CV-00-00254

## Forfeitures and Values   (Seizures Oct. 14, 1992)

| ITEM | Value Established by Marshals | Plaintiff's Valuation |
|---|---|---|
| Glassair III- | $140,000 | $140,000 |
| Helio Courier H-250 | 36,000 | *45,000* |
| Yamaha 40HP Outboard | 2800 | *4000* |
| Lincoln Arc Welder | 1000 | 1000 |
| Garmin GPS | 1500 | 1500 |
| Apple Computer/software | 1500 | *7500* |
| Achilles Inflatable boat | 1200 | *2000* |
| 25HP&7.5 HP Mercury Motors | 2500 | 2500 |
| 1988 Polaris Snowmobile | 3000 | 3000 |
| 1987 Polaris Snowmobile | 2500 | 2500 |
| 1968 International V-200 | 4500 | 4500 |
| Rigid Pipe Threading Machine | 2500 | 2500 |
| Total | $199,000 | $216,000 |

## Bank Accounts and Cash Seized

| Account | $10,378.74 | (Seized Oct. 14, 1992) |
| Account | $7500.00 | (Seized Dec. 18, 1992) |
| Account | $11,880.72 | (Seized Dec. 18, 1992) |
| Currency | $13,000.00 | (Seized Oct. 14, 1992) |

Total    $42,759.46