NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room C-253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN COLLETTE,          )<br>                         )<br>    Plaintiff,         )<br>                         )<br>    v.                   )<br>                         )<br>DRUG ENFORCEMENT         )<br>ADMINISTRATION, UNITED   )<br>STATES MARSHALS SERVICE, and )<br>UNITED STATES OF AMERICA, )<br>                         )<br>    Defendants.          )<br>_____ ) | Case No. 3:00-cv-254-RRB<br><br>**UNOPPOSED MOTION FOR ORDER DIRECTING UNITED STATES MARSHALS SERVICE TO CAUSE PAYMENT OF PRINCIPAL AND INTEREST TO PLAINTIFF** |

COMES NOW Defendant United States of America, by and through counsel, and hereby moves the Court for an order directing the United States Marshals Service to cause the payment to Plaintiff of $44,598.16 in principal (representing currency or bank account funds seized from Plaintiff by the Drug Enforcement Administration via asset identification nos. 93-DEA-31625, 93-DEA-131628, 93-DEA-131632, and 93-DEA-420027) and all

applicable interest required by law (estimated through November 7, 2007 to total $32,796.05).

This motion is based upon, and seeks relief required by, the decision of the Ninth Circuit U.S. Court of Appeals in Case No. 05-36110, issued September 6, 2007.

Respectfully submitted this 7th day of November, 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room C-253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-6011
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2007, a true and correct copy of the foregoing UNOPPOSED MOTION FOR ORDER DIRECTING USMS TO CAUSE PAYMENT OF PRINCIPAL AND INTEREST TO PLAINTIFF was sent via U.S. Mail to:

JOHN COLLETTE
3221 Ester Dome Road
Fairbanks, AK 99709

s/James Barkeley