IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN COLLETTE, | ) | Case No. 3:00-cv-254-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING UNITED** |
| | ) | **STATES MARSHALS SERVICE TO** |
| v. | ) | **CAUSE PAYMENT OF PRINCIPAL** |
| | ) | **AND INTEREST TO PLAINTIFF** |
| DRUG ENFORCEMENT | ) | |
| ADMINISTRATION, UNITED | ) | |
| STATES MARSHALS SERVICE, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

An unopposed motion being before the Court, seeking relief at least in part required by the decision issued by the Ninth Circuit U.S. Court of Appeals in this case on September 6, 2007, Case No. 05-36110:

IT IS HEREBY ORDERED that the United States Marshals Service cause payment in this matter to the Plaintiff, John Collette, of $44,598.16 in principal (representing currency or bank account funds seized from Plaintiff by the Drug Enforcement Administration via asset identification nos. 93-DEA-31625, 93-DEA-131628, 93-DEA-131632, and 93-DEA-420027) and all applicable interest required by law (estimated through November 7, 2007 to total $32,796.05).

DATED:_____

_____
HON. RALPH R. BEISTLINE
United States District Court Judge