NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone (907) 271-5071
Facsimile (907) 271-1500
Email: Jim.Barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN COLLETTE, | ) Case No. 3:00-cv-00254-RRB |
| Plaintiff, | ) |
| vs. | ) **MOTION FOR ORDER** <br> ) **DIRECTING PAYMENT BY** <br> ) **UNITED STATES MARSHALS** |
| DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES MARSHALS SERVICE, and UNITED STATES OF AMERICA, | ) **SERVICE** |
| Defendants. | ) |

COMES NOW the United States of America, by and through undersigned

counsel, and hereby moves, pursuant to this Court's previous direction at

docket 215, for an order directing the United States Marshals Service to pay $173,741.56 to the order of John Collette.

This money represents principal and interest on each asset specified in the Ninth Circuit appeal in this case.  See docket 219.  The United States hereby provides the Court and Mr. Collette with Exhibits 1-12, which reflect the relevant calculations.

RESPECTFULLY SUBMITTED this 12th  day of June, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone (907) 271-5071
Facsimile (907) 271-1500
Email: Jim.Barkeley@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June, 2008, via U.S. Mail:

John Collette
3221 Ester Dome Road
Fairbanks, AK 99709

s/James Barkeley