IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN COLLETTE, | ) No. 3:00-cv-00254-RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) [PROPOSED] |
| | ) **ORDER** |
| DRUG ENFORCEMENT | ) |
| ADMINISTRATION, UNITED | ) |
| STATES MARSHALS SERVICE, and | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

Having considered the government's Motion for Order Directing Payment by the United States Marshals Service, IT IS HEREBY ORDERED that the government's motion is GRANTED / DENIED.

IT IS SO ORDERED.

DATED this ____ day of June, 2008, at Anchorage, Alaska.

_____
United States District Court Judge