

2008 JUN 11 PM 12:10

RECEIVED
US ATTORNEY OFFICE

U.S. Department of Justice

United States Marshals Service

Asset Forfeiture Division

Washington, D.C. 20530-1000

June 5, 2008

MEMORANDUM TO: Randy Johnson
United States Marshal
District of Alaska

THRU: Candace Edwards
Seizure/Forfeiture Specialist

For FROM: Tonya Hunt
Management and Program Analyst

SUBJECT: Interest Computation for the following Asset ID Numbers:
**See Below**

Following is the interest computation:

| Case Number | Date of Deposit | Amount | Interest earned | Principal plus Interest |
|---|---|---|---|---|
| 93-DEA-128083 | 10/18/1994 | $26,506.00 | $17,531.47 | $44,037.47 |
| 93-DEA-128083 | 10/12/1994 | $6,250.00 | $4,138.71 | $10,388.71 |
| 93-DEA-128452 | 10/21/1994 | $45,667.00 | $30,178.20 | $75,845.20 |
| 93-DEA-128452 | 10/12/1994 | $15,000.00 | $9,938.73 | $24,938.73 |
| 93-DEA-128575 | 6/11/1994 | $2,500.00 | $1,698.66 | $4,198.66 |
| 93-DEA-128580 | 6/1/1993 | $1,200.00 | $876.15 | $2,076.15 |
| 93-DEA-128689 | 3/3/1999 | $1,500.00 | $525.80 | $2,025.80 |
| 93-DEA-128697 | 3/24/1993 | $2,500.00 | $1,847.74 | $4,347.74 |
| 93-DEA-419944 | 5/27/1993 | $1,200.00 | $876.93 | $2,076.93 |
| 93-DEA-420011 | 5/23/1994 | $875.00 | $597.24 | $1,472.24 |
| 93-DEA-420018 | 9/3/1993 | $200.00 | $143.54 | $343.54 |
| 93-DEA-420024 | 3/27/1993 | $1,150.00 | $840.39 | $1,990.39 |
| Totals: | | $104,548.00 | $69,193.56 | $173,741.56 |

Interest was computed using the Asset Forfeiture Fund (5042) rates in effect for the stated time periods. Attached is a copy of the computations by month.

**The interest portion of the payment should be made from the Assets Forfeiture Fund (5042), Subobject Class Code 4401.**