# Assets Forfeiture Fund
## Interest Computation Worksheet

Date of Deposit: October 18, 1994
Interest Thru: June 17, 2008
Case Number: 93-DEA-128083
Principal Amount: $26,506.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-94 | 26,506.00 | 4.28 | 14 | $43.51 |
| NOV-94 | 26,549.51 | 4.21 | 30 | $91.87 |
| DEC-94 | 26,641.38 | 4.63 | 31 | $104.76 |
| JAN-95 | 26,746.14 | 3.55 | 31 | $80.64 |
| FEB-95 | 26,826.79 | 5.01 | 28 | $103.10 |
| MAR-95 | 26,929.89 | 4.94 | 31 | $112.99 |
| APR-95 | 27,042.88 | 5.62 | 30 | $124.92 |
| MAY-95 | 27,167.79 | 5.51 | 31 | $127.14 |
| JUN-95 | 27,294.93 | 5.49 | 30 | $123.16 |
| JUL-95 | 27,418.09 | 5.12 | 31 | $119.23 |
| AUG-95 | 27,537.32 | 5.30 | 31 | $123.96 |
| SEP-95 | 27,661.28 | 5.27 | 30 | $119.82 |
| OCT-95 | 27,781.09 | 5.06 | 31 | $119.39 |
| NOV-95 | 27,900.48 | 5.24 | 30 | $120.16 |
| DEC-95 | 28,020.65 | 5.27 | 31 | $125.42 |
| JAN-96 | 28,146.06 | 4.68 | 31 | $111.87 |
| FEB-96 | 28,257.94 | 4.59 | 29 | $103.05 |
| MAR-96 | 28,360.99 | 4.58 | 31 | $110.32 |
| APR-96 | 28,471.31 | 5.07 | 30 | $118.64 |
| MAY-96 | 28,589.95 | 4.72 | 31 | $114.61 |
| JUN-96 | 28,704.56 | 4.87 | 30 | $114.90 |
| JUL-96 | 28,819.46 | 4.35 | 31 | $106.47 |
| AUG-96 | 28,925.94 | 4.84 | 31 | $118.91 |
| SEP-96 | 29,044.84 | 4.87 | 30 | $116.26 |
| OCT-96 | 29,161.10 | 4.84 | 31 | $119.87 |
| NOV-96 | 29,280.97 | 4.80 | 30 | $115.52 |
| DEC-96 | 29,396.49 | 4.79 | 31 | $119.59 |
| JAN-97 | 29,516.08 | 4.76 | 31 | $119.33 |
| FEB-97 | 29,635.41 | 4.91 | 28 | $111.62 |
| MAR-97 | 29,747.03 | 4.92 | 31 | $124.30 |
| APR-97 | 29,871.33 | 5.07 | 30 | $124.48 |
| MAY-97 | 29,995.81 | 4.85 | 31 | $123.56 |
| JUN-97 | 30,119.37 | 4.39 | 30 | $108.68 |
| JUL-97 | 30,228.05 | 4.83 | 31 | $124.00 |
| AUG-97 | 30,352.05 | 4.93 | 31 | $127.09 |
| SEP-97 | 30,479.14 | 4.72 | 30 | $118.24 |
| OCT-97 | 30,597.38 | 4.42 | 31 | $114.86 |
| NOV-97 | 30,712.24 | 4.87 | 30 | $122.93 |
| DEC-97 | 30,835.17 | 4.91 | 31 | $128.59 |
| JAN-98 | 30,963.76 | 4.89 | 31 | $128.60 |
| FEB-98 | 31,092.36 | 4.68 | 28 | $111.63 |
| MAR-98 | 31,203.98 | 4.71 | 31 | $124.82 |
| APR-98 | 31,328.81 | 5.25 | 30 | $135.19 |
| MAY-98 | 31,463.99 | 4.48 | 31 | $119.72 |
| JUN-98 | 31,583.71 | 4.47 | 30 | $116.04 |
| JUL-98 | 31,699.75 | 4.66 | 31 | $125.46 |
| AUG-98 | 31,825.21 | 4.53 | 31 | $122.44 |
| SEP-98 | 31,947.66 | 4.52 | 30 | $118.69 |
| OCT-98 | 32,066.34 | 4.25 | 31 | $115.75 |
| NOV-98 | 32,182.09 | 3.23 | 30 | $85.44 |
| DEC-98 | 32,267.53 | 4.09 | 31 | $112.09 |
| JAN-99 | 32,379.61 | 4.33 | 31 | $119.08 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-99 | 32,498.69 | 4.06 | 28 | $101.22 |
| MAR-99 | 32,599.91 | 4.24 | 31 | $117.40 |
| APR-99 | 32,717.30 | 4.46 | 30 | $119.93 |
| MAY-99 | 32,837.24 | 4.33 | 31 | $120.76 |
| JUN-99 | 32,958.00 | 4.10 | 30 | $111.06 |
| JUL-99 | 33,069.06 | 4.24 | 31 | $119.08 |
| AUG-99 | 33,188.15 | 4.45 | 31 | $125.43 |
| SEP-99 | 33,313.58 | 4.54 | 30 | $124.31 |
| OCT-99 | 33,437.89 | 4.30 | 31 | $122.12 |
| NOV-99 | 33,560.01 | 4.34 | 30 | $119.71 |
| DEC-99 | 33,679.72 | 4.39 | 31 | $125.57 |
| JAN-00 | 33,805.29 | 4.49 | 31 | $128.91 |
| FEB-00 | 33,934.21 | 5.16 | 29 | $139.12 |
| MAR-00 | 34,073.33 | 5.34 | 31 | $154.53 |
| APR-00 | 34,227.86 | 5.84 | 30 | $164.29 |
| MAY-00 | 34,392.16 | 5.16 | 31 | $150.72 |
| JUN-00 | 34,542.88 | 4.80 | 30 | $136.28 |
| JUL-00 | 34,679.16 | 5.42 | 31 | $159.64 |
| AUG-00 | 34,838.80 | 5.89 | 31 | $174.28 |
| SEP-00 | 35,013.08 | 6.02 | 30 | $173.24 |
| OCT-00 | 35,186.32 | 5.83 | 31 | $174.23 |
| NOV-00 | 35,360.54 | 6.02 | 30 | $174.96 |
| DEC-00 | 35,535.51 | 5.81 | 31 | $175.35 |
| JAN-01 | 35,710.86 | 5.19 | 31 | $157.41 |
| FEB-01 | 35,868.27 | 5.11 | 28 | $140.60 |
| MAR-01 | 36,008.87 | 4.81 | 31 | $147.10 |
| APR-01 | 36,155.98 | 4.37 | 30 | $129.86 |
| MAY-01 | 36,285.84 | 3.70 | 31 | $114.03 |
| JUN-01 | 36,399.87 | 3.31 | 30 | $99.03 |
| JUL-01 | 36,498.89 | 3.33 | 30 | $99.90 |
| AUG-01 | 36,598.79 | 3.56 | 31 | $110.66 |
| SEP-01 | 36,709.45 | 3.39 | 30 | $102.28 |
| OCT-01 | 36,811.73 | 2.32 | 31 | $72.53 |
| NOV-01 | 36,884.27 | 2.17 | 30 | $65.79 |
| DEC-01 | 36,950.05 | 1.86 | 31 | $58.37 |
| JAN-02 | 37,008.42 | 1.72 | 31 | $54.06 |
| FEB-02 | 37,062.49 | 1.64 | 28 | $46.63 |
| MAR-02 | 37,109.11 | 1.73 | 31 | $54.52 |
| APR-02 | 37,163.64 | 1.71 | 30 | $52.23 |
| MAY-02 | 37,215.87 | 1.62 | 31 | $51.20 |
| JUN-02 | 37,267.08 | 1.68 | 30 | $51.46 |
| JUL-02 | 37,318.54 | 1.69 | 31 | $53.56 |
| AUG-02 | 37,372.10 | 1.65 | 31 | $52.37 |
| SEP-02 | 37,424.47 | 1.67 | 30 | $51.37 |
| OCT-02 | 37,475.84 | 1.60 | 31 | $50.93 |
| NOV-02 | 37,526.77 | 1.48 | 30 | $45.65 |
| DEC-02 | 37,572.42 | 1.23 | 31 | $39.25 |
| JAN-03 | 37,611.67 | 1.40 | 31 | $44.72 |
| FEB-03 | 37,656.39 | 1.15 | 28 | $33.22 |
| MAR-03 | 37,689.61 | 1.22 | 31 | $39.05 |
| APR-03 | 37,728.66 | 1.16 | 30 | $35.97 |
| MAY-03 | 37,764.63 | 1.10 | 31 | $35.28 |
| JUN-03 | 37,799.92 | 1.16 | 30 | $36.04 |
| JUL-03 | 37,835.95 | 0.86 | 31 | $27.64 |
| AUG-03 | 37,863.59 | 0.89 | 31 | $28.62 |
| SEP-03 | 37,892.21 | 0.97 | 30 | $30.21 |

US Marshals Service
Asset Forfeiture Division

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-03 | 37,922.42 | 0.86 | 31 | $27.70 |
| NOV-03 | 37,950.12 | 0.97 | 30 | $30.26 |
| DEC-03 | 37,980.38 | 0.97 | 31 | $31.29 |
| JAN-04 | 38,011.67 | 0.78 | 31 | $25.18 |
| FEB-04 | 38,036.85 | 0.87 | 29 | $26.29 |
| MAR-04 | 38,063.14 | 0.94 | 31 | $30.39 |
| APR-04 | 38,093.53 | 0.90 | 30 | $28.18 |
| MAY-04 | 38,121.71 | 0.84 | 31 | $27.20 |
| JUN-04 | 38,148.90 | 0.94 | 30 | $29.47 |
| JUL-04 | 38,178.38 | 1.07 | 31 | $34.70 |
| AUG-04 | 38,213.07 | 1.29 | 31 | $41.87 |
| SEP-04 | 38,254.94 | 1.31 | 30 | $41.19 |
| OCT-04 | 38,296.13 | 1.42 | 31 | $46.19 |
| NOV-04 | 38,342.32 | 1.76 | 30 | $55.47 |
| DEC-04 | 38,397.78 | 1.95 | 31 | $63.59 |
| JAN-05 | 38,461.37 | 1.69 | 31 | $55.21 |
| FEB-05 | 38,516.58 | 2.16 | 28 | $63.82 |
| MAR-05 | 38,580.40 | 2.38 | 31 | $77.99 |
| APR-05 | 38,658.39 | 2.73 | 30 | $86.74 |
| MAY-05 | 38,745.13 | 2.85 | 31 | $93.78 |
| JUN-05 | 38,838.91 | 2.99 | 30 | $95.45 |
| JUL-05 | 38,934.36 | 3.15 | 31 | $104.16 |
| AUG-05 | 39,038.52 | 3.30 | 31 | $109.41 |
| SEP-05 | 39,147.94 | 3.37 | 30 | $108.43 |
| OCT-05 | 39,256.37 | 3.62 | 31 | $120.69 |
| NOV-05 | 39,377.07 | 3.96 | 30 | $128.16 |
| DEC-05 | 39,505.23 | 3.98 | 31 | $133.54 |
| JAN-06 | 39,638.77 | 4.14 | 31 | $139.38 |
| FEB-06 | 39,778.15 | 4.12 | 28 | $125.72 |
| MAR-06 | 39,903.87 | 4.28 | 31 | $145.05 |
| APR-06 | 40,048.92 | 4.63 | 30 | $152.41 |
| MAY-06 | 40,201.33 | 4.74 | 31 | $161.84 |
| JUNE-06 | 40,363.17 | 4.86 | 30 | $161.23 |
| JULY-06 | 40,524.40 | 4.97 | 31 | $171.06 |
| AUG-06 | 40,695.46 | 5.13 | 31 | $177.31 |
| SEP-06 | 40,872.76 | 5.07 | 30 | $170.32 |
| OCT-06 | 41,043.09 | 5.09 | 31 | $177.43 |
| NOV-06 | 41,220.52 | 4.68 | 30 | $158.56 |
| DEC-06 | 41,379.07 | 5.17 | 31 | $181.69 |
| JAN-07 | 41,560.77 | 5.10 | 31 | $180.02 |
| FEB-07 | 41,740.79 | 5.09 | 28 | $162.98 |
| MAR-07 | 41,903.77 | 5.10 | 31 | $181.51 |
| APR-07 | 42,085.28 | 5.03 | 30 | $173.99 |
| MAY-07 | 42,259.27 | 5.07 | 31 | $181.97 |
| JUN-07 | 42,441.24 | 4.88 | 30 | $170.23 |
| JUL-07 | 42,611.47 | 4.75 | 31 | $171.91 |
| AUG-07 | 42,783.37 | 4.37 | 31 | $158.79 |
| SEP-07 | 42,942.17 | 4.25 | 30 | $150.00 |
| OCT-07 | 43,092.17 | 4.29 | 31 | $157.01 |
| NOV-07 | 43,249.18 | 3.92 | 30 | $139.35 |
| DEC-07 | 43,388.52 | 3.60 | 31 | $132.66 |
| JAN-08 | 43,521.19 | 3.04 | 31 | $112.37 |
| FEB-08 | 43,633.55 | 2.80 | 29 | $97.07 |
| MAR-08 | 43,730.62 | 2.37 | 31 | $88.02 |
| APR-08 | 43,818.65 | 2.37 | 30 | $85.36 |
| MAY-08 | 43,904.00 | 2.31 | 31 | $86.14 |
| JUNE-08 | 43,990.14 | 2.31 | 17 | $47.33 |

| 93-DEA-128083 | | | Total Interest | $17,531.47 |

**Assets Forfeiture Fund**
**Interest Computation Worksheet**

**Date of Deposit:** October 12, 1994

**Interest Thru:** June 17, 2008

**Case Number:** *93-DEA-128083*

**Principal Amount:** $6,250.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-94 | 6,250.00 | 4.28 | 18 | $13.19 |
| NOV-94 | 6,263.19 | 4.21 | 30 | $21.67 |
| DEC-94 | 6,284.86 | 4.63 | 31 | $24.71 |
| JAN-95 | 6,309.58 | 3.55 | 31 | $19.02 |
| FEB-95 | 6,328.60 | 5.01 | 28 | $24.32 |
| MAR-95 | 6,352.92 | 4.94 | 31 | $26.65 |
| APR-95 | 6,379.58 | 5.62 | 30 | $29.47 |
| MAY-95 | 6,409.05 | 5.51 | 31 | $29.99 |
| JUN-95 | 6,439.04 | 5.49 | 30 | $29.06 |
| JUL-95 | 6,468.10 | 5.12 | 31 | $28.13 |
| AUG-95 | 6,496.22 | 5.30 | 31 | $29.24 |
| SEP-95 | 6,525.46 | 5.27 | 30 | $28.27 |
| OCT-95 | 6,553.73 | 5.06 | 31 | $28.16 |
| NOV-95 | 6,581.89 | 5.24 | 30 | $28.35 |
| DEC-95 | 6,610.24 | 5.27 | 31 | $29.59 |
| JAN-96 | 6,639.83 | 4.68 | 31 | $26.39 |
| FEB-96 | 6,666.22 | 4.59 | 29 | $24.31 |
| MAR-96 | 6,690.53 | 4.58 | 31 | $26.03 |
| APR-96 | 6,716.56 | 5.07 | 30 | $27.99 |
| MAY-96 | 6,744.54 | 4.72 | 31 | $27.04 |
| JUN-96 | 6,771.58 | 4.87 | 30 | $27.10 |
| JUL-96 | 6,798.69 | 4.35 | 31 | $25.12 |
| AUG-96 | 6,823.80 | 4.84 | 31 | $28.05 |
| SEP-96 | 6,851.85 | 4.87 | 30 | $27.43 |
| OCT-96 | 6,879.28 | 4.84 | 31 | $28.28 |
| NOV-96 | 6,907.56 | 4.80 | 30 | $27.25 |
| DEC-96 | 6,934.81 | 4.79 | 31 | $28.21 |
| JAN-97 | 6,963.02 | 4.76 | 31 | $28.15 |
| FEB-97 | 6,991.17 | 4.91 | 28 | $26.33 |
| MAR-97 | 7,017.51 | 4.92 | 31 | $29.32 |
| APR-97 | 7,046.83 | 5.07 | 30 | $29.37 |
| MAY-97 | 7,076.19 | 4.85 | 31 | $29.15 |
| JUN-97 | 7,105.34 | 4.39 | 30 | $25.64 |
| JUL-97 | 7,130.98 | 4.83 | 31 | $29.25 |
| AUG-97 | 7,160.23 | 4.93 | 31 | $29.98 |
| SEP-97 | 7,190.21 | 4.72 | 30 | $27.89 |
| OCT-97 | 7,218.11 | 4.42 | 31 | $27.10 |
| NOV-97 | 7,245.20 | 4.87 | 30 | $29.00 |
| DEC-97 | 7,274.21 | 4.91 | 31 | $30.33 |
| JAN-98 | 7,304.54 | 4.89 | 31 | $30.34 |
| FEB-98 | 7,334.88 | 4.68 | 28 | $26.33 |
| MAR-98 | 7,361.21 | 4.71 | 31 | $29.45 |
| APR-98 | 7,390.66 | 5.25 | 30 | $31.89 |
| MAY-98 | 7,422.55 | 4.48 | 31 | $28.24 |
| JUN-98 | 7,450.79 | 4.47 | 30 | $27.37 |
| JUL-98 | 7,478.16 | 4.66 | 31 | $29.60 |
| AUG-98 | 7,507.76 | 4.53 | 31 | $28.89 |
| SEP-98 | 7,536.65 | 4.52 | 30 | $28.00 |
| OCT-98 | 7,564.65 | 4.25 | 31 | $27.31 |
| NOV-98 | 7,591.95 | 3.23 | 30 | $20.16 |
| DEC-98 | 7,612.11 | 4.09 | 31 | $26.44 |
| JAN-99 | 7,638.55 | 4.33 | 31 | $28.09 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-99 | 7,666.64 | 4.06 | 28 | $23.88 |
| MAR-99 | 7,690.52 | 4.24 | 31 | $27.69 |
| APR-99 | 7,718.21 | 4.46 | 30 | $28.29 |
| MAY-99 | 7,746.50 | 4.33 | 31 | $28.49 |
| JUN-99 | 7,774.99 | 4.10 | 30 | $26.20 |
| JUL-99 | 7,801.19 | 4.24 | 31 | $28.09 |
| AUG-99 | 7,829.29 | 4.45 | 31 | $29.59 |
| SEP-99 | 7,858.88 | 4.54 | 30 | $29.33 |
| OCT-99 | 7,888.20 | 4.30 | 31 | $28.81 |
| NOV-99 | 7,917.01 | 4.34 | 30 | $28.24 |
| DEC-99 | 7,945.25 | 4.39 | 31 | $29.62 |
| JAN-00 | 7,974.87 | 4.49 | 31 | $30.41 |
| FEB-00 | 8,005.29 | 5.16 | 29 | $32.82 |
| MAR-00 | 8,038.11 | 5.34 | 31 | $36.46 |
| APR-00 | 8,074.56 | 5.84 | 30 | $38.76 |
| MAY-00 | 8,113.32 | 5.16 | 31 | $35.56 |
| JUN-00 | 8,148.88 | 4.80 | 30 | $32.15 |
| JUL-00 | 8,181.02 | 5.42 | 31 | $37.66 |
| AUG-00 | 8,218.68 | 5.89 | 31 | $41.11 |
| SEP-00 | 8,259.80 | 6.02 | 30 | $40.87 |
| OCT-00 | 8,300.67 | 5.83 | 31 | $41.10 |
| NOV-00 | 8,341.77 | 6.02 | 30 | $41.27 |
| DEC-00 | 8,383.04 | 5.81 | 31 | $41.37 |
| JAN-01 | 8,424.41 | 5.19 | 31 | $37.13 |
| FEB-01 | 8,461.54 | 5.11 | 28 | $33.17 |
| MAR-01 | 8,494.71 | 4.81 | 31 | $34.70 |
| APR-01 | 8,529.41 | 4.37 | 30 | $30.64 |
| MAY-01 | 8,560.05 | 3.70 | 31 | $26.90 |
| JUN-01 | 8,586.95 | 3.31 | 30 | $23.36 |
| JUL-01 | 8,610.31 | 3.33 | 30 | $23.57 |
| AUG-01 | 8,633.88 | 3.56 | 31 | $26.11 |
| SEP-01 | 8,659.98 | 3.39 | 30 | $24.13 |
| OCT-01 | 8,684.11 | 2.32 | 31 | $17.11 |
| NOV-01 | 8,701.22 | 2.17 | 30 | $15.52 |
| DEC-01 | 8,716.74 | 1.86 | 31 | $13.77 |
| JAN-02 | 8,730.51 | 1.72 | 31 | $12.75 |
| FEB-02 | 8,743.27 | 1.64 | 28 | $11.00 |
| MAR-02 | 8,754.27 | 1.73 | 31 | $12.86 |
| APR-02 | 8,767.13 | 1.71 | 30 | $12.32 |
| MAY-02 | 8,779.45 | 1.62 | 31 | $12.08 |
| JUN-02 | 8,791.53 | 1.68 | 30 | $12.14 |
| JUL-02 | 8,803.67 | 1.69 | 31 | $12.64 |
| AUG-02 | 8,816.31 | 1.65 | 31 | $12.35 |
| SEP-02 | 8,828.66 | 1.67 | 30 | $12.12 |
| OCT-02 | 8,840.78 | 1.60 | 31 | $12.01 |
| NOV-02 | 8,852.79 | 1.48 | 30 | $10.77 |
| DEC-02 | 8,863.56 | 1.23 | 31 | $9.26 |
| JAN-03 | 8,872.82 | 1.40 | 31 | $10.55 |
| FEB-03 | 8,883.37 | 1.15 | 28 | $7.84 |
| MAR-03 | 8,891.21 | 1.22 | 31 | $9.21 |
| APR-03 | 8,900.42 | 1.16 | 30 | $8.49 |
| MAY-03 | 8,908.91 | 1.10 | 31 | $8.32 |
| JUN-03 | 8,917.23 | 1.16 | 30 | $8.50 |
| JUL-03 | 8,925.73 | 0.86 | 31 | $6.52 |
| AUG-03 | 8,932.25 | 0.89 | 31 | $6.75 |
| SEP-03 | 8,939.00 | 0.97 | 30 | $7.13 |

US Marshals Service
Asset Forfeiture Division

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-03 | 8,946.13 | 0.86 | 31 | $6.53 |
| NOV-03 | 8,952.66 | 0.97 | 30 | $7.14 |
| DEC-03 | 8,959.80 | 0.97 | 31 | $7.38 |
| JAN-04 | 8,967.18 | 0.78 | 31 | $5.94 |
| FEB-04 | 8,973.12 | 0.87 | 29 | $6.20 |
| MAR-04 | 8,979.33 | 0.94 | 31 | $7.17 |
| APR-04 | 8,986.50 | 0.90 | 30 | $6.65 |
| MAY-04 | 8,993.14 | 0.84 | 31 | $6.42 |
| JUN-04 | 8,999.56 | 0.94 | 30 | $6.95 |
| JUL-04 | 9,006.51 | 1.07 | 31 | $8.18 |
| AUG-04 | 9,014.70 | 1.29 | 31 | $9.88 |
| SEP-04 | 9,024.57 | 1.31 | 30 | $9.72 |
| OCT-04 | 9,034.29 | 1.42 | 31 | $10.90 |
| NOV-04 | 9,045.19 | 1.76 | 30 | $13.08 |
| DEC-04 | 9,058.27 | 1.95 | 31 | $15.00 |
| JAN-05 | 9,073.27 | 1.69 | 31 | $13.02 |
| FEB-05 | 9,086.30 | 2.16 | 28 | $15.06 |
| MAR-05 | 9,101.35 | 2.38 | 31 | $18.40 |
| APR-05 | 9,119.75 | 2.73 | 30 | $20.46 |
| MAY-05 | 9,140.21 | 2.85 | 31 | $22.12 |
| JUN-05 | 9,162.34 | 2.99 | 30 | $22.52 |
| JUL-05 | 9,184.85 | 3.15 | 31 | $24.57 |
| AUG-05 | 9,209.43 | 3.30 | 31 | $25.81 |
| SEP-05 | 9,235.24 | 3.37 | 30 | $25.58 |
| OCT-05 | 9,260.82 | 3.62 | 31 | $28.47 |
| NOV-05 | 9,289.29 | 3.96 | 30 | $30.23 |
| DEC-05 | 9,319.52 | 3.98 | 31 | $31.50 |
| JAN-06 | 9,351.03 | 4.14 | 31 | $32.88 |
| FEB-06 | 9,383.91 | 4.12 | 28 | $29.66 |
| MAR-06 | 9,413.57 | 4.28 | 31 | $34.22 |
| APR-06 | 9,447.78 | 4.63 | 30 | $35.95 |
| MAY-06 | 9,483.74 | 4.74 | 31 | $38.18 |
| JUNE-06 | 9,521.92 | 4.86 | 30 | $38.04 |
| JULY-06 | 9,559.95 | 4.97 | 31 | $40.35 |
| AUG-06 | 9,600.31 | 5.13 | 31 | $41.83 |
| SEP-06 | 9,642.13 | 5.07 | 30 | $40.18 |
| OCT-06 | 9,682.31 | 5.09 | 31 | $41.86 |
| NOV-06 | 9,724.17 | 4.68 | 30 | $37.40 |
| DEC-06 | 9,761.58 | 5.17 | 31 | $42.86 |
| JAN-07 | 9,804.44 | 5.10 | 31 | $42.47 |
| FEB-07 | 9,846.91 | 5.09 | 28 | $38.45 |
| MAR-07 | 9,885.35 | 5.10 | 31 | $42.82 |
| APR-07 | 9,928.17 | 5.03 | 30 | $41.05 |
| MAY-07 | 9,969.22 | 5.07 | 31 | $42.93 |
| JUN-07 | 10,012.15 | 4.88 | 30 | $40.16 |
| JUL-07 | 10,052.30 | 4.75 | 31 | $40.55 |
| AUG-07 | 10,092.86 | 4.37 | 31 | $37.46 |
| SEP-07 | 10,130.32 | 4.25 | 30 | $35.39 |
| OCT-07 | 10,165.70 | 4.29 | 31 | $37.04 |
| NOV-07 | 10,202.74 | 3.92 | 30 | $32.87 |
| DEC-07 | 10,235.62 | 3.60 | 31 | $31.30 |
| JAN-08 | 10,266.91 | 3.04 | 31 | $26.51 |
| FEB-08 | 10,293.42 | 2.80 | 29 | $22.90 |
| MAR-08 | 10,316.32 | 2.37 | 31 | $20.77 |
| APR-08 | 10,337.09 | 2.37 | 30 | $20.14 |
| MAY-08 | 10,357.22 | 2.31 | 31 | $20.32 |
| JUNE-08 | 10,377.54 | 2.31 | 17 | $11.17 |
| 93-DEA-128083 | | | Total Interest | $4,138.71 |

US Marshals Service
Asset Forfeiture Division