# Assets Forfeiture Fund
## Interest Computation Worksheet

Date of Deposit: October 21, 1994
Interest Thru: June 17, 2008
Case Number: 93-DEA-128452
Principal Amount: $45,667.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-94 | 45,667.00 | 4.28 | 11 | $58.90 |
| NOV-94 | 45,725.90 | 4.21 | 30 | $158.22 |
| DEC-94 | 45,884.13 | 4.63 | 31 | $180.43 |
| JAN-95 | 46,064.56 | 3.55 | 31 | $138.89 |
| FEB-95 | 46,203.45 | 5.01 | 28 | $177.57 |
| MAR-95 | 46,381.02 | 4.94 | 31 | $194.60 |
| APR-95 | 46,575.62 | 5.62 | 30 | $215.14 |
| MAY-95 | 46,790.76 | 5.51 | 31 | $218.97 |
| JUN-95 | 47,009.73 | 5.49 | 30 | $212.12 |
| JUL-95 | 47,221.85 | 5.12 | 31 | $205.34 |
| AUG-95 | 47,427.19 | 5.30 | 31 | $213.49 |
| SEP-95 | 47,640.68 | 5.27 | 30 | $206.36 |
| OCT-95 | 47,847.04 | 5.06 | 31 | $205.62 |
| NOV-95 | 48,052.66 | 5.24 | 30 | $206.96 |
| DEC-95 | 48,259.62 | 5.27 | 31 | $216.00 |
| JAN-96 | 48,475.62 | 4.68 | 31 | $192.68 |
| FEB-96 | 48,668.30 | 4.59 | 29 | $177.49 |
| MAR-96 | 48,845.79 | 4.58 | 31 | $190.00 |
| APR-96 | 49,035.79 | 5.07 | 30 | $204.34 |
| MAY-96 | 49,240.13 | 4.72 | 31 | $197.39 |
| JUN-96 | 49,437.52 | 4.87 | 30 | $197.89 |
| JUL-96 | 49,635.41 | 4.35 | 31 | $183.38 |
| AUG-96 | 49,818.79 | 4.84 | 31 | $204.79 |
| SEP-96 | 50,023.58 | 4.87 | 30 | $200.23 |
| OCT-96 | 50,223.81 | 4.84 | 31 | $206.45 |
| NOV-96 | 50,430.26 | 4.80 | 30 | $198.96 |
| DEC-96 | 50,629.22 | 4.79 | 31 | $205.97 |
| JAN-97 | 50,835.19 | 4.76 | 31 | $205.51 |
| FEB-97 | 51,040.70 | 4.91 | 28 | $192.25 |
| MAR-97 | 51,232.95 | 4.92 | 31 | $214.08 |
| APR-97 | 51,447.04 | 5.07 | 30 | $214.39 |
| MAY-97 | 51,661.42 | 4.85 | 31 | $212.80 |
| JUN-97 | 51,874.22 | 4.39 | 30 | $187.17 |
| JUL-97 | 52,061.40 | 4.83 | 31 | $213.57 |
| AUG-97 | 52,274.96 | 4.93 | 31 | $218.88 |
| SEP-97 | 52,493.85 | 4.72 | 30 | $203.65 |
| OCT-97 | 52,697.49 | 4.42 | 31 | $197.82 |
| NOV-97 | 52,895.32 | 4.87 | 30 | $211.73 |
| DEC-97 | 53,107.04 | 4.91 | 31 | $221.46 |
| JAN-98 | 53,328.51 | 4.89 | 31 | $221.48 |
| FEB-98 | 53,549.99 | 4.68 | 28 | $192.25 |
| MAR-98 | 53,742.24 | 4.71 | 31 | $214.98 |
| APR-98 | 53,957.22 | 5.25 | 30 | $232.83 |
| MAY-98 | 54,190.05 | 4.48 | 31 | $206.19 |
| JUN-98 | 54,396.24 | 4.47 | 30 | $199.85 |
| JUL-98 | 54,596.09 | 4.66 | 31 | $216.08 |
| AUG-98 | 54,812.17 | 4.53 | 31 | $210.88 |
| SEP-98 | 55,023.06 | 4.52 | 30 | $204.41 |
| OCT-98 | 55,227.47 | 4.25 | 31 | $199.35 |
| NOV-98 | 55,426.82 | 3.23 | 30 | $147.15 |
| DEC-98 | 55,573.97 | 4.09 | 31 | $193.05 |
| JAN-99 | 55,767.02 | 4.33 | 31 | $205.09 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-99 | 55,972.10 | 4.06 | 28 | $174.33 |
| MAR-99 | 56,146.43 | 4.24 | 31 | $202.19 |
| APR-99 | 56,348.62 | 4.46 | 30 | $206.56 |
| MAY-99 | 56,555.18 | 4.33 | 31 | $207.98 |
| JUN-99 | 56,763.16 | 4.10 | 30 | $191.28 |
| JUL-99 | 56,954.44 | 4.24 | 31 | $205.10 |
| AUG-99 | 57,159.54 | 4.45 | 31 | $216.03 |
| SEP-99 | 57,375.57 | 4.54 | 30 | $214.10 |
| OCT-99 | 57,589.67 | 4.30 | 31 | $210.32 |
| NOV-99 | 57,799.99 | 4.34 | 30 | $206.18 |
| DEC-99 | 58,006.17 | 4.39 | 31 | $216.28 |
| JAN-00 | 58,222.45 | 4.49 | 31 | $222.03 |
| FEB-00 | 58,444.47 | 5.16 | 29 | $239.61 |
| MAR-00 | 58,684.08 | 5.34 | 31 | $266.15 |
| APR-00 | 58,950.23 | 5.84 | 30 | $282.96 |
| MAY-00 | 59,233.19 | 5.16 | 31 | $259.59 |
| JUN-00 | 59,492.78 | 4.80 | 30 | $234.71 |
| JUL-00 | 59,727.49 | 5.42 | 31 | $274.94 |
| AUG-00 | 60,002.44 | 5.89 | 31 | $300.16 |
| SEP-00 | 60,302.60 | 6.02 | 30 | $298.37 |
| OCT-00 | 60,600.97 | 5.83 | 31 | $300.07 |
| NOV-00 | 60,901.04 | 6.02 | 30 | $301.33 |
| DEC-00 | 61,202.37 | 5.81 | 31 | $302.00 |
| JAN-01 | 61,504.37 | 5.19 | 31 | $271.11 |
| FEB-01 | 61,775.48 | 5.11 | 28 | $242.16 |
| MAR-01 | 62,017.64 | 4.81 | 31 | $253.35 |
| APR-01 | 62,271.00 | 4.37 | 30 | $223.66 |
| MAY-01 | 62,494.66 | 3.70 | 31 | $196.39 |
| JUN-01 | 62,691.05 | 3.31 | 30 | $170.55 |
| JUL-01 | 62,861.60 | 3.33 | 30 | $172.05 |
| AUG-01 | 63,033.65 | 3.56 | 31 | $190.59 |
| SEP-01 | 63,224.24 | 3.39 | 30 | $176.16 |
| OCT-01 | 63,400.40 | 2.32 | 31 | $124.92 |
| NOV-01 | 63,525.33 | 2.17 | 30 | $113.30 |
| DEC-01 | 63,638.63 | 1.86 | 31 | $100.53 |
| JAN-02 | 63,739.16 | 1.72 | 31 | $93.11 |
| FEB-02 | 63,832.27 | 1.64 | 28 | $80.31 |
| MAR-02 | 63,912.58 | 1.73 | 31 | $93.91 |
| APR-02 | 64,006.49 | 1.71 | 30 | $89.96 |
| MAY-02 | 64,096.44 | 1.62 | 31 | $88.19 |
| JUN-02 | 64,184.63 | 1.68 | 30 | $88.63 |
| JUL-02 | 64,273.26 | 1.69 | 31 | $92.25 |
| AUG-02 | 64,365.52 | 1.65 | 31 | $90.20 |
| SEP-02 | 64,455.72 | 1.67 | 30 | $88.47 |
| OCT-02 | 64,544.19 | 1.60 | 31 | $87.71 |
| NOV-02 | 64,631.90 | 1.48 | 30 | $78.62 |
| DEC-02 | 64,710.52 | 1.23 | 31 | $67.60 |
| JAN-03 | 64,778.12 | 1.40 | 31 | $77.02 |
| FEB-03 | 64,855.14 | 1.15 | 28 | $57.21 |
| MAR-03 | 64,912.36 | 1.22 | 31 | $67.26 |
| APR-03 | 64,979.62 | 1.16 | 30 | $61.95 |
| MAY-03 | 65,041.57 | 1.10 | 31 | $60.76 |
| JUN-03 | 65,102.34 | 1.16 | 30 | $62.07 |
| JUL-03 | 65,164.41 | 0.86 | 31 | $47.60 |
| AUG-03 | 65,212.00 | 0.89 | 31 | $49.29 |
| SEP-03 | 65,261.30 | 0.97 | 30 | $52.03 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-03 | 65,313.33 | 0.86 | 31 | $47.71 |
| NOV-03 | 65,361.03 | 0.97 | 30 | $52.11 |
| DEC-03 | 65,413.14 | 0.97 | 31 | $53.89 |
| JAN-04 | 65,467.03 | 0.78 | 31 | $43.37 |
| FEB-04 | 65,510.40 | 0.87 | 29 | $45.28 |
| MAR-04 | 65,555.68 | 0.94 | 31 | $52.34 |
| APR-04 | 65,608.02 | 0.90 | 30 | $48.53 |
| MAY-04 | 65,656.55 | 0.84 | 31 | $46.84 |
| JUN-04 | 65,703.39 | 0.94 | 30 | $50.76 |
| JUL-04 | 65,754.16 | 1.07 | 31 | $59.76 |
| AUG-04 | 65,813.91 | 1.29 | 31 | $72.11 |
| SEP-04 | 65,886.02 | 1.31 | 30 | $70.94 |
| OCT-04 | 65,956.96 | 1.42 | 31 | $79.55 |
| NOV-04 | 66,036.50 | 1.76 | 30 | $95.53 |
| DEC-04 | 66,132.03 | 1.95 | 31 | $109.53 |
| JAN-05 | 66,241.56 | 1.69 | 31 | $95.08 |
| FEB-05 | 66,336.64 | 2.16 | 28 | $109.92 |
| MAR-05 | 66,446.55 | 2.38 | 31 | $134.31 |
| APR-05 | 66,580.87 | 2.73 | 30 | $149.40 |
| MAY-05 | 66,730.26 | 2.85 | 31 | $161.52 |
| JUN-05 | 66,891.79 | 2.99 | 30 | $164.39 |
| JUL-05 | 67,056.18 | 3.15 | 31 | $179.40 |
| AUG-05 | 67,235.57 | 3.30 | 31 | $188.44 |
| SEP-05 | 67,424.02 | 3.37 | 30 | $186.76 |
| OCT-05 | 67,610.77 | 3.62 | 31 | $207.87 |
| NOV-05 | 67,818.64 | 3.96 | 30 | $220.74 |
| DEC-05 | 68,039.38 | 3.98 | 31 | $229.99 |
| JAN-06 | 68,269.37 | 4.14 | 31 | $240.05 |
| FEB-06 | 68,509.42 | 4.12 | 28 | $216.53 |
| MAR-06 | 68,725.95 | 4.28 | 31 | $249.82 |
| APR-06 | 68,975.77 | 4.63 | 30 | $262.49 |
| MAY-06 | 69,238.25 | 4.74 | 31 | $278.74 |
| JUNE-06 | 69,516.99 | 4.86 | 30 | $277.69 |
| JULY-06 | 69,794.68 | 4.97 | 31 | $294.61 |
| AUG-06 | 70,089.29 | 5.13 | 31 | $305.38 |
| SEP-06 | 70,394.67 | 5.07 | 30 | $293.34 |
| OCT-06 | 70,688.01 | 5.09 | 31 | $305.59 |
| NOV-06 | 70,993.59 | 4.68 | 30 | $273.08 |
| DEC-06 | 71,266.68 | 5.17 | 31 | $312.93 |
| JAN-07 | 71,579.61 | 5.10 | 31 | $310.05 |
| FEB-07 | 71,889.65 | 5.09 | 28 | $280.70 |
| MAR-07 | 72,170.36 | 5.10 | 31 | $312.61 |
| APR-07 | 72,482.96 | 5.03 | 30 | $299.66 |
| MAY-07 | 72,782.63 | 5.07 | 31 | $313.40 |
| JUN-07 | 73,096.03 | 4.88 | 30 | $293.19 |
| JUL-07 | 73,389.22 | 4.75 | 31 | $296.07 |
| AUG-07 | 73,685.29 | 4.37 | 31 | $273.48 |
| SEP-07 | 73,958.77 | 4.25 | 30 | $258.35 |
| OCT-07 | 74,217.12 | 4.29 | 31 | $270.41 |
| NOV-07 | 74,487.53 | 3.92 | 30 | $239.99 |
| DEC-07 | 74,727.53 | 3.60 | 31 | $228.48 |
| JAN-08 | 74,956.01 | 3.04 | 31 | $193.53 |
| FEB-08 | 75,149.54 | 2.80 | 29 | $167.18 |
| MAR-08 | 75,316.72 | 2.37 | 31 | $151.60 |
| APR-08 | 75,468.32 | 2.37 | 30 | $147.01 |
| MAY-08 | 75,615.33 | 2.31 | 31 | $148.35 |
| JUNE-08 | 75,763.68 | 2.31 | 17 | $81.51 |
| 93-DEA-128452 | | | Total Interest | $30,178.20 |