# Assets Forfeiture Fund
## Interest Computation Worksheet

**Date of Deposit:** October 12, 1994
**Interest Thru:** June 17, 2008
**Case Number:** *93-DEA-128452*
**Principal Amount:** $15,000.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-94 | 15,000.00 | 4.28 | 20 | $35.18 |
| NOV-94 | 15,035.18 | 4.21 | 30 | $52.03 |
| DEC-94 | 15,087.20 | 4.63 | 31 | $59.33 |
| JAN-95 | 15,146.53 | 3.55 | 31 | $45.67 |
| FEB-95 | 15,192.20 | 5.01 | 28 | $58.39 |
| MAR-95 | 15,250.59 | 4.94 | 31 | $63.99 |
| APR-95 | 15,314.57 | 5.62 | 30 | $70.74 |
| MAY-95 | 15,385.31 | 5.51 | 31 | $72.00 |
| JUN-95 | 15,457.31 | 5.49 | 30 | $69.75 |
| JUL-95 | 15,527.06 | 5.12 | 31 | $67.52 |
| AUG-95 | 15,594.58 | 5.30 | 31 | $70.20 |
| SEP-95 | 15,664.78 | 5.27 | 30 | $67.85 |
| OCT-95 | 15,732.63 | 5.06 | 31 | $67.61 |
| NOV-95 | 15,800.24 | 5.24 | 30 | $68.05 |
| DEC-95 | 15,868.29 | 5.27 | 31 | $71.02 |
| JAN-96 | 15,939.32 | 4.68 | 31 | $63.36 |
| FEB-96 | 16,002.67 | 4.59 | 29 | $58.36 |
| MAR-96 | 16,061.03 | 4.58 | 31 | $62.48 |
| APR-96 | 16,123.51 | 5.07 | 30 | $67.19 |
| MAY-96 | 16,190.69 | 4.72 | 31 | $64.90 |
| JUN-96 | 16,255.60 | 4.87 | 30 | $65.07 |
| JUL-96 | 16,320.67 | 4.35 | 31 | $60.30 |
| AUG-96 | 16,380.96 | 4.84 | 31 | $67.34 |
| SEP-96 | 16,448.30 | 4.87 | 30 | $65.84 |
| OCT-96 | 16,514.14 | 4.84 | 31 | $67.88 |
| NOV-96 | 16,582.02 | 4.80 | 30 | $65.42 |
| DEC-96 | 16,647.44 | 4.79 | 31 | $67.73 |
| JAN-97 | 16,715.17 | 4.76 | 31 | $67.58 |
| FEB-97 | 16,782.74 | 4.91 | 28 | $63.21 |
| MAR-97 | 16,845.96 | 4.92 | 31 | $70.39 |
| APR-97 | 16,916.35 | 5.07 | 30 | $70.49 |
| MAY-97 | 16,986.84 | 4.85 | 31 | $69.97 |
| JUN-97 | 17,056.81 | 4.39 | 30 | $61.54 |
| JUL-97 | 17,118.36 | 4.83 | 31 | $70.22 |
| AUG-97 | 17,188.58 | 4.93 | 31 | $71.97 |
| SEP-97 | 17,260.55 | 4.72 | 30 | $66.96 |
| OCT-97 | 17,327.51 | 4.42 | 31 | $65.05 |
| NOV-97 | 17,392.56 | 4.87 | 30 | $69.62 |
| DEC-97 | 17,462.18 | 4.91 | 31 | $72.82 |
| JAN-98 | 17,535.00 | 4.89 | 31 | $72.83 |
| FEB-98 | 17,607.82 | 4.68 | 28 | $63.21 |
| MAR-98 | 17,671.04 | 4.71 | 31 | $70.69 |
| APR-98 | 17,741.73 | 5.25 | 30 | $76.56 |
| MAY-98 | 17,818.28 | 4.48 | 31 | $67.80 |
| JUN-98 | 17,886.08 | 4.47 | 30 | $65.71 |
| JUL-98 | 17,951.79 | 4.66 | 31 | $71.05 |
| AUG-98 | 18,022.84 | 4.53 | 31 | $69.34 |
| SEP-98 | 18,092.18 | 4.52 | 30 | $67.21 |
| OCT-98 | 18,159.40 | 4.25 | 31 | $65.55 |
| NOV-98 | 18,224.95 | 3.23 | 30 | $48.38 |
| DEC-98 | 18,273.33 | 4.09 | 31 | $63.48 |
| JAN-99 | 18,336.81 | 4.33 | 31 | $67.43 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-99 | 18,404.24 | 4.06 | 28 | $57.32 |
| MAR-99 | 18,461.56 | 4.24 | 31 | $66.48 |
| APR-99 | 18,528.04 | 4.46 | 30 | $67.92 |
| MAY-99 | 18,595.96 | 4.33 | 31 | $68.39 |
| JUN-99 | 18,664.35 | 4.10 | 30 | $62.90 |
| JUL-99 | 18,727.24 | 4.24 | 31 | $67.44 |
| AUG-99 | 18,794.68 | 4.45 | 31 | $71.03 |
| SEP-99 | 18,865.72 | 4.54 | 30 | $70.40 |
| OCT-99 | 18,936.11 | 4.30 | 31 | $69.16 |
| NOV-99 | 19,005.27 | 4.34 | 30 | $67.79 |
| DEC-99 | 19,073.06 | 4.39 | 31 | $71.11 |
| JAN-00 | 19,144.18 | 4.49 | 31 | $73.00 |
| FEB-00 | 19,217.18 | 5.16 | 29 | $78.79 |
| MAR-00 | 19,295.97 | 5.34 | 31 | $87.51 |
| APR-00 | 19,383.48 | 5.84 | 30 | $93.04 |
| MAY-00 | 19,476.52 | 5.16 | 31 | $85.36 |
| JUN-00 | 19,561.88 | 4.80 | 30 | $77.18 |
| JUL-00 | 19,639.05 | 5.42 | 31 | $90.40 |
| AUG-00 | 19,729.46 | 5.89 | 31 | $98.70 |
| SEP-00 | 19,828.15 | 6.02 | 30 | $98.11 |
| OCT-00 | 19,926.26 | 5.83 | 31 | $98.67 |
| NOV-00 | 20,024.93 | 6.02 | 30 | $99.08 |
| DEC-00 | 20,124.01 | 5.81 | 31 | $99.30 |
| JAN-01 | 20,223.31 | 5.19 | 31 | $89.14 |
| FEB-01 | 20,312.46 | 5.11 | 28 | $79.62 |
| MAR-01 | 20,392.08 | 4.81 | 31 | $83.31 |
| APR-01 | 20,475.39 | 4.37 | 30 | $73.54 |
| MAY-01 | 20,548.93 | 3.70 | 31 | $64.57 |
| JUN-01 | 20,613.50 | 3.31 | 30 | $56.08 |
| JUL-01 | 20,669.58 | 3.33 | 30 | $56.57 |
| AUG-01 | 20,726.16 | 3.56 | 31 | $62.67 |
| SEP-01 | 20,788.82 | 3.39 | 30 | $57.92 |
| OCT-01 | 20,846.75 | 2.32 | 31 | $41.08 |
| NOV-01 | 20,887.82 | 2.17 | 30 | $37.25 |
| DEC-01 | 20,925.08 | 1.86 | 31 | $33.06 |
| JAN-02 | 20,958.13 | 1.72 | 31 | $30.62 |
| FEB-02 | 20,988.75 | 1.64 | 28 | $26.41 |
| MAR-02 | 21,015.16 | 1.73 | 31 | $30.88 |
| APR-02 | 21,046.03 | 1.71 | 30 | $29.58 |
| MAY-02 | 21,075.61 | 1.62 | 31 | $29.00 |
| JUN-02 | 21,104.61 | 1.68 | 30 | $29.14 |
| JUL-02 | 21,133.75 | 1.69 | 31 | $30.33 |
| AUG-02 | 21,164.09 | 1.65 | 31 | $29.66 |
| SEP-02 | 21,193.75 | 1.67 | 30 | $29.09 |
| OCT-02 | 21,222.84 | 1.60 | 31 | $28.84 |
| NOV-02 | 21,251.68 | 1.48 | 30 | $25.85 |
| DEC-02 | 21,277.53 | 1.23 | 31 | $22.23 |
| JAN-03 | 21,299.75 | 1.40 | 31 | $25.33 |
| FEB-03 | 21,325.08 | 1.15 | 28 | $18.81 |
| MAR-03 | 21,343.89 | 1.22 | 31 | $22.12 |
| APR-03 | 21,366.01 | 1.16 | 30 | $20.37 |
| MAY-03 | 21,386.38 | 1.10 | 31 | $19.98 |
| JUN-03 | 21,406.36 | 1.16 | 30 | $20.41 |
| JUL-03 | 21,426.77 | 0.86 | 31 | $15.65 |
| AUG-03 | 21,442.42 | 0.89 | 31 | $16.21 |
| SEP-03 | 21,458.63 | 0.97 | 30 | $17.11 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-03 | 21,475.74 | 0.86 | 31 | $15.69 |
| NOV-03 | 21,491.42 | 0.97 | 30 | $17.13 |
| DEC-03 | 21,508.56 | 0.97 | 31 | $17.72 |
| JAN-04 | 21,526.28 | 0.78 | 31 | $14.26 |
| FEB-04 | 21,540.54 | 0.87 | 29 | $14.89 |
| MAR-04 | 21,555.43 | 0.94 | 31 | $17.21 |
| APR-04 | 21,572.64 | 0.90 | 30 | $15.96 |
| MAY-04 | 21,588.59 | 0.84 | 31 | $15.40 |
| JUN-04 | 21,604.00 | 0.94 | 30 | $16.69 |
| JUL-04 | 21,620.69 | 1.07 | 31 | $19.65 |
| AUG-04 | 21,640.33 | 1.29 | 31 | $23.71 |
| SEP-04 | 21,664.04 | 1.31 | 30 | $23.33 |
| OCT-04 | 21,687.37 | 1.42 | 31 | $26.16 |
| NOV-04 | 21,713.53 | 1.76 | 30 | $31.41 |
| DEC-04 | 21,744.94 | 1.95 | 31 | $36.01 |
| JAN-05 | 21,780.95 | 1.69 | 31 | $31.26 |
| FEB-05 | 21,812.21 | 2.16 | 28 | $36.14 |
| MAR-05 | 21,848.35 | 2.38 | 31 | $44.16 |
| APR-05 | 21,892.52 | 2.73 | 30 | $49.12 |
| MAY-05 | 21,941.64 | 2.85 | 31 | $53.11 |
| JUN-05 | 21,994.75 | 2.99 | 30 | $54.05 |
| JUL-05 | 22,048.81 | 3.15 | 31 | $58.99 |
| AUG-05 | 22,107.79 | 3.30 | 31 | $61.96 |
| SEP-05 | 22,169.76 | 3.37 | 30 | $61.41 |
| OCT-05 | 22,231.16 | 3.62 | 31 | $68.35 |
| NOV-05 | 22,299.51 | 3.96 | 30 | $72.58 |
| DEC-05 | 22,372.09 | 3.98 | 31 | $75.62 |
| JAN-06 | 22,447.72 | 4.14 | 31 | $78.93 |
| FEB-06 | 22,526.65 | 4.12 | 28 | $71.20 |
| MAR-06 | 22,597.84 | 4.28 | 31 | $82.14 |
| APR-06 | 22,679.99 | 4.63 | 30 | $86.31 |
| MAY-06 | 22,766.30 | 4.74 | 31 | $91.65 |
| JUNE-06 | 22,857.95 | 4.86 | 30 | $91.31 |
| JULY-06 | 22,949.25 | 4.97 | 31 | $96.87 |
| AUG-06 | 23,046.13 | 5.13 | 31 | $100.41 |
| SEP-06 | 23,146.54 | 5.07 | 30 | $96.45 |
| OCT-06 | 23,242.99 | 5.09 | 31 | $100.48 |
| NOV-06 | 23,343.47 | 4.68 | 30 | $89.79 |
| DEC-06 | 23,433.26 | 5.17 | 31 | $102.89 |
| JAN-07 | 23,536.16 | 5.10 | 31 | $101.95 |
| FEB-07 | 23,638.11 | 5.09 | 28 | $92.30 |
| MAR-07 | 23,730.40 | 5.10 | 31 | $102.79 |
| APR-07 | 23,833.19 | 5.03 | 30 | $98.53 |
| MAY-07 | 23,931.72 | 5.07 | 31 | $103.05 |
| JUN-07 | 24,034.78 | 4.88 | 30 | $96.40 |
| JUL-07 | 24,131.18 | 4.75 | 31 | $97.35 |
| AUG-07 | 24,228.53 | 4.37 | 31 | $89.92 |
| SEP-07 | 24,318.45 | 4.25 | 30 | $84.95 |
| OCT-07 | 24,403.40 | 4.29 | 31 | $88.92 |
| NOV-07 | 24,492.32 | 3.92 | 30 | $78.91 |
| DEC-07 | 24,571.23 | 3.60 | 31 | $75.13 |
| JAN-08 | 24,646.36 | 3.04 | 31 | $63.63 |
| FEB-08 | 24,709.99 | 2.80 | 29 | $54.97 |
| MAR-08 | 24,764.96 | 2.37 | 31 | $49.85 |
| APR-08 | 24,814.81 | 2.37 | 30 | $48.34 |
| MAY-08 | 24,863.15 | 2.31 | 31 | $48.78 |
| JUNE-08 | 24,911.93 | 2.31 | 17 | $26.80 |

| 93-DEA-128452 | | | Total Interest | $9,938.73 |
|---|---|---|---|---|

US Marshals Service
Asset Forfeiture Division