# Assets Forfeiture Fund
## Interest Computation Worksheet

**Date of Deposit:** June 11, 1994
**Interest Thru:** June 17, 2008
**Case Number:** 93-DEA-128575
**Principal Amount:** $2,500.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---:|---:|---:|---:|
| JUN-94 | 2,500.00 | 3.66 | 20 | $5.01 |
| JUL-94 | 2,505.01 | 0.00 | 31 | $0.00 |
| AUG-94 | 2,505.01 | 4.02 | 31 | $8.55 |
| SEP-94 | 2,513.57 | 4.15 | 30 | $8.57 |
| OCT-94 | 2,522.14 | 4.28 | 31 | $9.17 |
| NOV-94 | 2,531.31 | 4.21 | 30 | $8.76 |
| DEC-94 | 2,540.07 | 4.63 | 31 | $9.99 |
| JAN-95 | 2,550.06 | 3.55 | 31 | $7.69 |
| FEB-95 | 2,557.74 | 5.01 | 28 | $9.83 |
| MAR-95 | 2,567.57 | 4.94 | 31 | $10.77 |
| APR-95 | 2,578.35 | 5.62 | 30 | $11.91 |
| MAY-95 | 2,590.26 | 5.51 | 31 | $12.12 |
| JUN-95 | 2,602.38 | 5.49 | 30 | $11.74 |
| JUL-95 | 2,614.12 | 5.12 | 31 | $11.37 |
| AUG-95 | 2,625.49 | 5.30 | 31 | $11.82 |
| SEP-95 | 2,637.31 | 5.27 | 30 | $11.42 |
| OCT-95 | 2,648.73 | 5.06 | 31 | $11.38 |
| NOV-95 | 2,660.11 | 5.24 | 30 | $11.46 |
| DEC-95 | 2,671.57 | 5.27 | 31 | $11.96 |
| JAN-96 | 2,683.53 | 4.68 | 31 | $10.67 |
| FEB-96 | 2,694.19 | 4.59 | 29 | $9.83 |
| MAR-96 | 2,704.02 | 4.58 | 31 | $10.52 |
| APR-96 | 2,714.54 | 5.07 | 30 | $11.31 |
| MAY-96 | 2,725.85 | 4.72 | 31 | $10.93 |
| JUN-96 | 2,736.78 | 4.87 | 30 | $10.95 |
| JUL-96 | 2,747.73 | 4.35 | 31 | $10.15 |
| AUG-96 | 2,757.88 | 4.84 | 31 | $11.34 |
| SEP-96 | 2,769.22 | 4.87 | 30 | $11.08 |
| OCT-96 | 2,780.30 | 4.84 | 31 | $11.43 |
| NOV-96 | 2,791.73 | 4.80 | 30 | $11.01 |
| DEC-96 | 2,802.75 | 4.79 | 31 | $11.40 |
| JAN-97 | 2,814.15 | 4.76 | 31 | $11.38 |
| FEB-97 | 2,825.53 | 4.91 | 28 | $10.64 |
| MAR-97 | 2,836.17 | 4.92 | 31 | $11.85 |
| APR-97 | 2,848.02 | 5.07 | 30 | $11.87 |
| MAY-97 | 2,859.89 | 4.85 | 31 | $11.78 |
| JUN-97 | 2,871.67 | 4.39 | 30 | $10.36 |
| JUL-97 | 2,882.03 | 4.83 | 31 | $11.82 |
| AUG-97 | 2,893.85 | 4.93 | 31 | $12.12 |
| SEP-97 | 2,905.97 | 4.72 | 30 | $11.27 |
| OCT-97 | 2,917.24 | 4.42 | 31 | $10.95 |
| NOV-97 | 2,928.19 | 4.87 | 30 | $11.72 |
| DEC-97 | 2,939.92 | 4.91 | 31 | $12.26 |
| JAN-98 | 2,952.18 | 4.89 | 31 | $12.26 |
| FEB-98 | 2,964.44 | 4.68 | 28 | $10.64 |
| MAR-98 | 2,975.08 | 4.71 | 31 | $11.90 |
| APR-98 | 2,986.98 | 5.25 | 30 | $12.89 |
| MAY-98 | 2,999.87 | 4.48 | 31 | $11.41 |
| JUN-98 | 3,011.28 | 4.47 | 30 | $11.06 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| JUL-98 | 3,022.35 | 4.66 | 31 | $11.96 |
| AUG-98 | 3,034.31 | 4.53 | 31 | $11.67 |
| SEP-98 | 3,045.98 | 4.52 | 30 | $11.32 |
| OCT-98 | 3,057.30 | 4.25 | 31 | $11.04 |
| NOV-98 | 3,068.33 | 3.23 | 30 | $8.15 |
| DEC-98 | 3,076.48 | 4.09 | 31 | $10.69 |
| JAN-99 | 3,087.17 | 4.33 | 31 | $11.35 |
| FEB-99 | 3,098.52 | 4.06 | 28 | $9.65 |
| MAR-99 | 3,108.17 | 4.24 | 31 | $11.19 |
| APR-99 | 3,119.36 | 4.46 | 30 | $11.43 |
| MAY-99 | 3,130.80 | 4.33 | 31 | $11.51 |
| JUN-99 | 3,142.31 | 4.10 | 30 | $10.59 |
| JUL-99 | 3,152.90 | 4.24 | 31 | $11.35 |
| AUG-99 | 3,164.25 | 4.45 | 31 | $11.96 |
| SEP-99 | 3,176.21 | 4.54 | 30 | $11.85 |
| OCT-99 | 3,188.07 | 4.30 | 31 | $11.64 |
| NOV-99 | 3,199.71 | 4.34 | 30 | $11.41 |
| DEC-99 | 3,211.12 | 4.39 | 31 | $11.97 |
| JAN-00 | 3,223.10 | 4.49 | 31 | $12.29 |
| FEB-00 | 3,235.39 | 5.16 | 29 | $13.26 |
| MAR-00 | 3,248.65 | 5.34 | 31 | $14.73 |
| APR-00 | 3,263.38 | 5.84 | 30 | $15.66 |
| MAY-00 | 3,279.05 | 5.16 | 31 | $14.37 |
| JUN-00 | 3,293.42 | 4.80 | 30 | $12.99 |
| JUL-00 | 3,306.41 | 5.42 | 31 | $15.22 |
| AUG-00 | 3,321.63 | 5.89 | 31 | $16.62 |
| SEP-00 | 3,338.25 | 6.02 | 30 | $16.52 |
| OCT-00 | 3,354.77 | 5.83 | 31 | $16.61 |
| NOV-00 | 3,371.38 | 6.02 | 30 | $16.68 |
| DEC-00 | 3,388.06 | 5.81 | 31 | $16.72 |
| JAN-01 | 3,404.78 | 5.19 | 31 | $15.01 |
| FEB-01 | 3,419.79 | 5.11 | 28 | $13.41 |
| MAR-01 | 3,433.19 | 4.81 | 31 | $14.03 |
| APR-01 | 3,447.22 | 4.37 | 30 | $12.38 |
| MAY-01 | 3,459.60 | 3.70 | 31 | $10.87 |
| JUN-01 | 3,470.47 | 3.31 | 30 | $9.44 |
| JUL-01 | 3,479.91 | 3.33 | 30 | $9.52 |
| AUG-01 | 3,489.44 | 3.56 | 31 | $10.55 |
| SEP-01 | 3,499.99 | 3.39 | 30 | $9.75 |
| OCT-01 | 3,509.74 | 2.32 | 31 | $6.92 |
| NOV-01 | 3,516.65 | 2.17 | 30 | $6.27 |
| DEC-01 | 3,522.93 | 1.86 | 31 | $5.57 |
| JAN-02 | 3,528.49 | 1.72 | 31 | $5.15 |
| FEB-02 | 3,533.65 | 1.64 | 28 | $4.45 |
| MAR-02 | 3,538.09 | 1.73 | 31 | $5.20 |
| APR-02 | 3,543.29 | 1.71 | 30 | $4.98 |
| MAY-02 | 3,548.27 | 1.62 | 31 | $4.88 |
| JUN-02 | 3,553.15 | 1.68 | 30 | $4.91 |
| JUL-02 | 3,558.06 | 1.69 | 31 | $5.11 |
| AUG-02 | 3,563.17 | 1.65 | 31 | $4.99 |
| SEP-02 | 3,568.16 | 1.67 | 30 | $4.90 |
| OCT-02 | 3,573.06 | 1.60 | 31 | $4.86 |
| NOV-02 | 3,577.91 | 1.48 | 30 | $4.35 |
| DEC-02 | 3,582.26 | 1.23 | 31 | $3.74 |
| JAN-03 | 3,586.01 | 1.40 | 31 | $4.26 |
| FEB-03 | 3,590.27 | 1.15 | 28 | $3.17 |
| MAR-03 | 3,593.44 | 1.22 | 31 | $3.72 |
| APR-03 | 3,597.16 | 1.16 | 30 | $3.43 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| MAY-03 | 3,600.59 | 1.10 | 31 | $3.36 |
| JUN-03 | 3,603.95 | 1.16 | 30 | $3.44 |
| JUL-03 | 3,607.39 | 0.86 | 31 | $2.63 |
| AUG-03 | 3,610.03 | 0.89 | 31 | $2.73 |
| SEP-03 | 3,612.75 | 0.97 | 30 | $2.88 |
| OCT-03 | 3,615.63 | 0.86 | 31 | $2.64 |
| NOV-03 | 3,618.28 | 0.97 | 30 | $2.88 |
| DEC-03 | 3,621.16 | 0.97 | 31 | $2.98 |
| JAN-04 | 3,624.14 | 0.78 | 31 | $2.40 |
| FEB-04 | 3,626.54 | 0.87 | 29 | $2.51 |
| MAR-04 | 3,629.05 | 0.94 | 31 | $2.90 |
| APR-04 | 3,631.95 | 0.90 | 30 | $2.69 |
| MAY-04 | 3,634.63 | 0.84 | 31 | $2.59 |
| JUN-04 | 3,637.23 | 0.94 | 30 | $2.81 |
| JUL-04 | 3,640.04 | 1.07 | 31 | $3.31 |
| AUG-04 | 3,643.35 | 1.29 | 31 | $3.99 |
| SEP-04 | 3,647.34 | 1.31 | 30 | $3.93 |
| OCT-04 | 3,651.26 | 1.42 | 31 | $4.40 |
| NOV-04 | 3,655.67 | 1.76 | 30 | $5.29 |
| DEC-04 | 3,660.96 | 1.95 | 31 | $6.06 |
| JAN-05 | 3,667.02 | 1.69 | 31 | $5.26 |
| FEB-05 | 3,672.28 | 2.16 | 28 | $6.08 |
| MAR-05 | 3,678.37 | 2.38 | 31 | $7.44 |
| APR-05 | 3,685.80 | 2.73 | 30 | $8.27 |
| MAY-05 | 3,694.07 | 2.85 | 31 | $8.94 |
| JUN-05 | 3,703.02 | 2.99 | 30 | $9.10 |
| JUL-05 | 3,712.12 | 3.15 | 31 | $9.93 |
| AUG-05 | 3,722.05 | 3.30 | 31 | $10.43 |
| SEP-05 | 3,732.48 | 3.37 | 30 | $10.34 |
| OCT-05 | 3,742.82 | 3.62 | 31 | $11.51 |
| NOV-05 | 3,754.32 | 3.96 | 30 | $12.22 |
| DEC-05 | 3,766.54 | 3.98 | 31 | $12.73 |
| JAN-06 | 3,779.28 | 4.14 | 31 | $13.29 |
| FEB-06 | 3,792.56 | 4.12 | 28 | $11.99 |
| MAR-06 | 3,804.55 | 4.28 | 31 | $13.83 |
| APR-06 | 3,818.38 | 4.63 | 30 | $14.53 |
| MAY-06 | 3,832.91 | 4.74 | 31 | $15.43 |
| JUNE-06 | 3,848.34 | 4.86 | 30 | $15.37 |
| JULY-06 | 3,863.71 | 4.97 | 31 | $16.31 |
| AUG-06 | 3,880.02 | 5.13 | 31 | $16.91 |
| SEP-06 | 3,896.93 | 5.07 | 30 | $16.24 |
| OCT-06 | 3,913.17 | 5.09 | 31 | $16.92 |
| NOV-06 | 3,930.08 | 4.68 | 30 | $15.12 |
| DEC-06 | 3,945.20 | 5.17 | 31 | $17.32 |
| JAN-07 | 3,962.53 | 5.10 | 31 | $17.16 |
| FEB-07 | 3,979.69 | 5.09 | 28 | $15.54 |
| MAR-07 | 3,995.23 | 5.10 | 31 | $17.31 |
| APR-07 | 4,012.53 | 5.03 | 30 | $16.59 |
| MAY-07 | 4,029.12 | 5.07 | 31 | $17.35 |
| JUN-07 | 4,046.47 | 4.88 | 30 | $16.23 |
| JUL-07 | 4,062.70 | 4.75 | 31 | $16.39 |
| AUG-07 | 4,079.09 | 4.37 | 31 | $15.14 |
| SEP-07 | 4,094.23 | 4.25 | 30 | $14.30 |
| OCT-07 | 4,108.53 | 4.29 | 31 | $14.97 |
| NOV-07 | 4,123.50 | 3.92 | 30 | $13.29 |
| DEC-07 | 4,136.79 | 3.60 | 31 | $12.65 |
| JAN-08 | 4,149.44 | 3.04 | 31 | $10.71 |
| FEB-08 | 4,160.15 | 2.80 | 29 | $9.25 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| MAR-08 | 4,169.41 | 2.37 | 31 | $8.39 |
| APR-08 | 4,177.80 | 2.37 | 30 | $8.14 |
| MAY-08 | 4,185.94 | 2.31 | 31 | $8.21 |
| JUNE-08 | 4,194.15 | 2.31 | 17 | $4.51 |

93-DEA-128575

| Total interest | $1,698.66 |
|---|---|