## Assets Forfeiture Fund
### Interest Computation Worksheet

**Date of Deposit:** March 3, 1999
**Interest Thru:** June 17, 2008
**Case Number:** 93-DEA-128689
**Principal Amount:** $1,500.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| MAR-99 | 1,500.00 | 4.24 | 29 | $5.05 |
| APR-99 | 1,505.05 | 4.46 | 30 | $5.52 |
| MAY-99 | 1,510.57 | 4.33 | 31 | $5.56 |
| JUN-99 | 1,516.13 | 4.10 | 30 | $5.11 |
| JUL-99 | 1,521.23 | 4.24 | 31 | $5.48 |
| AUG-99 | 1,526.71 | 4.45 | 31 | $5.77 |
| SEP-99 | 1,532.48 | 4.54 | 30 | $5.72 |
| OCT-99 | 1,538.20 | 4.30 | 31 | $5.62 |
| NOV-99 | 1,543.82 | 4.34 | 30 | $5.51 |
| DEC-99 | 1,549.33 | 4.39 | 31 | $5.78 |
| JAN-00 | 1,555.10 | 4.49 | 31 | $5.93 |
| FEB-00 | 1,561.03 | 5.16 | 29 | $6.40 |
| MAR-00 | 1,567.43 | 5.34 | 31 | $7.11 |
| APR-00 | 1,574.54 | 5.84 | 30 | $7.56 |
| MAY-00 | 1,582.10 | 5.16 | 31 | $6.93 |
| JUN-00 | 1,589.03 | 4.80 | 30 | $6.27 |
| JUL-00 | 1,595.30 | 5.42 | 31 | $7.34 |
| AUG-00 | 1,602.65 | 5.89 | 31 | $8.02 |
| SEP-00 | 1,610.66 | 6.02 | 30 | $7.97 |
| OCT-00 | 1,618.63 | 5.83 | 31 | $8.01 |
| NOV-00 | 1,626.65 | 6.02 | 30 | $8.05 |
| DEC-00 | 1,634.70 | 5.81 | 31 | $8.07 |
| JAN-01 | 1,642.76 | 5.19 | 31 | $7.24 |
| FEB-01 | 1,650.00 | 5.11 | 28 | $6.47 |
| MAR-01 | 1,656.47 | 4.81 | 31 | $6.77 |
| APR-01 | 1,663.24 | 4.37 | 30 | $5.97 |
| MAY-01 | 1,669.21 | 3.70 | 31 | $5.25 |
| JUN-01 | 1,674.46 | 3.31 | 30 | $4.56 |
| JUL-01 | 1,679.01 | 3.33 | 30 | $4.60 |
| AUG-01 | 1,683.61 | 3.56 | 31 | $5.09 |
| SEP-01 | 1,688.70 | 3.39 | 30 | $4.71 |
| OCT-01 | 1,693.40 | 2.32 | 31 | $3.34 |
| NOV-01 | 1,696.74 | 2.17 | 30 | $3.03 |
| DEC-01 | 1,699.77 | 1.86 | 31 | $2.69 |
| JAN-02 | 1,702.45 | 1.72 | 31 | $2.49 |
| FEB-02 | 1,704.94 | 1.64 | 28 | $2.14 |
| MAR-02 | 1,707.08 | 1.73 | 31 | $2.51 |
| APR-02 | 1,709.59 | 1.71 | 30 | $2.40 |
| MAY-02 | 1,712.00 | 1.62 | 31 | $2.36 |
| JUN-02 | 1,714.35 | 1.68 | 30 | $2.37 |
| JUL-02 | 1,716.72 | 1.69 | 31 | $2.46 |
| AUG-02 | 1,719.18 | 1.65 | 31 | $2.41 |
| SEP-02 | 1,721.59 | 1.67 | 30 | $2.36 |
| OCT-02 | 1,723.95 | 1.60 | 31 | $2.34 |
| NOV-02 | 1,726.30 | 1.48 | 30 | $2.10 |
| DEC-02 | 1,728.40 | 1.23 | 31 | $1.81 |
| JAN-03 | 1,730.20 | 1.40 | 31 | $2.06 |
| FEB-03 | 1,732.26 | 1.15 | 28 | $1.53 |
| MAR-03 | 1,733.79 | 1.22 | 31 | $1.80 |
| APR-03 | 1,735.58 | 1.16 | 30 | $1.65 |
| MAY-03 | 1,737.24 | 1.10 | 31 | $1.62 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| JUN-03 | 1,738.86 | 1.16 | 30 | $1.66 |
| JUL-03 | 1,740.52 | 0.86 | 31 | $1.27 |
| AUG-03 | 1,741.79 | 0.89 | 31 | $1.32 |
| SEP-03 | 1,743.11 | 0.97 | 30 | $1.39 |
| OCT-03 | 1,744.50 | 0.86 | 31 | $1.27 |
| NOV-03 | 1,745.77 | 0.97 | 30 | $1.39 |
| DEC-03 | 1,747.16 | 0.97 | 31 | $1.44 |
| JAN-04 | 1,748.60 | 0.78 | 31 | $1.16 |
| FEB-04 | 1,749.76 | 0.87 | 29 | $1.21 |
| MAR-04 | 1,750.97 | 0.94 | 31 | $1.40 |
| APR-04 | 1,752.37 | 0.90 | 30 | $1.30 |
| MAY-04 | 1,753.67 | 0.84 | 31 | $1.25 |
| JUN-04 | 1,754.92 | 0.94 | 30 | $1.36 |
| JUL-04 | 1,756.27 | 1.07 | 31 | $1.60 |
| AUG-04 | 1,757.87 | 1.29 | 31 | $1.93 |
| SEP-04 | 1,759.79 | 1.31 | 30 | $1.89 |
| OCT-04 | 1,761.69 | 1.42 | 31 | $2.12 |
| NOV-04 | 1,763.81 | 1.76 | 30 | $2.55 |
| DEC-04 | 1,766.36 | 1.95 | 31 | $2.93 |
| JAN-05 | 1,769.29 | 1.69 | 31 | $2.54 |
| FEB-05 | 1,771.83 | 2.16 | 28 | $2.94 |
| MAR-05 | 1,774.77 | 2.38 | 31 | $3.59 |
| APR-05 | 1,778.35 | 2.73 | 30 | $3.99 |
| MAY-05 | 1,782.34 | 2.85 | 31 | $4.31 |
| JUN-05 | 1,786.66 | 2.99 | 30 | $4.39 |
| JUL-05 | 1,791.05 | 3.15 | 31 | $4.79 |
| AUG-05 | 1,795.84 | 3.30 | 31 | $5.03 |
| SEP-05 | 1,800.87 | 3.37 | 30 | $4.99 |
| OCT-05 | 1,805.86 | 3.62 | 31 | $5.55 |
| NOV-05 | 1,811.41 | 3.96 | 30 | $5.90 |
| DEC-05 | 1,817.31 | 3.98 | 31 | $6.14 |
| JAN-06 | 1,823.45 | 4.14 | 31 | $6.41 |
| FEB-06 | 1,829.86 | 4.12 | 28 | $5.78 |
| MAR-06 | 1,835.65 | 4.28 | 31 | $6.67 |
| APR-06 | 1,842.32 | 4.63 | 30 | $7.01 |
| MAY-06 | 1,849.33 | 4.74 | 31 | $7.44 |
| JUNE-06 | 1,856.78 | 4.86 | 30 | $7.42 |
| JULY-06 | 1,864.19 | 4.97 | 31 | $7.87 |
| AUG-06 | 1,872.06 | 5.13 | 31 | $8.16 |
| SEP-06 | 1,880.22 | 5.07 | 30 | $7.84 |
| OCT-06 | 1,888.05 | 5.09 | 31 | $8.16 |
| NOV-06 | 1,896.22 | 4.68 | 30 | $7.29 |
| DEC-06 | 1,903.51 | 5.17 | 31 | $8.36 |
| JAN-07 | 1,911.87 | 5.10 | 31 | $8.28 |
| FEB-07 | 1,920.15 | 5.09 | 28 | $7.50 |
| MAR-07 | 1,927.65 | 5.10 | 31 | $8.35 |
| APR-07 | 1,936.00 | 5.03 | 30 | $8.00 |
| MAY-07 | 1,944.00 | 5.07 | 31 | $8.37 |
| JUN-07 | 1,952.37 | 4.88 | 30 | $7.83 |
| JUL-07 | 1,960.20 | 4.75 | 31 | $7.91 |
| AUG-07 | 1,968.11 | 4.37 | 31 | $7.30 |
| SEP-07 | 1,975.41 | 4.25 | 30 | $6.90 |
| OCT-07 | 1,982.32 | 4.29 | 31 | $7.22 |
| NOV-07 | 1,989.54 | 3.92 | 30 | $6.41 |
| DEC-07 | 1,995.95 | 3.60 | 31 | $6.10 |
| JAN-08 | 2,002.05 | 3.04 | 31 | $5.17 |
| FEB-08 | 2,007.22 | 2.80 | 29 | $4.47 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| MAR-08 | 2,011.69 | 2.37 | 31 | $4.05 |
| APR-08 | 2,015.73 | 2.37 | 30 | $3.93 |
| MAY-08 | 2,019.66 | 2.31 | 31 | $3.96 |
| JUNE-08 | 2,023.62 | 2.31 | 17 | $2.18 |

93-DEA-128689

| | |
|---|---|
| Total Interest | $525.80 |