**Assets Forfeiture Fund**
**Interest Computation Worksheet**

Date of Deposit: March 24, 1993
Interest Thru: June 17, 2008
Case Number: 93-DEA-128697
Principal Amount: $2,500.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| MAR-93 | 2,500.00 | 2.55 | 7 | $1.22 |
| APR-93 | 2,501.22 | 2.88 | 30 | $5.92 |
| MAY-93 | 2,507.14 | 2.73 | 31 | $5.81 |
| JUN-93 | 2,512.96 | 2.82 | 30 | $5.82 |
| JUL-93 | 2,518.78 | 2.77 | 31 | $5.93 |
| AUG-93 | 2,524.71 | 2.83 | 31 | $6.07 |
| SEP-93 | 2,530.77 | 2.88 | 30 | $5.99 |
| OCT-93 | 2,536.77 | 2.68 | 31 | $5.77 |
| NOV-93 | 2,542.54 | 2.82 | 30 | $5.89 |
| DEC-93 | 2,548.43 | 2.78 | 31 | $6.02 |
| JAN-94 | 2,554.45 | 2.90 | 31 | $6.29 |
| FEB-94 | 2,560.74 | 2.73 | 28 | $5.36 |
| MAR-94 | 2,566.10 | 2.96 | 31 | $6.45 |
| APR-94 | 2,572.56 | 2.92 | 30 | $6.17 |
| MAY-94 | 2,578.73 | 3.40 | 31 | $7.45 |
| JUN-94 | 2,586.18 | 3.66 | 30 | $7.78 |
| JUL-94 | 2,593.96 | 0.00 | 31 | $0.00 |
| AUG-94 | 2,593.96 | 4.02 | 31 | $8.86 |
| SEP-94 | 2,602.81 | 4.15 | 30 | $8.88 |
| OCT-94 | 2,611.69 | 4.28 | 31 | $9.49 |
| NOV-94 | 2,621.18 | 4.21 | 30 | $9.07 |
| DEC-94 | 2,630.25 | 4.63 | 31 | $10.34 |
| JAN-95 | 2,640.60 | 3.55 | 31 | $7.96 |
| FEB-95 | 2,648.56 | 5.01 | 28 | $10.18 |
| MAR-95 | 2,658.74 | 4.94 | 31 | $11.16 |
| APR-95 | 2,669.89 | 5.62 | 30 | $12.33 |
| MAY-95 | 2,682.23 | 5.51 | 31 | $12.55 |
| JUN-95 | 2,694.78 | 5.49 | 30 | $12.16 |
| JUL-95 | 2,706.94 | 5.12 | 31 | $11.77 |
| AUG-95 | 2,718.71 | 5.30 | 31 | $12.24 |
| SEP-95 | 2,730.95 | 5.27 | 30 | $11.83 |
| OCT-95 | 2,742.78 | 5.06 | 31 | $11.79 |
| NOV-95 | 2,754.56 | 5.24 | 30 | $11.86 |
| DEC-95 | 2,766.43 | 5.27 | 31 | $12.38 |
| JAN-96 | 2,778.81 | 4.68 | 31 | $11.05 |
| FEB-96 | 2,789.85 | 4.59 | 29 | $10.17 |
| MAR-96 | 2,800.03 | 4.58 | 31 | $10.89 |
| APR-96 | 2,810.92 | 5.07 | 30 | $11.71 |
| MAY-96 | 2,822.63 | 4.72 | 31 | $11.32 |
| JUN-96 | 2,833.95 | 4.87 | 30 | $11.34 |
| JUL-96 | 2,845.29 | 4.35 | 31 | $10.51 |
| AUG-96 | 2,855.80 | 4.84 | 31 | $11.74 |
| SEP-96 | 2,867.54 | 4.87 | 30 | $11.48 |
| OCT-96 | 2,879.02 | 4.84 | 31 | $11.83 |
| NOV-96 | 2,890.86 | 4.80 | 30 | $11.41 |
| DEC-96 | 2,902.26 | 4.79 | 31 | $11.81 |
| JAN-97 | 2,914.07 | 4.76 | 31 | $11.78 |
| FEB-97 | 2,925.85 | 4.91 | 28 | $11.02 |
| MAR-97 | 2,936.87 | 4.92 | 31 | $12.27 |

**US Marshals Service**
Asset Forfeiture Division

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| APR-97 | 2,949.14 | 5.07 | 30 | $12.29 |
| MAY-97 | 2,961.43 | 4.85 | 31 | $12.20 |
| JUN-97 | 2,973.63 | 4.39 | 30 | $10.73 |
| JUL-97 | 2,984.36 | 4.83 | 31 | $12.24 |
| AUG-97 | 2,996.60 | 4.93 | 31 | $12.55 |
| SEP-97 | 3,009.15 | 4.72 | 30 | $11.67 |
| OCT-97 | 3,020.82 | 4.42 | 31 | $11.34 |
| NOV-97 | 3,032.16 | 4.87 | 30 | $12.14 |
| DEC-97 | 3,044.30 | 4.91 | 31 | $12.70 |
| JAN-98 | 3,056.99 | 4.89 | 31 | $12.70 |
| FEB-98 | 3,069.69 | 4.68 | 28 | $11.02 |
| MAR-98 | 3,080.71 | 4.71 | 31 | $12.32 |
| APR-98 | 3,093.03 | 5.25 | 30 | $13.35 |
| MAY-98 | 3,106.38 | 4.48 | 31 | $11.82 |
| JUN-98 | 3,118.20 | 4.47 | 30 | $11.46 |
| JUL-98 | 3,129.66 | 4.66 | 31 | $12.39 |
| AUG-98 | 3,142.04 | 4.53 | 31 | $12.09 |
| SEP-98 | 3,154.13 | 4.52 | 30 | $11.72 |
| OCT-98 | 3,165.85 | 4.25 | 31 | $11.43 |
| NOV-98 | 3,177.28 | 3.23 | 30 | $8.44 |
| DEC-98 | 3,185.71 | 4.09 | 31 | $11.07 |
| JAN-99 | 3,196.78 | 4.33 | 31 | $11.76 |
| FEB-99 | 3,208.54 | 4.06 | 28 | $9.99 |
| MAR-99 | 3,218.53 | 4.24 | 31 | $11.59 |
| APR-99 | 3,230.12 | 4.46 | 30 | $11.84 |
| MAY-99 | 3,241.96 | 4.33 | 31 | $11.92 |
| JUN-99 | 3,253.88 | 4.10 | 30 | $10.97 |
| JUL-99 | 3,264.85 | 4.24 | 31 | $11.76 |
| AUG-99 | 3,276.60 | 4.45 | 31 | $12.38 |
| SEP-99 | 3,288.99 | 4.54 | 30 | $12.27 |
| OCT-99 | 3,301.26 | 4.30 | 31 | $12.06 |
| NOV-99 | 3,313.32 | 4.34 | 30 | $11.82 |
| DEC-99 | 3,325.14 | 4.39 | 31 | $12.40 |
| JAN-00 | 3,337.53 | 4.49 | 31 | $12.73 |
| FEB-00 | 3,350.26 | 5.16 | 29 | $13.74 |
| MAR-00 | 3,364.00 | 5.34 | 31 | $15.26 |
| APR-00 | 3,379.25 | 5.84 | 30 | $16.22 |
| MAY-00 | 3,395.47 | 5.16 | 31 | $14.88 |
| JUN-00 | 3,410.35 | 4.80 | 30 | $13.45 |
| JUL-00 | 3,423.81 | 5.42 | 31 | $15.76 |
| AUG-00 | 3,439.57 | 5.89 | 31 | $17.21 |
| SEP-00 | 3,456.78 | 6.02 | 30 | $17.10 |
| OCT-00 | 3,473.88 | 5.83 | 31 | $17.20 |
| NOV-00 | 3,491.08 | 6.02 | 30 | $17.27 |
| DEC-00 | 3,508.35 | 5.81 | 31 | $17.31 |
| JAN-01 | 3,525.67 | 5.19 | 31 | $15.54 |
| FEB-01 | 3,541.21 | 5.11 | 28 | $13.88 |
| MAR-01 | 3,555.09 | 4.81 | 31 | $14.52 |
| APR-01 | 3,569.61 | 4.37 | 30 | $12.82 |
| MAY-01 | 3,582.43 | 3.70 | 31 | $11.26 |
| JUN-01 | 3,593.69 | 3.31 | 30 | $9.78 |
| JUL-01 | 3,603.47 | 3.33 | 30 | $9.86 |
| AUG-01 | 3,613.33 | 3.56 | 31 | $10.93 |
| SEP-01 | 3,624.26 | 3.39 | 30 | $10.10 |
| OCT-01 | 3,634.35 | 2.32 | 31 | $7.16 |
| NOV-01 | 3,641.52 | 2.17 | 30 | $6.49 |
| DEC-01 | 3,648.01 | 1.86 | 31 | $5.76 |
| JAN-02 | 3,653.77 | 1.72 | 31 | $5.34 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-02 | 3,659.11 | 1.64 | 28 | $4.60 |
| MAR-02 | 3,663.71 | 1.73 | 31 | $5.38 |
| APR-02 | 3,669.10 | 1.71 | 30 | $5.16 |
| MAY-02 | 3,674.25 | 1.62 | 31 | $5.06 |
| JUN-02 | 3,679.31 | 1.68 | 30 | $5.08 |
| JUL-02 | 3,684.39 | 1.69 | 31 | $5.29 |
| AUG-02 | 3,689.68 | 1.65 | 31 | $5.17 |
| SEP-02 | 3,694.85 | 1.67 | 30 | $5.07 |
| OCT-02 | 3,699.92 | 1.60 | 31 | $5.03 |
| NOV-02 | 3,704.95 | 1.48 | 30 | $4.51 |
| DEC-02 | 3,709.45 | 1.23 | 31 | $3.88 |
| JAN-03 | 3,713.33 | 1.40 | 31 | $4.42 |
| FEB-03 | 3,717.75 | 1.15 | 28 | $3.28 |
| MAR-03 | 3,721.03 | 1.22 | 31 | $3.86 |
| APR-03 | 3,724.88 | 1.16 | 30 | $3.55 |
| MAY-03 | 3,728.43 | 1.10 | 31 | $3.48 |
| JUN-03 | 3,731.92 | 1.16 | 30 | $3.56 |
| JUL-03 | 3,735.47 | 0.86 | 31 | $2.73 |
| AUG-03 | 3,738.20 | 0.89 | 31 | $2.83 |
| SEP-03 | 3,741.03 | 0.97 | 30 | $2.98 |
| OCT-03 | 3,744.01 | 0.86 | 31 | $2.73 |
| NOV-03 | 3,746.74 | 0.97 | 30 | $2.99 |
| DEC-03 | 3,749.73 | 0.97 | 31 | $3.09 |
| JAN-04 | 3,752.82 | 0.78 | 31 | $2.49 |
| FEB-04 | 3,755.31 | 0.87 | 29 | $2.60 |
| MAR-04 | 3,757.90 | 0.94 | 31 | $3.00 |
| APR-04 | 3,760.90 | 0.90 | 30 | $2.78 |
| MAY-04 | 3,763.69 | 0.84 | 31 | $2.69 |
| JUN-04 | 3,766.37 | 0.94 | 30 | $2.91 |
| JUL-04 | 3,769.28 | 1.07 | 31 | $3.43 |
| AUG-04 | 3,772.71 | 1.29 | 31 | $4.13 |
| SEP-04 | 3,776.84 | 1.31 | 30 | $4.07 |
| OCT-04 | 3,780.91 | 1.42 | 31 | $4.56 |
| NOV-04 | 3,785.47 | 1.76 | 30 | $5.48 |
| DEC-04 | 3,790.94 | 1.95 | 31 | $6.28 |
| JAN-05 | 3,797.22 | 1.69 | 31 | $5.45 |
| FEB-05 | 3,802.67 | 2.16 | 28 | $6.30 |
| MAR-05 | 3,808.97 | 2.38 | 31 | $7.70 |
| APR-05 | 3,816.67 | 2.73 | 30 | $8.56 |
| MAY-05 | 3,825.23 | 2.85 | 31 | $9.26 |
| JUN-05 | 3,834.49 | 2.99 | 30 | $9.42 |
| JUL-05 | 3,843.92 | 3.15 | 31 | $10.28 |
| AUG-05 | 3,854.20 | 3.30 | 31 | $10.80 |
| SEP-05 | 3,865.00 | 3.37 | 30 | $10.71 |
| OCT-05 | 3,875.71 | 3.62 | 31 | $11.92 |
| NOV-05 | 3,887.62 | 3.96 | 30 | $12.65 |
| DEC-05 | 3,900.28 | 3.98 | 31 | $13.18 |
| JAN-06 | 3,913.46 | 4.14 | 31 | $13.76 |
| FEB-06 | 3,927.22 | 4.12 | 28 | $12.41 |
| MAR-06 | 3,939.63 | 4.28 | 31 | $14.32 |
| APR-06 | 3,953.96 | 4.63 | 30 | $15.05 |
| MAY-06 | 3,969.00 | 4.74 | 31 | $15.98 |
| JUNE-06 | 3,984.98 | 4.86 | 30 | $15.92 |
| JULY-06 | 4,000.90 | 4.97 | 31 | $16.89 |
| AUG-06 | 4,017.79 | 5.13 | 31 | $17.51 |
| SEP-06 | 4,035.29 | 5.07 | 30 | $16.82 |
| OCT-06 | 4,052.11 | 5.09 | 31 | $17.52 |
| NOV-06 | 4,069.63 | 4.68 | 30 | $15.65 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| DEC-06 | 4,085.28 | 5.17 | 31 | $17.94 |
| JAN-07 | 4,103.22 | 5.10 | 31 | $17.77 |
| FEB-07 | 4,120.99 | 5.09 | 28 | $16.09 |
| MAR-07 | 4,137.08 | 5.10 | 31 | $17.92 |
| APR-07 | 4,155.00 | 5.03 | 30 | $17.18 |
| MAY-07 | 4,172.18 | 5.07 | 31 | $17.97 |
| JUN-07 | 4,190.14 | 4.88 | 30 | $16.81 |
| JUL-07 | 4,206.95 | 4.75 | 31 | $16.97 |
| AUG-07 | 4,223.92 | 4.37 | 31 | $15.68 |
| SEP-07 | 4,239.60 | 4.25 | 30 | $14.81 |
| OCT-07 | 4,254.41 | 4.29 | 31 | $15.50 |
| NOV-07 | 4,269.91 | 3.92 | 30 | $13.76 |
| DEC-07 | 4,283.67 | 3.60 | 31 | $13.10 |
| JAN-08 | 4,296.77 | 3.04 | 31 | $11.09 |
| FEB-08 | 4,307.86 | 2.80 | 29 | $9.58 |
| MAR-08 | 4,317.44 | 2.37 | 31 | $8.69 |
| APR-08 | 4,326.13 | 2.37 | 30 | $8.43 |
| MAY-08 | 4,334.56 | 2.31 | 31 | $8.50 |
| JUNE-08 | 4,343.06 | 2.31 | 17 | $4.67 |

93-DEA-128697

| Total Interest | $1,847.74 |
|---|---|