**Assets Forfeiture Fund**
**Interest Computation Worksheet**

Date of Deposit: May 27, 1993
Interest Thru: June 17, 2008
Case Number: 93-DEA-419944
Principal Amount: $1,200.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---:|---:|---:|---:|
| MAY-93 | 1,200.00 | 2.73 | 5 | $0.45 |
| JUN-93 | 1,200.45 | 2.82 | 30 | $2.78 |
| JUL-93 | 1,203.23 | 2.77 | 31 | $2.83 |
| AUG-93 | 1,206.06 | 2.83 | 31 | $2.90 |
| SEP-93 | 1,208.96 | 2.88 | 30 | $2.86 |
| OCT-93 | 1,211.82 | 2.68 | 31 | $2.76 |
| NOV-93 | 1,214.58 | 2.82 | 30 | $2.82 |
| DEC-93 | 1,217.40 | 2.78 | 31 | $2.87 |
| JAN-94 | 1,220.27 | 2.90 | 31 | $3.01 |
| FEB-94 | 1,223.28 | 2.73 | 28 | $2.56 |
| MAR-94 | 1,225.84 | 2.96 | 31 | $3.08 |
| APR-94 | 1,228.92 | 2.92 | 30 | $2.95 |
| MAY-94 | 1,231.87 | 3.40 | 31 | $3.56 |
| JUN-94 | 1,235.43 | 3.66 | 30 | $3.72 |
| JUL-94 | 1,239.14 | 0.00 | 31 | $0.00 |
| AUG-94 | 1,239.14 | 4.02 | 31 | $4.23 |
| SEP-94 | 1,243.37 | 4.15 | 30 | $4.24 |
| OCT-94 | 1,247.61 | 4.28 | 31 | $4.54 |
| NOV-94 | 1,252.15 | 4.21 | 30 | $4.33 |
| DEC-94 | 1,256.48 | 4.63 | 31 | $4.94 |
| JAN-95 | 1,261.42 | 3.55 | 31 | $3.80 |
| FEB-95 | 1,265.23 | 5.01 | 28 | $4.86 |
| MAR-95 | 1,270.09 | 4.94 | 31 | $5.33 |
| APR-95 | 1,275.42 | 5.62 | 30 | $5.89 |
| MAY-95 | 1,281.31 | 5.51 | 31 | $6.00 |
| JUN-95 | 1,287.31 | 5.49 | 30 | $5.81 |
| JUL-95 | 1,293.11 | 5.12 | 31 | $5.62 |
| AUG-95 | 1,298.74 | 5.30 | 31 | $5.85 |
| SEP-95 | 1,304.58 | 5.27 | 30 | $5.65 |
| OCT-95 | 1,310.23 | 5.06 | 31 | $5.63 |
| NOV-95 | 1,315.87 | 5.24 | 30 | $5.67 |
| DEC-95 | 1,321.53 | 5.27 | 31 | $5.92 |
| JAN-96 | 1,327.45 | 4.68 | 31 | $5.28 |
| FEB-96 | 1,332.72 | 4.59 | 29 | $4.86 |
| MAR-96 | 1,337.58 | 4.58 | 31 | $5.20 |
| APR-96 | 1,342.79 | 5.07 | 30 | $5.60 |
| MAY-96 | 1,348.38 | 4.72 | 31 | $5.41 |
| JUN-96 | 1,353.79 | 4.87 | 30 | $5.42 |
| JUL-96 | 1,359.21 | 4.35 | 31 | $5.02 |
| AUG-96 | 1,364.23 | 4.84 | 31 | $5.61 |
| SEP-96 | 1,369.84 | 4.87 | 30 | $5.48 |
| OCT-96 | 1,375.32 | 4.84 | 31 | $5.65 |
| NOV-96 | 1,380.97 | 4.80 | 30 | $5.45 |
| DEC-96 | 1,386.42 | 4.79 | 31 | $5.64 |
| JAN-97 | 1,392.06 | 4.76 | 31 | $5.63 |
| FEB-97 | 1,397.69 | 4.91 | 28 | $5.26 |
| MAR-97 | 1,402.95 | 4.92 | 31 | $5.86 |
| APR-97 | 1,408.82 | 5.07 | 30 | $5.87 |
| MAY-97 | 1,414.69 | 4.85 | 31 | $5.83 |

**US Marshals Service**
Asset Forfeiture Division

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| JUN-97 | 1,420.51 | 4.39 | 30 | $5.13 |
| JUL-97 | 1,425.64 | 4.83 | 31 | $5.85 |
| AUG-97 | 1,431.49 | 4.93 | 31 | $5.99 |
| SEP-97 | 1,437.48 | 4.72 | 30 | $5.58 |
| OCT-97 | 1,443.06 | 4.42 | 31 | $5.42 |
| NOV-97 | 1,448.48 | 4.87 | 30 | $5.80 |
| DEC-97 | 1,454.27 | 4.91 | 31 | $6.06 |
| JAN-98 | 1,460.34 | 4.89 | 31 | $6.07 |
| FEB-98 | 1,466.40 | 4.68 | 28 | $5.26 |
| MAR-98 | 1,471.67 | 4.71 | 31 | $5.89 |
| APR-98 | 1,477.55 | 5.25 | 30 | $6.38 |
| MAY-98 | 1,483.93 | 4.48 | 31 | $5.65 |
| JUN-98 | 1,489.58 | 4.47 | 30 | $5.47 |
| JUL-98 | 1,495.05 | 4.66 | 31 | $5.92 |
| AUG-98 | 1,500.97 | 4.53 | 31 | $5.77 |
| SEP-98 | 1,506.74 | 4.52 | 30 | $5.60 |
| OCT-98 | 1,512.34 | 4.25 | 31 | $5.46 |
| NOV-98 | 1,517.80 | 3.23 | 30 | $4.03 |
| DEC-98 | 1,521.83 | 4.09 | 31 | $5.29 |
| JAN-99 | 1,527.11 | 4.33 | 31 | $5.62 |
| FEB-99 | 1,532.73 | 4.06 | 28 | $4.77 |
| MAR-99 | 1,537.50 | 4.24 | 31 | $5.54 |
| APR-99 | 1,543.04 | 4.46 | 30 | $5.66 |
| MAY-99 | 1,548.70 | 4.33 | 31 | $5.70 |
| JUN-99 | 1,554.39 | 4.10 | 30 | $5.24 |
| JUL-99 | 1,559.63 | 4.24 | 31 | $5.62 |
| AUG-99 | 1,565.25 | 4.45 | 31 | $5.92 |
| SEP-99 | 1,571.16 | 4.54 | 30 | $5.86 |
| OCT-99 | 1,577.02 | 4.30 | 31 | $5.76 |
| NOV-99 | 1,582.78 | 4.34 | 30 | $5.65 |
| DEC-99 | 1,588.43 | 4.39 | 31 | $5.92 |
| JAN-00 | 1,594.35 | 4.49 | 31 | $6.08 |
| FEB-00 | 1,600.43 | 5.16 | 29 | $6.56 |
| MAR-00 | 1,606.99 | 5.34 | 31 | $7.29 |
| APR-00 | 1,614.28 | 5.84 | 30 | $7.75 |
| MAY-00 | 1,622.03 | 5.16 | 31 | $7.11 |
| JUN-00 | 1,629.14 | 4.80 | 30 | $6.43 |
| JUL-00 | 1,635.57 | 5.42 | 31 | $7.53 |
| AUG-00 | 1,643.10 | 5.89 | 31 | $8.22 |
| SEP-00 | 1,651.31 | 6.02 | 30 | $8.17 |
| OCT-00 | 1,659.49 | 5.83 | 31 | $8.22 |
| NOV-00 | 1,667.70 | 6.02 | 30 | $8.25 |
| DEC-00 | 1,675.95 | 5.81 | 31 | $8.27 |
| JAN-01 | 1,684.22 | 5.19 | 31 | $7.42 |
| FEB-01 | 1,691.65 | 5.11 | 28 | $6.63 |
| MAR-01 | 1,698.28 | 4.81 | 31 | $6.94 |
| APR-01 | 1,705.22 | 4.37 | 30 | $6.12 |
| MAY-01 | 1,711.34 | 3.70 | 31 | $5.38 |
| JUN-01 | 1,716.72 | 3.31 | 30 | $4.67 |
| JUL-01 | 1,721.39 | 3.33 | 30 | $4.71 |
| AUG-01 | 1,726.10 | 3.56 | 31 | $5.22 |
| SEP-01 | 1,731.32 | 3.39 | 30 | $4.82 |
| OCT-01 | 1,736.14 | 2.32 | 31 | $3.42 |
| NOV-01 | 1,739.57 | 2.17 | 30 | $3.10 |
| DEC-01 | 1,742.67 | 1.86 | 31 | $2.75 |
| JAN-02 | 1,745.42 | 1.72 | 31 | $2.55 |
| FEB-02 | 1,747.97 | 1.64 | 28 | $2.20 |
| MAR-02 | 1,750.17 | 1.73 | 31 | $2.57 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| APR-02 | 1,752.74 | 1.71 | 30 | $2.46 |
| MAY-02 | 1,755.20 | 1.62 | 31 | $2.41 |
| JUN-02 | 1,757.62 | 1.68 | 30 | $2.43 |
| JUL-02 | 1,760.05 | 1.69 | 31 | $2.53 |
| AUG-02 | 1,762.57 | 1.65 | 31 | $2.47 |
| SEP-02 | 1,765.04 | 1.67 | 30 | $2.42 |
| OCT-02 | 1,767.47 | 1.60 | 31 | $2.40 |
| NOV-02 | 1,769.87 | 1.48 | 30 | $2.15 |
| DEC-02 | 1,772.02 | 1.23 | 31 | $1.85 |
| JAN-03 | 1,773.87 | 1.40 | 31 | $2.11 |
| FEB-03 | 1,775.98 | 1.15 | 28 | $1.57 |
| MAR-03 | 1,777.55 | 1.22 | 31 | $1.84 |
| APR-03 | 1,779.39 | 1.16 | 30 | $1.70 |
| MAY-03 | 1,781.09 | 1.10 | 31 | $1.66 |
| JUN-03 | 1,782.75 | 1.16 | 30 | $1.70 |
| JUL-03 | 1,784.45 | 0.86 | 31 | $1.30 |
| AUG-03 | 1,785.75 | 0.89 | 31 | $1.35 |
| SEP-03 | 1,787.10 | 0.97 | 30 | $1.42 |
| OCT-03 | 1,788.53 | 0.86 | 31 | $1.31 |
| NOV-03 | 1,789.83 | 0.97 | 30 | $1.43 |
| DEC-03 | 1,791.26 | 0.97 | 31 | $1.48 |
| JAN-04 | 1,792.74 | 0.78 | 31 | $1.19 |
| FEB-04 | 1,793.92 | 0.87 | 29 | $1.24 |
| MAR-04 | 1,795.16 | 0.94 | 31 | $1.43 |
| APR-04 | 1,796.60 | 0.90 | 30 | $1.33 |
| MAY-04 | 1,797.93 | 0.84 | 31 | $1.28 |
| JUN-04 | 1,799.21 | 0.94 | 30 | $1.39 |
| JUL-04 | 1,800.60 | 1.07 | 31 | $1.64 |
| AUG-04 | 1,802.24 | 1.29 | 31 | $1.97 |
| SEP-04 | 1,804.21 | 1.31 | 30 | $1.94 |
| OCT-04 | 1,806.15 | 1.42 | 31 | $2.18 |
| NOV-04 | 1,808.33 | 1.76 | 30 | $2.62 |
| DEC-04 | 1,810.95 | 1.95 | 31 | $3.00 |
| JAN-05 | 1,813.95 | 1.69 | 31 | $2.60 |
| FEB-05 | 1,816.55 | 2.16 | 28 | $3.01 |
| MAR-05 | 1,819.56 | 2.38 | 31 | $3.68 |
| APR-05 | 1,823.24 | 2.73 | 30 | $4.09 |
| MAY-05 | 1,827.33 | 2.85 | 31 | $4.42 |
| JUN-05 | 1,831.75 | 2.99 | 30 | $4.50 |
| JUL-05 | 1,836.25 | 3.15 | 31 | $4.91 |
| AUG-05 | 1,841.17 | 3.30 | 31 | $5.16 |
| SEP-05 | 1,846.33 | 3.37 | 30 | $5.11 |
| OCT-05 | 1,851.44 | 3.62 | 31 | $5.69 |
| NOV-05 | 1,857.13 | 3.96 | 30 | $6.04 |
| DEC-05 | 1,863.18 | 3.98 | 31 | $6.30 |
| JAN-06 | 1,869.48 | 4.14 | 31 | $6.57 |
| FEB-06 | 1,876.05 | 4.12 | 28 | $5.93 |
| MAR-06 | 1,881.98 | 4.28 | 31 | $6.84 |
| APR-06 | 1,888.82 | 4.63 | 30 | $7.19 |
| MAY-06 | 1,896.01 | 4.74 | 31 | $7.63 |
| JUNE-06 | 1,903.64 | 4.86 | 30 | $7.60 |
| JULY-06 | 1,911.24 | 4.97 | 31 | $8.07 |
| AUG-06 | 1,919.31 | 5.13 | 31 | $8.36 |
| SEP-06 | 1,927.67 | 5.07 | 30 | $8.03 |
| OCT-06 | 1,935.71 | 5.09 | 31 | $8.37 |
| NOV-06 | 1,944.08 | 4.68 | 30 | $7.48 |
| DEC-06 | 1,951.55 | 5.17 | 31 | $8.57 |
| JAN-07 | 1,960.12 | 5.10 | 31 | $8.49 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-07 | 1,968.61 | 5.09 | 28 | $7.69 |
| MAR-07 | 1,976.30 | 5.10 | 31 | $8.56 |
| APR-07 | 1,984.86 | 5.03 | 30 | $8.21 |
| MAY-07 | 1,993.07 | 5.07 | 31 | $8.58 |
| JUN-07 | 2,001.65 | 4.88 | 30 | $8.03 |
| JUL-07 | 2,009.68 | 4.75 | 31 | $8.11 |
| AUG-07 | 2,017.78 | 4.37 | 31 | $7.49 |
| SEP-07 | 2,025.27 | 4.25 | 30 | $7.07 |
| OCT-07 | 2,032.35 | 4.29 | 31 | $7.40 |
| NOV-07 | 2,039.75 | 3.92 | 30 | $6.57 |
| DEC-07 | 2,046.32 | 3.60 | 31 | $6.26 |
| JAN-08 | 2,052.58 | 3.04 | 31 | $5.30 |
| FEB-08 | 2,057.88 | 2.80 | 29 | $4.58 |
| MAR-08 | 2,062.46 | 2.37 | 31 | $4.15 |
| APR-08 | 2,066.61 | 2.37 | 30 | $4.03 |
| MAY-08 | 2,070.64 | 2.31 | 31 | $4.06 |
| JUNE-08 | 2,074.70 | 2.31 | 17 | $2.23 |

93-DEA-419944

| Total Interest | $876.93 |
|---|---|