**Assets Forfeiture Fund**
**Interest Computation Worksheet**

Date of Deposit: May 23, 1994
Interest Thru: June 17, 2008
Case Number: 93-DEA-420011
Principal Amount: $875.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| MAY-94 | 875.00 | 3.40 | 9 | $0.73 |
| JUN-94 | 875.73 | 3.66 | 30 | $2.63 |
| JUL-94 | 878.37 | 0.00 | 31 | $0.00 |
| AUG-94 | 878.37 | 4.02 | 31 | $3.00 |
| SEP-94 | 881.37 | 4.15 | 30 | $3.01 |
| OCT-94 | 884.37 | 4.28 | 31 | $3.21 |
| NOV-94 | 887.59 | 4.21 | 30 | $3.07 |
| DEC-94 | 890.66 | 4.63 | 31 | $3.50 |
| JAN-95 | 894.16 | 3.55 | 31 | $2.70 |
| FEB-95 | 896.86 | 5.01 | 28 | $3.45 |
| MAR-95 | 900.30 | 4.94 | 31 | $3.78 |
| APR-95 | 904.08 | 5.62 | 30 | $4.18 |
| MAY-95 | 908.26 | 5.51 | 31 | $4.25 |
| JUN-95 | 912.51 | 5.49 | 30 | $4.12 |
| JUL-95 | 916.63 | 5.12 | 31 | $3.99 |
| AUG-95 | 920.61 | 5.30 | 31 | $4.14 |
| SEP-95 | 924.76 | 5.27 | 30 | $4.01 |
| OCT-95 | 928.76 | 5.06 | 31 | $3.99 |
| NOV-95 | 932.75 | 5.24 | 30 | $4.02 |
| DEC-95 | 936.77 | 5.27 | 31 | $4.19 |
| JAN-96 | 940.96 | 4.68 | 31 | $3.74 |
| FEB-96 | 944.70 | 4.59 | 29 | $3.45 |
| MAR-96 | 948.15 | 4.58 | 31 | $3.69 |
| APR-96 | 951.84 | 5.07 | 30 | $3.97 |
| MAY-96 | 955.80 | 4.72 | 31 | $3.83 |
| JUN-96 | 959.63 | 4.87 | 30 | $3.84 |
| JUL-96 | 963.48 | 4.35 | 31 | $3.56 |
| AUG-96 | 967.04 | 4.84 | 31 | $3.98 |
| SEP-96 | 971.01 | 4.87 | 30 | $3.89 |
| OCT-96 | 974.90 | 4.84 | 31 | $4.01 |
| NOV-96 | 978.90 | 4.80 | 30 | $3.86 |
| DEC-96 | 982.77 | 4.79 | 31 | $4.00 |
| JAN-97 | 986.76 | 4.76 | 31 | $3.99 |
| FEB-97 | 990.75 | 4.91 | 28 | $3.73 |
| MAR-97 | 994.49 | 4.92 | 31 | $4.16 |
| APR-97 | 998.64 | 5.07 | 30 | $4.16 |
| MAY-97 | 1,002.80 | 4.85 | 31 | $4.13 |
| JUN-97 | 1,006.93 | 4.39 | 30 | $3.63 |
| JUL-97 | 1,010.57 | 4.83 | 31 | $4.15 |
| AUG-97 | 1,014.71 | 4.93 | 31 | $4.25 |
| SEP-97 | 1,018.96 | 4.72 | 30 | $3.95 |
| OCT-97 | 1,022.91 | 4.42 | 31 | $3.84 |
| NOV-97 | 1,026.75 | 4.87 | 30 | $4.11 |
| DEC-97 | 1,030.86 | 4.91 | 31 | $4.30 |
| JAN-98 | 1,035.16 | 4.89 | 31 | $4.30 |
| FEB-98 | 1,039.46 | 4.68 | 28 | $3.73 |
| MAR-98 | 1,043.19 | 4.71 | 31 | $4.17 |
| APR-98 | 1,047.37 | 5.25 | 30 | $4.52 |
| MAY-98 | 1,051.89 | 4.48 | 31 | $4.00 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| JUN-98 | 1,055.89 | 4.47 | 30 | $3.88 |
| JUL-98 | 1,059.77 | 4.66 | 31 | $4.19 |
| AUG-98 | 1,063.96 | 4.53 | 31 | $4.09 |
| SEP-98 | 1,068.06 | 4.52 | 30 | $3.97 |
| OCT-98 | 1,072.02 | 4.25 | 31 | $3.87 |
| NOV-98 | 1,075.89 | 3.23 | 30 | $2.86 |
| DEC-98 | 1,078.75 | 4.09 | 31 | $3.75 |
| JAN-99 | 1,082.50 | 4.33 | 31 | $3.98 |
| FEB-99 | 1,086.48 | 4.06 | 28 | $3.38 |
| MAR-99 | 1,089.86 | 4.24 | 31 | $3.92 |
| APR-99 | 1,093.79 | 4.46 | 30 | $4.01 |
| MAY-99 | 1,097.80 | 4.33 | 31 | $4.04 |
| JUN-99 | 1,101.83 | 4.10 | 30 | $3.71 |
| JUL-99 | 1,105.55 | 4.24 | 31 | $3.98 |
| AUG-99 | 1,109.53 | 4.45 | 31 | $4.19 |
| SEP-99 | 1,113.72 | 4.54 | 30 | $4.16 |
| OCT-99 | 1,117.88 | 4.30 | 31 | $4.08 |
| NOV-99 | 1,121.96 | 4.34 | 30 | $4.00 |
| DEC-99 | 1,125.96 | 4.39 | 31 | $4.20 |
| JAN-00 | 1,130.16 | 4.49 | 31 | $4.31 |
| FEB-00 | 1,134.47 | 5.16 | 29 | $4.65 |
| MAR-00 | 1,139.12 | 5.34 | 31 | $5.17 |
| APR-00 | 1,144.29 | 5.84 | 30 | $5.49 |
| MAY-00 | 1,149.78 | 5.16 | 31 | $5.04 |
| JUN-00 | 1,154.82 | 4.80 | 30 | $4.56 |
| JUL-00 | 1,159.37 | 5.42 | 31 | $5.34 |
| AUG-00 | 1,164.71 | 5.89 | 31 | $5.83 |
| SEP-00 | 1,170.54 | 6.02 | 30 | $5.79 |
| OCT-00 | 1,176.33 | 5.83 | 31 | $5.82 |
| NOV-00 | 1,182.15 | 6.02 | 30 | $5.85 |
| DEC-00 | 1,188.00 | 5.81 | 31 | $5.86 |
| JAN-01 | 1,193.86 | 5.19 | 31 | $5.26 |
| FEB-01 | 1,199.13 | 5.11 | 28 | $4.70 |
| MAR-01 | 1,203.83 | 4.81 | 31 | $4.92 |
| APR-01 | 1,208.75 | 4.37 | 30 | $4.34 |
| MAY-01 | 1,213.09 | 3.70 | 31 | $3.81 |
| JUN-01 | 1,216.90 | 3.31 | 30 | $3.31 |
| JUL-01 | 1,220.21 | 3.33 | 30 | $3.34 |
| AUG-01 | 1,223.55 | 3.56 | 31 | $3.70 |
| SEP-01 | 1,227.25 | 3.39 | 30 | $3.42 |
| OCT-01 | 1,230.67 | 2.32 | 31 | $2.42 |
| NOV-01 | 1,233.09 | 2.17 | 30 | $2.20 |
| DEC-01 | 1,235.29 | 1.86 | 31 | $1.95 |
| JAN-02 | 1,237.24 | 1.72 | 31 | $1.81 |
| FEB-02 | 1,239.05 | 1.64 | 28 | $1.56 |
| MAR-02 | 1,240.61 | 1.73 | 31 | $1.82 |
| APR-02 | 1,242.43 | 1.71 | 30 | $1.75 |
| MAY-02 | 1,244.18 | 1.62 | 31 | $1.71 |
| JUN-02 | 1,245.89 | 1.68 | 30 | $1.72 |
| JUL-02 | 1,247.61 | 1.69 | 31 | $1.79 |
| AUG-02 | 1,249.40 | 1.65 | 31 | $1.75 |
| SEP-02 | 1,251.15 | 1.67 | 30 | $1.72 |
| OCT-02 | 1,252.87 | 1.60 | 31 | $1.70 |
| NOV-02 | 1,254.57 | 1.48 | 30 | $1.53 |
| DEC-02 | 1,256.10 | 1.23 | 31 | $1.31 |
| JAN-03 | 1,257.41 | 1.40 | 31 | $1.50 |
| FEB-03 | 1,258.91 | 1.15 | 28 | $1.11 |
| MAR-03 | 1,260.02 | 1.22 | 31 | $1.31 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| APR-03 | 1,261.32 | 1.16 | 30 | $1.20 |
| MAY-03 | 1,262.53 | 1.10 | 31 | $1.18 |
| JUN-03 | 1,263.70 | 1.16 | 30 | $1.20 |
| JUL-03 | 1,264.91 | 0.86 | 31 | $0.92 |
| AUG-03 | 1,265.83 | 0.89 | 31 | $0.96 |
| SEP-03 | 1,266.79 | 0.97 | 30 | $1.01 |
| OCT-03 | 1,267.80 | 0.86 | 31 | $0.93 |
| NOV-03 | 1,268.73 | 0.97 | 30 | $1.01 |
| DEC-03 | 1,269.74 | 0.97 | 31 | $1.05 |
| JAN-04 | 1,270.78 | 0.78 | 31 | $0.84 |
| FEB-04 | 1,271.63 | 0.87 | 29 | $0.88 |
| MAR-04 | 1,272.50 | 0.94 | 31 | $1.02 |
| APR-04 | 1,273.52 | 0.90 | 30 | $0.94 |
| MAY-04 | 1,274.46 | 0.84 | 31 | $0.91 |
| JUN-04 | 1,275.37 | 0.94 | 30 | $0.99 |
| JUL-04 | 1,276.36 | 1.07 | 31 | $1.16 |
| AUG-04 | 1,277.52 | 1.29 | 31 | $1.40 |
| SEP-04 | 1,278.92 | 1.31 | 30 | $1.38 |
| OCT-04 | 1,280.29 | 1.42 | 31 | $1.54 |
| NOV-04 | 1,281.84 | 1.76 | 30 | $1.85 |
| DEC-04 | 1,283.69 | 1.95 | 31 | $2.13 |
| JAN-05 | 1,285.82 | 1.69 | 31 | $1.85 |
| FEB-05 | 1,287.66 | 2.16 | 28 | $2.13 |
| MAR-05 | 1,289.80 | 2.38 | 31 | $2.61 |
| APR-05 | 1,292.40 | 2.73 | 30 | $2.90 |
| MAY-05 | 1,295.30 | 2.85 | 31 | $3.14 |
| JUN-05 | 1,298.44 | 2.99 | 30 | $3.19 |
| JUL-05 | 1,301.63 | 3.15 | 31 | $3.48 |
| AUG-05 | 1,305.11 | 3.30 | 31 | $3.66 |
| SEP-05 | 1,308.77 | 3.37 | 30 | $3.63 |
| OCT-05 | 1,312.40 | 3.62 | 31 | $4.03 |
| NOV-05 | 1,316.43 | 3.96 | 30 | $4.28 |
| DEC-05 | 1,320.72 | 3.98 | 31 | $4.46 |
| JAN-06 | 1,325.18 | 4.14 | 31 | $4.66 |
| FEB-06 | 1,329.84 | 4.12 | 28 | $4.20 |
| MAR-06 | 1,334.04 | 4.28 | 31 | $4.85 |
| APR-06 | 1,338.89 | 4.63 | 30 | $5.10 |
| MAY-06 | 1,343.99 | 4.74 | 31 | $5.41 |
| JUNE-06 | 1,349.40 | 4.86 | 30 | $5.39 |
| JULY-06 | 1,354.79 | 4.97 | 31 | $5.72 |
| AUG-06 | 1,360.51 | 5.13 | 31 | $5.93 |
| SEP-06 | 1,366.43 | 5.07 | 30 | $5.69 |
| OCT-06 | 1,372.13 | 5.09 | 31 | $5.93 |
| NOV-06 | 1,378.06 | 4.68 | 30 | $5.30 |
| DEC-06 | 1,383.36 | 5.17 | 31 | $6.07 |
| JAN-07 | 1,389.44 | 5.10 | 31 | $6.02 |
| FEB-07 | 1,395.45 | 5.09 | 28 | $5.45 |
| MAR-07 | 1,400.90 | 5.10 | 31 | $6.07 |
| APR-07 | 1,406.97 | 5.03 | 30 | $5.82 |
| MAY-07 | 1,412.79 | 5.07 | 31 | $6.08 |
| JUN-07 | 1,418.87 | 4.88 | 30 | $5.69 |
| JUL-07 | 1,424.56 | 4.75 | 31 | $5.75 |
| AUG-07 | 1,430.31 | 4.37 | 31 | $5.31 |
| SEP-07 | 1,435.62 | 4.25 | 30 | $5.01 |
| OCT-07 | 1,440.63 | 4.29 | 31 | $5.25 |
| NOV-07 | 1,445.88 | 3.92 | 30 | $4.66 |
| DEC-07 | 1,450.54 | 3.60 | 31 | $4.44 |
| JAN-08 | 1,454.98 | 3.04 | 31 | $3.76 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-08 | 1,458.73 | 2.80 | 29 | $3.25 |
| MAR-08 | 1,461.98 | 2.37 | 31 | $2.94 |
| APR-08 | 1,464.92 | 2.37 | 30 | $2.85 |
| MAY-08 | 1,467.77 | 2.31 | 31 | $2.88 |
| JUNE-08 | 1,470.65 | 2.31 | 17 | $1.58 |

93-DEA-420011

| Total Interest | $597.24 |
|---|---|