# Assets Forfeiture Fund
## Interest Computation Worksheet

**Date of Deposit:** May 27, 1993
**Interest Thru:** June 17, 2008
**Case Number:** 93-DEA-420024
**Principal Amount:** $1,150.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| MAY-93 | 1,150.00 | 2.73 | 5 | $0.43 |
| JUN-93 | 1,150.43 | 2.82 | 30 | $2.67 |
| JUL-93 | 1,153.10 | 2.77 | 31 | $2.71 |
| AUG-93 | 1,155.81 | 2.83 | 31 | $2.78 |
| SEP-93 | 1,158.59 | 2.88 | 30 | $2.74 |
| OCT-93 | 1,161.33 | 2.68 | 31 | $2.64 |
| NOV-93 | 1,163.97 | 2.82 | 30 | $2.70 |
| DEC-93 | 1,166.67 | 2.78 | 31 | $2.75 |
| JAN-94 | 1,169.43 | 2.90 | 31 | $2.88 |
| FEB-94 | 1,172.31 | 2.73 | 28 | $2.46 |
| MAR-94 | 1,174.76 | 2.96 | 31 | $2.95 |
| APR-94 | 1,177.71 | 2.92 | 30 | $2.83 |
| MAY-94 | 1,180.54 | 3.40 | 31 | $3.41 |
| JUN-94 | 1,183.95 | 3.66 | 30 | $3.56 |
| JUL-94 | 1,187.51 | 0.00 | 31 | $0.00 |
| AUG-94 | 1,187.51 | 4.02 | 31 | $4.05 |
| SEP-94 | 1,191.57 | 4.15 | 30 | $4.06 |
| OCT-94 | 1,195.63 | 4.28 | 31 | $4.35 |
| NOV-94 | 1,199.98 | 4.21 | 30 | $4.15 |
| DEC-94 | 1,204.13 | 4.63 | 31 | $4.74 |
| JAN-95 | 1,208.86 | 3.55 | 31 | $3.64 |
| FEB-95 | 1,212.51 | 5.01 | 28 | $4.66 |
| MAR-95 | 1,217.17 | 4.94 | 31 | $5.11 |
| APR-95 | 1,222.28 | 5.62 | 30 | $5.65 |
| MAY-95 | 1,227.92 | 5.51 | 31 | $5.75 |
| JUN-95 | 1,233.67 | 5.49 | 30 | $5.57 |
| JUL-95 | 1,239.23 | 5.12 | 31 | $5.39 |
| AUG-95 | 1,244.62 | 5.30 | 31 | $5.60 |
| SEP-95 | 1,250.23 | 5.27 | 30 | $5.42 |
| OCT-95 | 1,255.64 | 5.06 | 31 | $5.40 |
| NOV-95 | 1,261.04 | 5.24 | 30 | $5.43 |
| DEC-95 | 1,266.47 | 5.27 | 31 | $5.67 |
| JAN-96 | 1,272.14 | 4.68 | 31 | $5.06 |
| FEB-96 | 1,277.19 | 4.59 | 29 | $4.66 |
| MAR-96 | 1,281.85 | 4.58 | 31 | $4.99 |
| APR-96 | 1,286.84 | 5.07 | 30 | $5.36 |
| MAY-96 | 1,292.20 | 4.72 | 31 | $5.18 |
| JUN-96 | 1,297.38 | 4.87 | 30 | $5.19 |
| JUL-96 | 1,302.57 | 4.35 | 31 | $4.81 |
| AUG-96 | 1,307.39 | 4.84 | 31 | $5.37 |
| SEP-96 | 1,312.76 | 4.87 | 30 | $5.25 |
| OCT-96 | 1,318.01 | 4.84 | 31 | $5.42 |
| NOV-96 | 1,323.43 | 4.80 | 30 | $5.22 |
| DEC-96 | 1,328.65 | 4.79 | 31 | $5.41 |
| JAN-97 | 1,334.06 | 4.76 | 31 | $5.39 |
| FEB-97 | 1,339.45 | 4.91 | 28 | $5.05 |
| MAR-97 | 1,344.50 | 4.92 | 31 | $5.62 |
| APR-97 | 1,350.12 | 5.07 | 30 | $5.63 |
| MAY-97 | 1,355.74 | 4.85 | 31 | $5.58 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| JUN-97 | 1,361.33 | 4.39 | 30 | $4.91 |
| JUL-97 | 1,366.24 | 4.83 | 31 | $5.60 |
| AUG-97 | 1,371.84 | 4.93 | 31 | $5.74 |
| SEP-97 | 1,377.59 | 4.72 | 30 | $5.34 |
| OCT-97 | 1,382.93 | 4.42 | 31 | $5.19 |
| NOV-97 | 1,388.12 | 4.87 | 30 | $5.56 |
| DEC-97 | 1,393.68 | 4.91 | 31 | $5.81 |
| JAN-98 | 1,399.49 | 4.89 | 31 | $5.81 |
| FEB-98 | 1,405.30 | 4.68 | 28 | $5.05 |
| MAR-98 | 1,410.35 | 4.71 | 31 | $5.64 |
| APR-98 | 1,415.99 | 5.25 | 30 | $6.11 |
| MAY-98 | 1,422.10 | 4.48 | 31 | $5.41 |
| JUN-98 | 1,427.51 | 4.47 | 30 | $5.24 |
| JUL-98 | 1,432.76 | 4.66 | 31 | $5.67 |
| AUG-98 | 1,438.43 | 4.53 | 31 | $5.53 |
| SEP-98 | 1,443.96 | 4.52 | 30 | $5.36 |
| OCT-98 | 1,449.32 | 4.25 | 31 | $5.23 |
| NOV-98 | 1,454.56 | 3.23 | 30 | $3.86 |
| DEC-98 | 1,458.42 | 4.09 | 31 | $5.07 |
| JAN-99 | 1,463.48 | 4.33 | 31 | $5.38 |
| FEB-99 | 1,468.87 | 4.06 | 28 | $4.57 |
| MAR-99 | 1,473.44 | 4.24 | 31 | $5.31 |
| APR-99 | 1,478.75 | 4.46 | 30 | $5.42 |
| MAY-99 | 1,484.17 | 4.33 | 31 | $5.46 |
| JUN-99 | 1,489.63 | 4.10 | 30 | $5.02 |
| JUL-99 | 1,494.65 | 4.24 | 31 | $5.38 |
| AUG-99 | 1,500.03 | 4.45 | 31 | $5.67 |
| SEP-99 | 1,505.70 | 4.54 | 30 | $5.62 |
| OCT-99 | 1,511.32 | 4.30 | 31 | $5.52 |
| NOV-99 | 1,516.83 | 4.34 | 30 | $5.41 |
| DEC-99 | 1,522.25 | 4.39 | 31 | $5.68 |
| JAN-00 | 1,527.92 | 4.49 | 31 | $5.83 |
| FEB-00 | 1,533.75 | 5.16 | 29 | $6.29 |
| MAR-00 | 1,540.04 | 5.34 | 31 | $6.98 |
| APR-00 | 1,547.02 | 5.84 | 30 | $7.43 |
| MAY-00 | 1,554.45 | 5.16 | 31 | $6.81 |
| JUN-00 | 1,561.26 | 4.80 | 30 | $6.16 |
| JUL-00 | 1,567.42 | 5.42 | 31 | $7.22 |
| AUG-00 | 1,574.63 | 5.89 | 31 | $7.88 |
| SEP-00 | 1,582.51 | 6.02 | 30 | $7.83 |
| OCT-00 | 1,590.34 | 5.83 | 31 | $7.87 |
| NOV-00 | 1,598.21 | 6.02 | 30 | $7.91 |
| DEC-00 | 1,606.12 | 5.81 | 31 | $7.93 |
| JAN-01 | 1,614.05 | 5.19 | 31 | $7.11 |
| FEB-01 | 1,621.16 | 5.11 | 28 | $6.35 |
| MAR-01 | 1,627.52 | 4.81 | 31 | $6.65 |
| APR-01 | 1,634.17 | 4.37 | 30 | $5.87 |
| MAY-01 | 1,640.04 | 3.70 | 31 | $5.15 |
| JUN-01 | 1,645.19 | 3.31 | 30 | $4.48 |
| JUL-01 | 1,649.67 | 3.33 | 30 | $4.52 |
| AUG-01 | 1,654.18 | 3.56 | 31 | $5.00 |
| SEP-01 | 1,659.18 | 3.39 | 30 | $4.62 |
| OCT-01 | 1,663.81 | 2.32 | 31 | $3.28 |
| NOV-01 | 1,667.08 | 2.17 | 30 | $2.97 |
| DEC-01 | 1,670.06 | 1.86 | 31 | $2.64 |
| JAN-02 | 1,672.70 | 1.72 | 31 | $2.44 |
| FEB-02 | 1,675.14 | 1.64 | 28 | $2.11 |
| MAR-02 | 1,677.25 | 1.73 | 31 | $2.46 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| APR-02 | 1,679.71 | 1.71 | 30 | $2.36 |
| MAY-02 | 1,682.07 | 1.62 | 31 | $2.31 |
| JUN-02 | 1,684.39 | 1.68 | 30 | $2.33 |
| JUL-02 | 1,686.71 | 1.69 | 31 | $2.42 |
| AUG-02 | 1,689.13 | 1.65 | 31 | $2.37 |
| SEP-02 | 1,691.50 | 1.67 | 30 | $2.32 |
| OCT-02 | 1,693.82 | 1.60 | 31 | $2.30 |
| NOV-02 | 1,696.12 | 1.48 | 30 | $2.06 |
| DEC-02 | 1,698.19 | 1.23 | 31 | $1.77 |
| JAN-03 | 1,699.96 | 1.40 | 31 | $2.02 |
| FEB-03 | 1,701.98 | 1.15 | 28 | $1.50 |
| MAR-03 | 1,703.48 | 1.22 | 31 | $1.77 |
| APR-03 | 1,705.25 | 1.16 | 30 | $1.63 |
| MAY-03 | 1,706.87 | 1.10 | 31 | $1.59 |
| JUN-03 | 1,708.47 | 1.16 | 30 | $1.63 |
| JUL-03 | 1,710.10 | 0.86 | 31 | $1.25 |
| AUG-03 | 1,711.35 | 0.89 | 31 | $1.29 |
| SEP-03 | 1,712.64 | 0.97 | 30 | $1.37 |
| OCT-03 | 1,714.01 | 0.86 | 31 | $1.25 |
| NOV-03 | 1,715.26 | 0.97 | 30 | $1.37 |
| DEC-03 | 1,716.63 | 0.97 | 31 | $1.41 |
| JAN-04 | 1,718.04 | 0.78 | 31 | $1.14 |
| FEB-04 | 1,719.18 | 0.87 | 29 | $1.19 |
| MAR-04 | 1,720.37 | 0.94 | 31 | $1.37 |
| APR-04 | 1,721.74 | 0.90 | 30 | $1.27 |
| MAY-04 | 1,723.01 | 0.84 | 31 | $1.23 |
| JUN-04 | 1,724.24 | 0.94 | 30 | $1.33 |
| JUL-04 | 1,725.57 | 1.07 | 31 | $1.57 |
| AUG-04 | 1,727.14 | 1.29 | 31 | $1.89 |
| SEP-04 | 1,729.03 | 1.31 | 30 | $1.86 |
| OCT-04 | 1,730.90 | 1.42 | 31 | $2.09 |
| NOV-04 | 1,732.98 | 1.76 | 30 | $2.51 |
| DEC-04 | 1,735.49 | 1.95 | 31 | $2.87 |
| JAN-05 | 1,738.37 | 1.69 | 31 | $2.50 |
| FEB-05 | 1,740.86 | 2.16 | 28 | $2.88 |
| MAR-05 | 1,743.74 | 2.38 | 31 | $3.52 |
| APR-05 | 1,747.27 | 2.73 | 30 | $3.92 |
| MAY-05 | 1,751.19 | 2.85 | 31 | $4.24 |
| JUN-05 | 1,755.43 | 2.99 | 30 | $4.31 |
| JUL-05 | 1,759.74 | 3.15 | 31 | $4.71 |
| AUG-05 | 1,764.45 | 3.30 | 31 | $4.95 |
| SEP-05 | 1,769.40 | 3.37 | 30 | $4.90 |
| OCT-05 | 1,774.30 | 3.62 | 31 | $5.46 |
| NOV-05 | 1,779.75 | 3.96 | 30 | $5.79 |
| DEC-05 | 1,785.55 | 3.98 | 31 | $6.04 |
| JAN-06 | 1,791.58 | 4.14 | 31 | $6.30 |
| FEB-06 | 1,797.88 | 4.12 | 28 | $5.68 |
| MAR-06 | 1,803.56 | 4.28 | 31 | $6.56 |
| APR-06 | 1,810.12 | 4.63 | 30 | $6.89 |
| MAY-06 | 1,817.01 | 4.74 | 31 | $7.31 |
| JUNE-06 | 1,824.32 | 4.86 | 30 | $7.29 |
| JULY-06 | 1,831.61 | 4.97 | 31 | $7.73 |
| AUG-06 | 1,839.34 | 5.13 | 31 | $8.01 |
| SEP-06 | 1,847.35 | 5.07 | 30 | $7.70 |
| OCT-06 | 1,855.05 | 5.09 | 31 | $8.02 |
| NOV-06 | 1,863.07 | 4.68 | 30 | $7.17 |
| DEC-06 | 1,870.24 | 5.17 | 31 | $8.21 |
| JAN-07 | 1,878.45 | 5.10 | 31 | $8.14 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| FEB-07 | 1,886.59 | 5.09 | 28 | $7.37 |
| MAR-07 | 1,893.95 | 5.10 | 31 | $8.20 |
| APR-07 | 1,902.16 | 5.03 | 30 | $7.86 |
| MAY-07 | 1,910.02 | 5.07 | 31 | $8.22 |
| JUN-07 | 1,918.25 | 4.88 | 30 | $7.69 |
| JUL-07 | 1,925.94 | 4.75 | 31 | $7.77 |
| AUG-07 | 1,933.71 | 4.37 | 31 | $7.18 |
| SEP-07 | 1,940.89 | 4.25 | 30 | $6.78 |
| OCT-07 | 1,947.67 | 4.29 | 31 | $7.10 |
| NOV-07 | 1,954.76 | 3.92 | 30 | $6.30 |
| DEC-07 | 1,961.06 | 3.60 | 31 | $6.00 |
| JAN-08 | 1,967.06 | 3.04 | 31 | $5.08 |
| FEB-08 | 1,972.14 | 2.80 | 29 | $4.39 |
| MAR-08 | 1,976.52 | 2.37 | 31 | $3.98 |
| APR-08 | 1,980.50 | 2.37 | 30 | $3.86 |
| MAY-08 | 1,984.36 | 2.31 | 31 | $3.89 |
| JUNE-08 | 1,988.25 | 2.31 | 17.00 | $2.14 |

93-DEA-420024

| Total Interest | $840.39 |
|---|---|