**Assets Forfeiture Fund**
**Interest Computation Worksheet**

Date of Deposit: September 3, 1993
Interest Thru: June 17, 2008
Case Number: 93-DEA-420018
Principal Amount: $200.00

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| SEP-93 | 200.00 | 2.88 | 28 | $0.44 |
| OCT-93 | 200.44 | 2.68 | 31 | $0.46 |
| NOV-93 | 200.90 | 2.82 | 30 | $0.47 |
| DEC-93 | 201.36 | 2.78 | 31 | $0.48 |
| JAN-94 | 201.84 | 2.90 | 31 | $0.50 |
| FEB-94 | 202.34 | 2.73 | 28 | $0.42 |
| MAR-94 | 202.76 | 2.96 | 31 | $0.51 |
| APR-94 | 203.27 | 2.92 | 30 | $0.49 |
| MAY-94 | 203.76 | 3.40 | 31 | $0.59 |
| JUN-94 | 204.35 | 3.66 | 30 | $0.61 |
| JUL-94 | 204.96 | 0.00 | 31 | $0.00 |
| AUG-94 | 204.96 | 4.02 | 31 | $0.70 |
| SEP-94 | 205.66 | 4.15 | 30 | $0.70 |
| OCT-94 | 206.36 | 4.28 | 31 | $0.75 |
| NOV-94 | 207.11 | 4.21 | 30 | $0.72 |
| DEC-94 | 207.83 | 4.63 | 31 | $0.82 |
| JAN-95 | 208.65 | 3.55 | 31 | $0.63 |
| FEB-95 | 209.28 | 5.01 | 28 | $0.80 |
| MAR-95 | 210.08 | 4.94 | 31 | $0.88 |
| APR-95 | 210.96 | 5.62 | 30 | $0.97 |
| MAY-95 | 211.94 | 5.51 | 31 | $0.99 |
| JUN-95 | 212.93 | 5.49 | 30 | $0.96 |
| JUL-95 | 213.89 | 5.12 | 31 | $0.93 |
| AUG-95 | 214.82 | 5.30 | 31 | $0.97 |
| SEP-95 | 215.79 | 5.27 | 30 | $0.93 |
| OCT-95 | 216.72 | 5.06 | 31 | $0.93 |
| NOV-95 | 217.65 | 5.24 | 30 | $0.94 |
| DEC-95 | 218.59 | 5.27 | 31 | $0.98 |
| JAN-96 | 219.57 | 4.68 | 31 | $0.87 |
| FEB-96 | 220.44 | 4.59 | 29 | $0.80 |
| MAR-96 | 221.24 | 4.58 | 31 | $0.86 |
| APR-96 | 222.10 | 5.07 | 30 | $0.93 |
| MAY-96 | 223.03 | 4.72 | 31 | $0.89 |
| JUN-96 | 223.92 | 4.87 | 30 | $0.90 |
| JUL-96 | 224.82 | 4.35 | 31 | $0.83 |
| AUG-96 | 225.65 | 4.84 | 31 | $0.93 |
| SEP-96 | 226.58 | 4.87 | 30 | $0.91 |
| OCT-96 | 227.49 | 4.84 | 31 | $0.94 |
| NOV-96 | 228.42 | 4.80 | 30 | $0.90 |
| DEC-96 | 229.32 | 4.79 | 31 | $0.93 |
| JAN-97 | 230.25 | 4.76 | 31 | $0.93 |
| FEB-97 | 231.19 | 4.91 | 28 | $0.87 |
| MAR-97 | 232.06 | 4.92 | 31 | $0.97 |
| APR-97 | 233.03 | 5.07 | 30 | $0.97 |
| MAY-97 | 234.00 | 4.85 | 31 | $0.96 |
| JUN-97 | 234.96 | 4.39 | 30 | $0.85 |
| JUL-97 | 235.81 | 4.83 | 31 | $0.97 |
| AUG-97 | 236.78 | 4.93 | 31 | $0.99 |
| SEP-97 | 237.77 | 4.72 | 30 | $0.92 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| OCT-97 | 238.69 | 4.42 | 31 | $0.90 |
| NOV-97 | 239.59 | 4.87 | 30 | $0.96 |
| DEC-97 | 240.54 | 4.91 | 31 | $1.00 |
| JAN-98 | 241.55 | 4.89 | 31 | $1.00 |
| FEB-98 | 242.55 | 4.68 | 28 | $0.87 |
| MAR-98 | 243.42 | 4.71 | 31 | $0.97 |
| APR-98 | 244.40 | 5.25 | 30 | $1.05 |
| MAY-98 | 245.45 | 4.48 | 31 | $0.93 |
| JUN-98 | 246.38 | 4.47 | 30 | $0.91 |
| JUL-98 | 247.29 | 4.66 | 31 | $0.98 |
| AUG-98 | 248.27 | 4.53 | 31 | $0.96 |
| SEP-98 | 249.22 | 4.52 | 30 | $0.93 |
| OCT-98 | 250.15 | 4.25 | 31 | $0.90 |
| NOV-98 | 251.05 | 3.23 | 30 | $0.67 |
| DEC-98 | 251.72 | 4.09 | 31 | $0.87 |
| JAN-99 | 252.59 | 4.33 | 31 | $0.93 |
| FEB-99 | 253.52 | 4.06 | 28 | $0.79 |
| MAR-99 | 254.31 | 4.24 | 31 | $0.92 |
| APR-99 | 255.23 | 4.46 | 30 | $0.94 |
| MAY-99 | 256.16 | 4.33 | 31 | $0.94 |
| JUN-99 | 257.10 | 4.10 | 30 | $0.87 |
| JUL-99 | 257.97 | 4.24 | 31 | $0.93 |
| AUG-99 | 258.90 | 4.45 | 31 | $0.98 |
| SEP-99 | 259.88 | 4.54 | 30 | $0.97 |
| OCT-99 | 260.85 | 4.30 | 31 | $0.95 |
| NOV-99 | 261.80 | 4.34 | 30 | $0.93 |
| DEC-99 | 262.73 | 4.39 | 31 | $0.98 |
| JAN-00 | 263.71 | 4.49 | 31 | $1.01 |
| FEB-00 | 264.72 | 5.16 | 29 | $1.09 |
| MAR-00 | 265.81 | 5.34 | 31 | $1.21 |
| APR-00 | 267.01 | 5.84 | 30 | $1.28 |
| MAY-00 | 268.29 | 5.16 | 31 | $1.18 |
| JUN-00 | 269.47 | 4.80 | 30 | $1.06 |
| JUL-00 | 270.53 | 5.42 | 31 | $1.25 |
| AUG-00 | 271.78 | 5.89 | 31 | $1.36 |
| SEP-00 | 273.14 | 6.02 | 30 | $1.35 |
| OCT-00 | 274.49 | 5.83 | 31 | $1.36 |
| NOV-00 | 275.85 | 6.02 | 30 | $1.36 |
| DEC-00 | 277.21 | 5.81 | 31 | $1.37 |
| JAN-01 | 278.58 | 5.19 | 31 | $1.23 |
| FEB-01 | 279.81 | 5.11 | 28 | $1.10 |
| MAR-01 | 280.90 | 4.81 | 31 | $1.15 |
| APR-01 | 282.05 | 4.37 | 30 | $1.01 |
| MAY-01 | 283.07 | 3.70 | 31 | $0.89 |
| JUN-01 | 283.95 | 3.31 | 30 | $0.77 |
| JUL-01 | 284.73 | 3.33 | 30 | $0.78 |
| AUG-01 | 285.51 | 3.56 | 31 | $0.86 |
| SEP-01 | 286.37 | 3.39 | 30 | $0.80 |
| OCT-01 | 287.17 | 2.32 | 31 | $0.57 |
| NOV-01 | 287.73 | 2.17 | 30 | $0.51 |
| DEC-01 | 288.25 | 1.86 | 31 | $0.46 |
| JAN-02 | 288.70 | 1.72 | 31 | $0.42 |
| FEB-02 | 289.12 | 1.64 | 28 | $0.36 |
| MAR-02 | 289.49 | 1.73 | 31 | $0.43 |
| APR-02 | 289.91 | 1.71 | 30 | $0.41 |
| MAY-02 | 290.32 | 1.62 | 31 | $0.40 |
| JUN-02 | 290.72 | 1.68 | 30 | $0.40 |
| JUL-02 | 291.12 | 1.69 | 31 | $0.42 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| AUG-02 | 291.54 | 1.65 | 31 | $0.41 |
| SEP-02 | 291.95 | 1.67 | 30 | $0.40 |
| OCT-02 | 292.35 | 1.60 | 31 | $0.40 |
| NOV-02 | 292.75 | 1.48 | 30 | $0.36 |
| DEC-02 | 293.10 | 1.23 | 31 | $0.31 |
| JAN-03 | 293.41 | 1.40 | 31 | $0.35 |
| FEB-03 | 293.76 | 1.15 | 28 | $0.26 |
| MAR-03 | 294.02 | 1.22 | 31 | $0.30 |
| APR-03 | 294.32 | 1.16 | 30 | $0.28 |
| MAY-03 | 294.60 | 1.10 | 31 | $0.28 |
| JUN-03 | 294.88 | 1.16 | 30 | $0.28 |
| JUL-03 | 295.16 | 0.86 | 31 | $0.22 |
| AUG-03 | 295.37 | 0.89 | 31 | $0.22 |
| SEP-03 | 295.60 | 0.97 | 30 | $0.24 |
| OCT-03 | 295.83 | 0.86 | 31 | $0.22 |
| NOV-03 | 296.05 | 0.97 | 30 | $0.24 |
| DEC-03 | 296.28 | 0.97 | 31 | $0.24 |
| JAN-04 | 296.53 | 0.78 | 31 | $0.20 |
| FEB-04 | 296.72 | 0.87 | 29 | $0.21 |
| MAR-04 | 296.93 | 0.94 | 31 | $0.24 |
| APR-04 | 297.17 | 0.90 | 30 | $0.22 |
| MAY-04 | 297.39 | 0.84 | 31 | $0.21 |
| JUN-04 | 297.60 | 0.94 | 30 | $0.23 |
| JUL-04 | 297.83 | 1.07 | 31 | $0.27 |
| AUG-04 | 298.10 | 1.29 | 31 | $0.33 |
| SEP-04 | 298.43 | 1.31 | 30 | $0.32 |
| OCT-04 | 298.75 | 1.42 | 31 | $0.36 |
| NOV-04 | 299.11 | 1.76 | 30 | $0.43 |
| DEC-04 | 299.54 | 1.95 | 31 | $0.50 |
| JAN-05 | 300.04 | 1.69 | 31 | $0.43 |
| FEB-05 | 300.47 | 2.16 | 28 | $0.50 |
| MAR-05 | 300.96 | 2.38 | 31 | $0.61 |
| APR-05 | 301.57 | 2.73 | 30 | $0.68 |
| MAY-05 | 302.25 | 2.85 | 31 | $0.73 |
| JUN-05 | 302.98 | 2.99 | 30 | $0.74 |
| JUL-05 | 303.73 | 3.15 | 31 | $0.81 |
| AUG-05 | 304.54 | 3.30 | 31 | $0.85 |
| SEP-05 | 305.39 | 3.37 | 30 | $0.85 |
| OCT-05 | 306.24 | 3.62 | 31 | $0.94 |
| NOV-05 | 307.18 | 3.96 | 30 | $1.00 |
| DEC-05 | 308.18 | 3.98 | 31 | $1.04 |
| JAN-06 | 309.22 | 4.14 | 31 | $1.09 |
| FEB-06 | 310.31 | 4.12 | 28 | $0.98 |
| MAR-06 | 311.29 | 4.28 | 31 | $1.13 |
| APR-06 | 312.42 | 4.63 | 30 | $1.19 |
| MAY-06 | 313.61 | 4.74 | 31 | $1.26 |
| JUNE-06 | 314.87 | 4.86 | 30 | $1.26 |
| JULY-06 | 316.13 | 4.97 | 31 | $1.33 |
| AUG-06 | 317.46 | 5.13 | 31 | $1.38 |
| SEP-06 | 318.85 | 5.07 | 30 | $1.33 |
| OCT-06 | 320.18 | 5.09 | 31 | $1.38 |
| NOV-06 | 321.56 | 4.68 | 30 | $1.24 |
| DEC-06 | 322.80 | 5.17 | 31 | $1.42 |
| JAN-07 | 324.21 | 5.10 | 31 | $1.40 |
| FEB-07 | 325.62 | 5.09 | 28 | $1.27 |
| MAR-07 | 326.89 | 5.10 | 31 | $1.42 |
| APR-07 | 328.31 | 5.03 | 30 | $1.36 |
| MAY-07 | 329.66 | 5.07 | 31 | $1.42 |

| MONTH/YEAR | AMOUNT | RATE | NUMBER OF DAYS | INTEREST |
|---|---|---|---|---|
| JUN-07 | 331.08 | 4.88 | 30 | $1.33 |
| JUL-07 | 332.41 | 4.75 | 31 | $1.34 |
| AUG-07 | 333.75 | 4.37 | 31 | $1.24 |
| SEP-07 | 334.99 | 4.25 | 30 | $1.17 |
| OCT-07 | 336.16 | 4.29 | 31 | $1.22 |
| NOV-07 | 337.39 | 3.92 | 30 | $1.09 |
| DEC-07 | 338.47 | 3.60 | 31 | $1.03 |
| JAN-08 | 339.51 | 3.04 | 31 | $0.88 |
| FEB-08 | 340.38 | 2.80 | 29 | $0.76 |
| MAR-08 | 341.14 | 2.37 | 31 | $0.69 |
| APR-08 | 341.83 | 2.37 | 30 | $0.67 |
| MAY-08 | 342.49 | 2.31 | 31 | $0.67 |
| JUNE-08 | 343.17 | 2.31 | 17.00 | $0.37 |

93-DEA-420018

| Total Interest | $143.54 |
|---|---|