IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN COLLETTE, | ) No. 3:00-cv-00254-RRB |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES MARSHALS SERVICE, and UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

Having considered the government's Motion for Order Directing Payment by the United States Marshals Service, IT IS HEREBY ORDERED that the government's motion is GRANTED.

IT IS SO ORDERED.

DATED this 2 day of July, 2008, at Anchorage, Alaska.

United States District Court Judge